B6 Summary (Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  Guillermo Luis Calixtro
Tina Calixtro
_____
Debtor(s)

Case No.  2:10-bk-33389-ER
Chapter  11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7,11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $1,070,000.00 | | |
| B - Personal Property | Yes | 3 | $36,291.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $1,582,353.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 37 | | $774,417.19 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $8,800.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $7,940.00 |
| TOTAL | | 51 | $1,106,291.00 | $2,356,770.19 | |



FILED

JUN 22 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk



Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Central District of California

In re    Guillermo Luis Calixtro
     Tina Calixtro                                                     Case No.   2:10-bk-33389-ER
                                        Debtor(s)                 Chapter     11

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6A (Official Form 6A) (12/07)

In re    Guillermo Luis Calixtro,                                                    Case No.   2:10-bk-33389-ER
          Tina Calixtro
                                                                          ,
                                          Debtors

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a
cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for
the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W,"
"J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under
"Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and
Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity
claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or
if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 9824 S. Hawkstone Ave., Whittier, CA 90605 | Fee simple | J | 285,000.00 | 523,200.00 |
| 19830 E. Saddle Ridge Ln., Walnut, CA 91789 | Fee simple | J | 785,000.00 | 1,041,000.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 1,070,000.00 | (Total of this page) |
| Total > | 1,070,000.00 |  |

  0   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   Guillermo Luis Calixtro,                                  Case No.   2:10-bk-33389-ER
        Tina Calixtro
                                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations or credit unions, brokerage houses, or cooperatives. | | Citibank | J | 200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Various household goods and furnitures | J | 8,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Personal clothing and wearing apparel | J | 3,500.00 |
| 7. Furs and jewelry. | | Personal small jewerly items | J | 300.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | 12,000.00 |
|---|---|---|
|  | (Total of this page) | |

  2   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   Guillermo Luis Calixtro,                                    Case No.   2:10-bk-33389-ER
        Tina Calixtro
_____
                        Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        0.00
(Total of this page)

Sheet   1   of   2   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Guillermo Luis Calixtro,                                              Case No.    2:10-bk-33389-ER
         Tina Calixtro
_____,
                          Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Debtor DRE Broker license | J | 5,000.00 |
| | | Debtor Notary Public Commission | J | 1,000.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Toyota 4Runner 2006 | J | 4,000.00 |
| | | Toyota Rav4 2006 | J | 3,291.00 |
| | | Scion TC 2008 | J | 5,000.00 |
| | | Toyota Corolla 2006 | J | 3,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 3 personal computers, 4 desk, 2 printer, 6 chairs | J | 2,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > (Total of this page) | 24,291.00 |
| Total > | 36,291.00 |

Sheet  2  of  2   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

In re    Guillermo Luis Calixtro,    Case No.   2:10-bk-33389-ER
Tina Calixtro

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)    $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)    *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Checking, Savings, or Other Financial Accounts, Certificates of Deposit | | | |
| Citibank | C.C.P. § 703.140(b)(5) | 200.00 | 200.00 |
| Household Goods and Furnishings | | | |
| Various household goods and furnitures | C.C.P. § 703.140(b)(3) | 8,000.00 | 8,000.00 |
| Wearing Apparel | | | |
| Personal clothing and wearing apparel | C.C.P. § 703.140(b)(3) | 3,500.00 | 3,500.00 |
| Furs and Jewelry | | | |
| Personal small jewerly items | C.C.P. § 703.140(b)(4) | 300.00 | 300.00 |
| Licenses, Franchises, and Other General Intangibles | | | |
| Debtor DRE Broker license | C.C.P. § 695.060 | 5,000.00 | 5,000.00 |
| Debtor Notary Public Commission | C.C.P. § 695.060 | 1,000.00 | 1,000.00 |
| Automobiles, Trucks, Trailers, and Other Vehicles | | | |
| Toyota 4Runner 2006 | C.C.P. § 703.140(b)(2) | 3,000.00 | 4,000.00 |
| Toyota Rav4 2006 | C.C.P. § 703.140(b)(5) | 3,000.00 | 3,291.00 |
| Toyota Corolla 2006 | C.C.P. § 703.140(b)(5) | 3,500.00 | 3,500.00 |
| Office Equipment, Furnishings and Supplies | | | |
| 3 personal computers, 4 desk, 2 printer, 6 chairs | C.C.P. § 703.140(b)(5) | 2,500.00 | 2,500.00 |
| | Total: | 30,000.00 | 31,291.00 |

  0   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  Guillermo Luis Calixtro,                                    Case No.   2:10-bk-33389-ER
        Tina Calixtro

_____
Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deed of Trust -2nd | | | | | |
| BAC Home Loans Servicing 7105 Corporate Drive Plano, TX 75024 | | J | 9824 S. Hawkstone Ave., Whittier, CA 90605 | | | | | |
| | | | Value $          285,000.00 | | | | 100,000.00 | 100,000.00 |
| Account No. | | | Deed of Trust - 1st | | | | | |
| BAC Home Loans Servicing 7105 Corporate Drive Plano, TX 75024 | | J | 19830 E. Saddle Ridge Ln., Walnut, CA 91789 | | | | | |
| | | | Value $          785,000.00 | | | | 920,000.00 | 135,000.00 |
| Account No. | | | | | | | | |
| Countrywide Home Loans 400 Countrywide Way # SV-35 Simi Valley, CA 93065 | | | Collection Agency BAC Home Loans Servicing | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| Countrywifde Home Loans 5401 North Beach St Fort Worth, TX 76137 | | | Collection Agency BAC Home Loans Servicing | | | | Notice Only | |
| | | | Value $ | | | | | |
| __2__  continuation sheets attached | | | Subtotal (Total of this page) | | | | 1,020,000.00 | 235,000.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   Guillermo Luis Calixtro,                                     Case No.   2:10-bk-33389-ER
        Tina Calixtro
_____
                        Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Recontrust Company 1757 Tapo Canyon Rd, SVW-88 TSN 08-0057985 Simi Valley, CA 93063 | | | Collection Agency BAC Home Loans Servicing | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. | | | Deed of Trust -2nd | | | | | |
| BAC Home Loans Servicing 7105 Corporate Drive Plano, TX 75024 | | J | 19830 E. Saddle Ridge Ln., Walnut, CA 91789 | | | | | |
| | | | Value $              785,000.00 | | | | 121,000.00 | 121,000.00 |
| Account No. | | | | | | | | |
| BAC Home Loan Servicing PO BOX 515504 Los Angeles, CA 90051 | | | Collection Agency BAC Home Loans Servicing | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. xxxxxx1080 | | | 1st Deed of Trust - Arrears | | | | | |
| EMC Mortgage Corporation PO BOX 660530 Dallas, TX 75266 | | J | 9824 S. Hawkstone Ave., Whittier, CA 90605 | | | | | |
| | | | Value $              285,000.00 | | | | 420,000.00 | 138,200.00 |
| Account No. xxxx-xx0-068 | | | 2009-10 | | | | | |
| L.A. COUNTY TREASURER AND TAX COLLECTOR PO BOX 54110 Los Angeles, CA 90054 | | J | Property Taxes on debtor's residence 9824 S. Hawkstone Ave., Whittier, CA 90605 | | | | | |
| | | | Value $              285,000.00 | | | | 3,200.00 | 0.00 |

Sheet _1_ of _2_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 544,200.00 | 259,200.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re   Guillermo Luis Calixtro,                                    Case No.   2:10-bk-33389-ER
        Tina Calixtro
                                              Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 0026419423<br><br>Toyota Financial Services<br>PO BOX 60114<br>City Of Industry, CA 91716 | | J | 2008<br><br>Purchase Money Security<br><br>Scion TC 2008 | | | | | |
| | | | Value $              5,000.00 | | | | 9,930.00 | 4,930.00 |
| Account No. xxxxxx7703<br><br>Toyota Financial Services<br>PO BOX 60114<br>City Of Industry, CA 91716 | | J | 2007<br><br>Purchase Money Security<br><br>Toyota Rav4 2006 | | | | | |
| | | | Value $              3,291.00 | | | | 3,696.00 | 405.00 |
| Account No. xxxxxx7579<br><br>Toyota Financial Services<br>PO BOX 60114<br>City Of Industry, CA 91716 | | J | 2006<br><br>Purchase Money Security<br><br>Toyota 4Runner 2006 | | | | | |
| | | | Value $              4,000.00 | | | | 4,527.00 | 527.00 |
| Account No.<br><br><br> | | | | | | | | |
| | | | Value $ | | | | | |
| Account No.<br><br><br> | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  2  of  2  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 18,153.00 | 5,862.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 1,582,353.00 | 500,062.00 |

B6E (Official Form 6E) (4/10)

In re    Guillermo Luis Calixtro,                                  Case No.   2:10-bk-33389-ER
         Tina Calixtro
                                      Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

                                      0     continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   Guillermo Luis Calixtro,                                     Case No.   2:10-bk-33389-ER
        Tina Calixtro
_____
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. xxxxxxxxx4313 | | | J | | 2009 Service cancellation | | | | |
| ADT Security Service, Inc PO BOX 371956 Pittsburgh, PA 15250 | | | | | | | | | 1,270.07 |
| Account No. | | | J | | Personal loan for business purposes business unsecured loan | | | | |
| Alfredo Leon 5024 S Vermont Ave Los Angeles, CA 90237 | | | | | | | | | 100,000.00 |
| Account No. 9810 | | | J | | 2008 Collection account for Barclays Bank Delaware ref # 6263250 | | | | |
| Allied Internation Credit 100 East Shore Drvie 3rd Fl Glen Allen, VA 23059 | | | | | | | | | 950.00 |
| Account No. xxxxxxxxxxxx4418 | | | J | | 2007 Credit card purchases | | | | |
| Aspire PO BOX 23007 Columbus, GA 31902 | | | | | | | | | 5,100.00 |
| | | | | | Subtotal (Total of this page) | | | | 107,320.07 |

  36    continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re    Guillermo Luis Calixtro,                                      Case No.    2:10-bk-33389-ER
         Tina Calixtro

                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Law Office Of David Sean Dufek Attorney At Law 2665 Camino Del Rio North Ste 110 San Diego, CA 92108 | | | | | Collection Agency Aspire | | | | Notice Only |
| Account No. xxxxxxxxxxx9510 | | | | | 2008 Credir card purchase | | | | |
| Aspire PO BOX 23007 Columbus, GA 31902 | | | J | | | | | | 4,320.00 |
| Account No. | | | | | | | | | |
| MCM Dept 12421 PO BOX 603 Oaks, PA 19456 | | | | | Collection Agency Aspire | | | | Notice Only |
| Account No. | | | | | | | | | |
| Vision Financial Corp PO BOX 900 Purchase, NY 10577 | | | | | Collection Agency Aspire | | | | Notice Only |
| Account No. xxxxx4356 | | | | | 2008 Collection account for The Limites/ Wordl Financial Network National Bank | | | | |
| Asset Acceptance LLC PO BOX 2036 Warren, MI 48090 | | | J | | | | | | 465.00 |

| | | |
|---|---|---|
| Sheet no. __1__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 4,785.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Guillermo Luis Calixtro,                                    Case No.    2:10-bk-33389-ER
         Tina Calixtro
                                                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. xxxx1412<br><br>Asset Acceptance LLC<br>PO BOX 2036<br>Warren, MI 48090 | | | J | | 2008<br>Collection account | | | | 1,348.00 |
| Account No.<br><br>VICTORIA SECRET<br>PO BOX 659728<br>San Antonio, TX 78265 | | | | | Collection Agency<br>Asset Acceptance LLC | | | | Notice Only |
| Account No. xxxx6525<br><br>Asset Acceptance LLC<br>PO BOX 2036<br>Warren, MI 48090 | | | J | | 2008<br>Collection account | | | | 500.00 |
| Account No. xxx1210<br><br>Asset Mangement Professionals<br>PO BOX 2824<br>Woodstock, GA 30188 | | | J | | 2008<br>Collection account for Security Credit Services LLC, creditor GECC/Banana Republic | | | | 558.00 |
| Account No. xxxxxxxxxxxx0635<br><br>Banana Republic<br>PO BOX 530942<br>Atlanta, GA 30353 | | | J | | 2008<br>Credit card purchases | | | | 1,200.00 |

Sheet no.  2  of  36  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           3,606.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Guillermo Luis Calixtro,                              Case No.   2:10-bk-33389-ER
        Tina Calixtro
_____
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Asset Management Professionals, LLC PO BOX 2824 Woodstock, GA 30188 | | | | Collection Agency Banana Republic | | | | Notice Only |
| Account No. | | | | | | | | |
| GC SERVICES LIMITED PARTNERSHIP PO BOX 2667 Houston, TX 77252 | | | | Collection Agency Banana Republic | | | | Notice Only |
| Account No. | | | | | | | | |
| GE Money Bank PO BOX 530950 Atlanta, GA 30353 | | | | Collection Agency Banana Republic | | | | Notice Only |
| Account No. | | | | | | | | |
| Nationwide Credit, Inc PO BOX 740640 Atlanta, GA 30374 | | | | Collection Agency Banana Republic | | | | Notice Only |
| Account No. xxxxxxxxxxxx0407 | | | | 2007 Credit card purchases | | | | |
| Bank of America PO BOX 15726 Wilmington, DE 19886 | | J | | | | | | 19,900.00 |

Sheet no. _3__ of _36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          19,900.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Guillermo Luis Calixtro,              Case No.    2:10-bk-33389-ER
         Tina Calixtro
                                                                    ,
                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Creditors Interchange 80 Holtz Drive Buffalo, NY 14225 | | | Collection Agency Bank of America | | | | Notice Only |
| Account No. | | | | | | | |
| Frederick J. Hanna & Associates Attorney At Law 1427 Roswell Road Marietta, GA 30062 | | | Collection Agency Bank of America | | | | Notice Only |
| Account No. xxxxxxxxxxxx8817 | | | 2008 Credit card purchases | | | | |
| Bank of America PO BOX 301200 Los Angeles, CA 90030 | | J | | | | | 2,000.00 |
| Account No. xxxx3124 | | | 2009 Collection account | | | | |
| Better Business Bureau Membership Accounting PO BOX 970 Colton, CA 92324 | | J | | | | | 400.00 |
| Account No. | | | personal loan | | | | |
| Blanca Avelar 12028 Fourth Avenue Lynwood, CA 90262 | | J | | | | | 12,000.00 |

Sheet no. _4_ of _36_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              14,400.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Guillermo Luis Calixtro,          Case No.   2:10-bk-33389-ER
        Tina Calixtro

                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. xx-xxx4613<br><br>California Empire Fiancial Group<br>9879 Foothill Blv<br>Rancho Cucamonga, CA 91701 | | J | 2006<br>For information only<br>Property lost in foreclosure address 1272 E 108th St., Los Angeles, CA 90059 | | | | 0.00 |
| Account No. xxxx # xxxx2987<br><br>California State Elevator Co Inc<br>4208 Willimet Street<br>Los Angeles, CA 90039 | | J | 2010<br>complaint for money | | | X | 3,000.00 |
| Account No.<br><br>Laurence Jay Feinberg<br>Attorney at Law<br>18075 Ventura Blvd<br>Ste 219<br>Encino, CA 91316 | | | Collection Agency<br>California State Elevator Co Inc | | | | Notice Only |
| Account No. xxxxxx5929<br><br>California Water Service Co<br>3316 West Beverly Blvd<br>Montebello, CA 90640 | | J | 2010<br>deficiend after service cut. | | | | 228.12 |
| Account No. xxxxxxxxxxxx3262<br><br>Capital One Bank<br>PO BOX 60599<br>City of Industry, CA 91716 | | J | 2008<br>Credit card purchases | | | | 6,600.00 |

Sheet no.  5   of  36   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      9,828.12

B6F (Official Form 6F) (12/07) - Cont.

In re    Guillermo Luis Calixtro,    Case No.    2:10-bk-33389-ER
      Tina Calixtro
                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Leading Edge Recovery Solutions PO BOX 129 Linden, MI 48451 | | | | Collection Agency Capital One Bank | | | | Notice Only |
| Account No. | | | | | | | | |
| NCO Financial System Inc. PO BOX 15889 Wilmington, DE 19850 | | | | Collection Agency Capital One Bank | | | | Notice Only |
| Account No. | | | | | | | | |
| NCO Financial Systems, Inc PO BOX 15894 Wilmington, DE 19850 | | | | Collection Agency Capital One Bank | | | | Notice Only |
| Account No. xxxx6366 | | J | | 2008 Collection account | | | | |
| Capital One Bank c/o The Brachfeld Law Group 20300 S Vermont Ave Ste 120 Torrance, CA 90502 | | | | | | | | 3,180.00 |
| Account No. xxxxxxxxxxx2375 | | J | | 2008 Credit card purchases | | | | |
| Capital One Bank  USA PO BOX 60599 City Of Industry, CA 91716 | | | | | | | | 1,700.00 |

Sheet no. _6_ of _36_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      4,880.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Guillermo Luis Calixtro,                                      Case No.   2:10-bk-33389-ER
         Tina Calixtro
                                                     ,
                                        Debtors
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Associated Recovery Systems PO BOX 1259 Oaks, PA 19456 | | | | Collection Agency Capital One Bank  USA | | | | Notice Only |
| Account No. | | | | | | | | |
| Global Credit & Collection Corp 300 International Drive PMB #10015 Buffalo, NY 14221 | | | | Collection Agency Capital One Bank  USA | | | | Notice Only |
| Account No. xxxxxxxxxxxx0199 | | | | 2008 Credit card purchases | | | | |
| Capital One Bank  USA PO BOX 60599 City Of Industry, CA 91716 | | J | | | | | | 1,800.00 |
| Account No. | | | | | | | | |
| Associated Recovery Systems PO BOX 469046 Escondido, CA 92046-9046 | | | | Collection Agency Capital One Bank  USA | | | | Notice Only |
| Account No. | | | | | | | | |
| Client Services Inc 3451 Harry Truman Blvd Saint Charles, MO 63301 | | | | Collection Agency Capital One Bank  USA | | | | Notice Only |

Sheet no.   7    of  36    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,800.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Guillermo Luis Calixtro,                                  Case No.    2:10-bk-33389-ER
         Tina Calixtro

                                         Debtors
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
                              (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** | | | | | | | | | |
| Global Credit & Collection Corp 300 International Drive PMB #10015 Buffalo, NY 14221 | | | | | Collection Agency Capital One Bank  USA | | | | Notice Only |
| **Account No.** | | | | | | | | | |
| NCO Financial System Inc. PO BOX 15889 Wilmington, DE 19850 | | | | | Collection Agency Capital One Bank  USA | | | | Notice Only |
| **Account No.** xxxxxxxxxxxx6880 | | | | | 2008 Credit card purchases | | | | |
| Capital One Bank USA PO BOX 60024 City of Industry, CA 91716 | | | J | | | | | | 2,400.00 |
| **Account No.** xxxxxxxxxxxx8496 | | | | | 2009 Credit card purchases | | | | |
| CARDMEMBER SERVICE PO BOX 94014 Palatine, IL 60094 | | | J | | | | | | 19,200.00 |
| **Account No.** | | | | | | | | | |
| Arrow Financial Services LLC 21031 Network Place Chicago, IL 60678 | | | | | Collection Agency CARDMEMBER SERVICE | | | | Notice Only |

Sheet no.   8    of   36    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                            Subtotal
                                                      (Total of this page)          21,600.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Guillermo Luis Calixtro,                                    Case No.  2:10-bk-33389-ER
        Tina Calixtro
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. FMS Investment Corp PO BOX 681515 Schaumburg, IL 60168 | | | | | Collection Agency CARDMEMBER SERVICE | | | | Notice Only |
| Account No. Redline Recovery srevices, LLC PO BOX 1022 Fort Mill, SC 29716 | | | | | Collection Agency CARDMEMBER SERVICE | | | | Notice Only |
| Account No. xxxxxxxxxxxx1766 CARDMEMBER SERVICE PO BOX 94014 Palatine, IL 60094 | | J | | | 2009 Credit card purchases | | | | 1,000.00 |
| Account No. Integrity Financial Partners, Inc PO BOX 11530 Overland Park, KS 66207 | | | | | Collection Agency CARDMEMBER SERVICE | | | | Notice Only |
| Account No. MRS Associates Inc 19830 Olney Ave Cherry Hill, NJ 08003 | | | | | Collection Agency CARDMEMBER SERVICE | | | | Notice Only |

Sheet no.  9  of  36  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        1,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Guillermo Luis Calixtro,    Case No.  2:10-bk-33389-ER
Tina Calixtro

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W | J C | | | | | |
| Account No. | | | | | | | | | |
| Valentine & Kebartas, Inc PO BOX 325 Lawrence, MA 01842 | | | | | Collection Agency CARDMEMBER SERVICE | | | | Notice Only |
| Account No. xxxxxxxxxxxx7909 | | | | | 2008 Credit card purchased | | | | |
| CARDMEMBER SERVICE PO BOX 94014 Palatine, IL 60094 | | J | | | | | | | 6,570.00 |
| Account No. | | | | | | | | | |
| Creditors Interchange 80 Holtz Drive Buffalo, NY 14225 | | | | | Collection Agency CARDMEMBER SERVICE | | | | Notice Only |
| Account No. | | | | | | | | | |
| Enchanced Recovery Corporation 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | Collection Agency CARDMEMBER SERVICE | | | | Notice Only |
| Account No. | | | | | | | | | |
| MRS Associates Inc 19830 Olney Ave Cherry Hill, NJ 08003 | | | | | Collection Agency CARDMEMBER SERVICE | | | | Notice Only |

Sheet no.  10  of  36  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,570.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Guillermo Luis Calixtro,                                    Case No.  2:10-bk-33389-ER
         Tina Calixtro
                                                                          ,
                                            Debtors
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx0381 | | | 2007 Credit cars purchases | | | | |
| CARDMEMBER SERVICE PO BOX 94014 Palatine, IL 60094 | | J | | | | | 22,520.00 |
| Account No. | | | | | | | |
| Northstar Location Services, LLC Attn: Financial Services Dept 4285 Genesee St Cheektowa, NY 14225 | | | Collection Agency CARDMEMBER SERVICE | | | | Notice Only |
| Account No. xxxxxxxxxxxx4367 | | | 2008 Credit card purchases | | | | |
| CARDMEMBER SERVICE PO BOX 94014 Palatine, IL 60094 | | J | | | | | 7,800.00 |
| Account No. | | | | | | | |
| GC Services Limited Parthnership Collection Agency Division 6330 Gulfton Houston, TX 77081 | | | Collection Agency CARDMEMBER SERVICE | | | | Notice Only |
| Account No. | | | | | | | |
| MRS Associates Inc 19830 Olney Ave Cherry Hill, NJ 08003 | | | Collection Agency CARDMEMBER SERVICE | | | | Notice Only |

Sheet no.  11  of  36  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                30,320.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Guillermo Luis Calixtro,                                    Case No.   2:10-bk-33389-ER
         Tina Calixtro
                                                    Debtors
                    ,

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx1179 <br><br> CBCS <br> PO BOX 163250 <br> Columbus, OH 43216 | | J | 2008 <br> Collection account | | | | 160.00 |
| Account No. x1435 <br><br> Cbeyond <br> Filed 50326 <br> Los Angeles, CA 90074 | | J | 2010 <br> Utility bill after cut service | | | | 2,199.00 |
| Account No. xxxx0047 <br><br> Chase <br> PO BOX 15298 <br> Wilmington, DE 19850 | | J | 2010 <br> Collection account for Chase Bank USA case # 01/05/2010 | | | | 2,500.00 |
| Account No. <br><br> Law Offices of Davis, Shedrick O <br> 300 S Grand Ave. Fl 4 <br> Los Angeles, CA 90071 | | | Collection Agency <br> Chase | | | | Notice Only |
| Account No. xxxxxxxxxxxx8165 <br><br> Chevron Texaco <br> PO BOX 530950 <br> Atlanta, GA 30353 | | J | 2008 <br> Credit card purchases | | | | 2,800.00 |

Sheet no.  12  of  36  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    7,659.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Guillermo Luis Calixtro,                                    Case No.   2:10-bk-33389-ER
        Tina Calixtro
                                                              ,
                                        Debtors
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| GE Money Bank PO BOX 530950 Atlanta, GA 30353 | | | Collection Agency Chevron Texaco | | | | Notice Only |
| Account No. | | | | | | | |
| Leading Edge Recovery Solutions PO BOX 129 Linden, MI 48451 | | | Collection Agency Chevron Texaco | | | | Notice Only |
| Account No. | | | | | | | |
| Nationwide Credit, Inc PO BOX 740640 Atlanta, GA 30374 | | | Collection Agency Chevron Texaco | | | | Notice Only |
| Account No. | | | | | | | |
| NCC Business Services, Inc. PO BOX 24739 Jacksonville, FL 32241 | | | Collection Agency Chevron Texaco | | | | Notice Only |
| Account No. | | | | | | | |
| NCO Financial System Inc. PO BOX 15889 Wilmington, DE 19850 | | | Collection Agency Chevron Texaco | | | | Notice Only |

| | | |
|---|---|---|
| Sheet no. 13 of 36 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 0.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Guillermo Luis Calixtro,          Case No.   2:10-bk-33389-ER
         Tina Calixtro
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. xxxxxxxxxxx0002 | | | | | 2008 Collection account | | | | |
| Chevron Texaco PO BOX 530950 Atlanta, GA 30353 | | | | J | | | | | 850.00 |
| Account No. xxxxxxx8693 | | | | | 2008 Credit card purchases | | | | |
| CIRCUIT CITY PO BOX 94011 Palatine, IL 60094 | | | | J | | | | | 800.00 |
| Account No. xxxxxx8743 | | | | | 2007 Collection account | | | | |
| CMRE Financial Services 3075 Imperial Hwy Ste 200 Brea, CA 92821 | | | | J | | | | | 300.00 |
| Account No. xxxxxxxxxxxxx8743 | | | | | 2009 Collection account | | | | |
| CMRE Financial Services 3075 Imperial Hwy Ste 200 Brea, CA 92821 | | | | J | | | | | 150.00 |
| Account No. xxxxx1976 | | | | | 2008 Information only: property lost in foreclosure address: 1272 E 108th St., Los Angeles, CA 90059 | | | | |
| Countrywide Home Loans Agent for Service of Process CT Corporation System 818 West Seventh St Los Angeles, CA 90017 | | | | J | | | | | 0.00 |

Sheet no.   14   of   36   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    2,100.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Guillermo Luis Calixtro,          Case No.   2:10-bk-33389-ER
        Tina Calixtro
                                                    ,
                        Debtors
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxx4057 | | | | | 2008 Utility bill | | | | |
| Directv PO BOX 78626 Phoenix, AZ 85062 | | | J | | | | | | 160.00 |
| Account No. | | | | | Collection Agency Directv | | | | |
| AlliedInterstate 3000 Corporate Exchange Dr 5th Floor Columbus, OH 43231 | | | | | | | | | Notice Only |
| Account No. | | | | | Collection Agency Directv | | | | |
| CBCS PO BOX 163250 Columbus, OH 43216 | | | | | | | | | Notice Only |
| Account No. 0354 | | | | | 2008 Credit card purchases | | | | |
| Discover Card PO BOX 6103 Carol Stream, IL 60197 | | | J | | | | | | 2,300.00 |
| Account No. | | | | | Collection Agency Discover Card | | | | |
| Capital Management Services, Lp 726 Exchange St, Suite 700 Buffalo, NY 14210 | | | | | | | | | Notice Only |

Sheet no.   15   of   36   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,460.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Guillermo Luis Calixtro,         Case No. __2:10-bk-33389-ER__
     Tina Calixtro

_____
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| **Account No.** | | | | | | | | | |
| Northstar Location Services, LLC Attn: Financial Services Dept PO BOX 2157 Williamsville, NY 14231 | | | | | Collection Agency Discover Card | | | | Notice Only |
| **Account No.** | | | | | | | | | |
| Redline Recovery Services 1145 Sanctuary Prkwy Ste 350 Alpharetta, GA 30009 | | | | | Collection Agency Discover Card | | | | Notice Only |
| **Account No. Calixtro** | | | | | 2008 Personal loan for business purposes | | | | |
| Edgardo Paredez 10328 Lesterford Ave Downey, CA 90241 | | J | | | | | | | 90,000.00 |
| **Account No. xxxxxxxxx5000** | | | | | 2009 Collection account | | | | |
| First Data PO BOX 173845 Denver, CO 80217 | | J | | | | | | | 810.00 |
| **Account No. xxxxxxxx0883** | | | | | 2002 equipment Lease Number 052-0386315-000 | | | | |
| First Data Merchant Services First Data Global Leasing PO BOX 407092 Fort Lauderdale, FL 33340 | | J | | | | | | | 200.00 |

Sheet no. __16__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      91,010.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Guillermo Luis Calixtro,                                    Case No.   2:10-bk-33389-ER
        Tina Calixtro
                                                    Debtors         ,

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| Allen & Associates 147 Willis Avenue Mineola, NY 11501 | | | | Collection Agency First Data Merchant Services | | | | Notice Only |
| **Account No.** | | | | | | | | |
| McCarthy, Burguerss & Wolff 26000 Cannon Road Cleveland, OH 44146 | | | | Collection Agency First Data Merchant Services | | | | Notice Only |
| **Account No.** xxxx8417 | | | | 2008 Collection account for Capital One LLC | | | | |
| Global Credit & Collection 300 International Dr PMB 10015 Williamsville, NY 14221 | | J | | | | | | 1,595.00 |
| **Account No.** xxxx5770 | | | | 2007 Collection account for Caliptal One, LLC. | | | | |
| Global Credit & Collection Corp 300 International Drive PMB #10015 Buffalo, NY 14221 | | J | | | | | | 1,500.00 |
| **Account No.** | | | | | | | | |
| Capital One Bank  USA PO BOX 60599 City Of Industry, CA 91716 | | | | Collection Agency Global Credit & Collection Corp | | | | Notice Only |

Sheet no.  17  of  36  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          3,095.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Guillermo Luis Calixtro,                                          Case No.    2:10-bk-33389-ER
         Tina Calixtro
                                                          Debtors
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. xxxxxxxxxxxx6591 | | | | | 2009 Credit card purchases | | | | |
| Home Depot Credit Services PO BOX 6028 The Lakes, NV 88901 | | | J | | | | | | |
| | | | | | | | | | 4,900.00 |
| Account No. | | | | | Collection Agency Home Depot Credit Services | | | | |
| Citi PO BOX 6286 Sioux Falls, SD 57117 | | | | | | | | | Notice Only |
| Account No. | | | | | Collection Agency Home Depot Credit Services | | | | |
| United Recovery Systems, LP PO BOX 722929 Houston, TX 77272 | | | | | | | | | Notice Only |
| Account No. xxxxxxxxxxxx1100 | | | | | 2008 Credit card purchases | | | | |
| HSBC PO BOX 60102 City Of Industry, CA 91716 | | | J | | | | | | |
| | | | | | | | | | 3,900.00 |
| Account No. | | | | | Collection Agency HSBC | | | | |
| I.C. System, Inc 444 Highway 96 East Saint Paul, MN 55164 | | | | | | | | | Notice Only |

Sheet no.   18   of   36   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                8,800.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Guillermo Luis Calixtro,                                    Case No.  2:10-bk-33389-ER
         Tina Calixtro
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Collection Agency HSBC | | | | Notice Only |
| National Credit Adjusters PO BOX 3023 Hutchinson, KS 67504 | | | | | | | | |
| Account No. 3360 | | | | 2008 Collection account | | | | |
| HSBC Attn: Bankruptcy Po Box 5253 Carol Stream, IL 60197 | | J | | | | | | 1,000.00 |
| Account No. | | | | Collection Agency HSBC | | | | Notice Only |
| HSBC Retail Services PO BOX 5264 Carol Stream, IL 60197 | | | | | | | | |
| Account No. xxxx9432 | | | | 2008 Medical bill | | | | |
| Intercomm Emerg Medical Group PO BOX 4419 Woodland Hills, CA 91365 | | J | | | | | | 200.00 |
| Account No. G6310731 | | | | 5/6/10 complaint for money | | | | |
| Interinsurance Exchange of the AAA PO BOX 5459 Diamond Bar, CA 91765 | | J | | | | | X | 1,000.00 |
| Sheet no. 19 of 36 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal (Total of this page) | | | 2,200.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   Guillermo Luis Calixtro,                  Case No.   2:10-bk-33389-ER
          Tina Calixtro

                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. xxxxxxx3851 | | | | | 2008 Credit card purchases | | | | |
| JC Penney PO BOX 960090 Orlando, FL 32896 | | | J | | | | | | 450.00 |
| Account No. | | | | | Collection Agency JC Penney | | | | Notice Only |
| Apex Financial Management LLC PO BOX 2189 Northbrook, IL 60065 | | | | | | | | | |
| Account No. | | | | | Collection Agency JC Penney | | | | Notice Only |
| GE Money Bank PO BOX 960061 Orlando, FL 32896 | | | | | | | | | |
| Account No. | | | | | Collection Agency JC Penney | | | | Notice Only |
| NCO Financial System Inc. PO BOX 15889 Wilmington, DE 19850 | | | | | | | | | |
| Account No. xxxxxxxxxxxx9079 | | | | | 2008 Credit card purchases | | | | |
| JC Penney PO BOX 960001 Orlando, FL 32896 | | | J | | | | | | 800.00 |

Sheet no. __20__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                             Subtotal            1,250.00
                         (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Guillermo Luis Calixtro,    Case No.  2:10-bk-33389-ER
         Tina Calixtro
                                              Debtors
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| GE Money Bank PO BOX 960061 Orlando, FL 32896 | | | | Collection Agency JC Penney | | | | Notice Only |
| Account No. | | | | | | | | |
| Hollander Law Offices, LLC PO BOX 105836 Atlanta, GA 30348 | | | | Collection Agency JC Penney | | | | Notice Only |
| Account No. | | | | | | | | |
| Law Offices Of Ed Overcash, LLC 33 Villa Road Ste 401 Greenville, SC 29615 | | | | Collection Agency JC Penney | | | | Notice Only |
| Account No. xxx4747 | | | | 2007 Credit card purchases | | | | |
| JC Penney PO BOX 960001 Orlando, FL 32896 | | J | | | | | | 800.00 |
| Account No. xxx-xx7-901 | | | | 2007 Credit card purchases | | | | |
| JC Penney PO BOX 960090 Orlando, FL 32896 | | J | | | | | | 1,500.00 |

Sheet no.  21  of  36  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    2,300.00

B6F (Official Form 6F) (12/07) - Cont.

In re  Guillermo Luis Calixtro,      Case No.  2:10-bk-33389-ER
Tina Calixtro

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. malona<br><br>Jerry Malona<br>1884 Pinnacle Way<br>Upland, CA 91784 | | | J | 2009<br>complaint for money | | | | 4,000.00 |
| Account No. xx1064<br><br>Juniper<br>PO BOX 13337<br>Philadelphia, PA 19101 | | | J | 2009<br>Credit card purchases | | | | 1,120.00 |
| Account No.<br><br>Capital Management Services, Lp<br>726 Exchange St,<br>Suite 700<br>Buffalo, NY 14210 | | | | Collection Agency<br>Juniper | | | | Notice Only |
| Account No. 8106<br><br>Juniper<br>PO BOX 13337<br>Philadelphia, PA 19101 | | | J | 2008<br>Credit card purchases | | | | 500.00 |
| Account No.<br><br>Capital Management Services, Lp<br>726 Exchange St,<br>Suite 700<br>Buffalo, NY 14210 | | | | Collection Agency<br>Juniper | | | | Notice Only |

Sheet no. 22 of 36 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 5,620.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Guillermo Luis Calixtro,    Case No.   2:10-bk-33389-ER
         Tina Calixtro
                                    Debtors,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. National Enterprise Systems 29125 Solon Rd Solon, OH 44139 | | | | Collection Agency Juniper | | | | Notice Only |
| Account No. NCO Financial Systems PO BOX 15773 Wilmington, DE 19850 | | | | Collection Agency Juniper | | | | Notice Only |
| Account No. Calixtro Khio Yang and Keum Ja Yang 828 Adelita St Montebello, CA 90640 | | | J | 2008 arrears on commercial rent at 2465 W. Whittier Blvd., 2nd Fl., Montebello, CA 90640 | | | | 104,000.00 |
| Account No. xxxxxx8029 Khio Yang and Keum Ja Yang 3001 W. Beverly Blvd Montebello, CA 90640 | | | J | 07/2008 Personal loan secured by a real estate property. This money was never received and it was used to secure the payment of the commercial rent at 2465 W. Whittier Blvd., 2nd Fl., Montebello, CA 90640 | | | | 80,730.00 |
| Account No. xxxxxxx-8165 Leading Edge Recovery Solutions PO BOX 129 Linden, MI 48451 | | | J | 2008 Collection account | | | | 2,525.00 |

Sheet no. __23__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    187,255.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Guillermo Luis Calixtro,    Case No.    2:10-bk-33389-ER
Tina Calixtro
                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Security Credit Services LLC c/o Leading Edge Recovery Sol 5440 N Cumberland Ave Ste 300 Chicago, IL 60656 | | | | | Collection Agency Leading Edge | | | | Notice Only |
| Account No. xxxxxxx8501 | | | | | 2008 Collection account | | | | |
| Los Olivos HOA Asyst Data Group PO BOX 15544 Santa Ana, CA 92735 | | | J | | | | | | 920.00 |
| Account No. xxxxxxxxxxxx2422 | | | | | 2008 Credit card purchases | | | | |
| Macys PO BOX 689195 Des Moines, IA 50368 | | | J | | | | | | 6,800.00 |
| Account No. | | | | | | | | | |
| Client Services Inc 3451 Harry Truman Blvd Saint Charles, MO 63301 | | | | | Collection Agency Macys | | | | Notice Only |
| Account No. | | | | | | | | | |
| NCO Financial System Inc. PO BOX 15889 Wilmington, DE 19850 | | | | | Collection Agency Macys | | | | Notice Only |
| Sheet no. 24 of 36 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | | Subtotal (Total of this page) | | | 7,720.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  Guillermo Luis Calixtro,    Case No.  2:10-bk-33389-ER
Tina Calixtro
_____
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Northland Group Inc PO BOX 390846 Minneapolis, MN 55439 | | | | Collection Agency Macys | | | | Notice Only |
| Account No. xx-xxx-xxx-895-0 | | | | 2007 Credit card purchases | | | | |
| Macys PO BOX 689195 Des Moines, IA 50368 | | J | | | | | | 1,200.00 |
| Account No. xxxxxxxx4760 | | | | 2008 Credit card purchases | | | | |
| Macys Visa PO BOX 689194 Des Moines, IA 50368 | | J | | | | | | 3,500.00 |
| Account No. | | | | | | | | |
| Northland Group Inc PO BOX 390846 Minneapolis, MN 55439 | | | | Collection Agency Macys Visa | | | | Notice Only |
| Account No. | | | | | | | | |
| OMS/ Oxford Management Services PO BOX 1991 Southgate, MI 48195 | | | | Collection Agency Macys Visa | | | | Notice Only |

Sheet no.  25  of  36  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    4,700.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Guillermo Luis Calixtro,    Case No.  2:10-bk-33389-ER
        Tina Calixtro

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Collection Agency Macys Visa | | | | Notice Only |
| Van Ru Credit Corporation PO BOX 46549 Chicago, IL 60646 | | | | | | | | | |
| Account No. Case # VC053324 | | | J | | 2008 Complaint for moeny | | | X | |
| Martha Mendez Caudillo Superior Court of California Case # VC053324 12720 Norwalk Blvd Norwalk, CA 90650 | | | | | | | | | 25,000.00 |
| Account No. | | | | | Collection Agency Martha Mendez Caudillo | | | | Notice Only |
| Law Office Roy L Landers 7840 Mission Centre Court Ste 101 San Diego, CA 92108 | | | | | | | | | |
| Account No. xxxxxx3149 | | | J | | 2008 Collection account | | | | |
| MCM Dept 12421 PO BOX 603 Oaks, PA 19456 | | | | | | | | | 4,500.00 |
| Account No. | | | | | Collection Agency MCM | | | | Notice Only |
| Providian Bank PO BOX 660433 Dallas, TX 75266 | | | | | | | | | |
| | | | | | Subtotal (Total of this page) | | | | 29,500.00 |

Sheet no.  26  of  36  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re    Guillermo Luis Calixtro,    Case No.   2:10-bk-33389-ER
Tina Calixtro
_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. hispanosunidos<br><br>Mundy Media Corporation<br>3301 Barham Blvd, Ste 100<br>Los Angeles, CA 90068 | | J | | 2008-2009<br>collection account | | | | 36,450.00 |
| Account No. xxxxx5197<br><br>NORTHLAND GROUP INC<br>PO BOX 390846<br>Minneapolis, MN 55439 | | J | | 2008<br>Collection account | | | | 2,615.00 |
| Account No.<br><br>Department Stores National Bank<br>NCO Financial Services<br>PO BOX 137<br>Columbus, GA 31902 | | | | Collection Agency<br>NORTHLAND GROUP INC | | | | Notice Only |
| Account No. xxxxxxxxxxxx4005<br><br>Office Depot Credit Plan<br>PO BOX 689020<br>Des Moines, IA 50368 | | J | | 2008<br>Credit card purchases | | | | 7,900.00 |
| Account No.<br><br>Pablo and Laura Garcia<br>11216 Meadowlark Ln<br>Bloomington, CA 92316 | | J | | Personal loan for business purposes | | | | 65,000.00 |
| Sheet no. __27__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal<br>(Total of this page) | | | | 111,965.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  Guillermo Luis Calixtro,
Tina Calixtro

Case No.  2:10-bk-33389-ER

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. xxxxxx72-10 | | | | | 2008 Collection account | | | | |
| Plaza Recovery Associates PO BOX 18008 Hauppauge, NY 11788 | | J | | | | | | | 3,010.00 |
| Account No. xxxxxx3149 | | | | | 2008 Collection account | | | | |
| Providian Bank c/o MCM Dept 12421 PO BOX 603 Oaks, PA 19456 | | J | | | | | | | 4,980.00 |
| Account No. | | | | | Collection Agency Providian Bank | | | | Notice Only |
| Midland Credit Management PO BOX 60578 Los Angeles, CA 90060 | | | | | | | | | |
| Account No. xxxxxx1481 | | | | | 2009 Medical bill | | | | |
| Quest Diagnostics PO BOX 7400 Pasadena, CA 91109 | | J | | | | | | | 670.00 |
| Account No. xxxx # xxxx2449 | | | | | 1999 Collection account case # 99S02449 | | | | |
| Robinsons-May 750 W 7th St Los Angeles, CA 90017 | | J | | | | | | | 291.00 |

Sheet no. 28 of 36 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  8,951.00

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Guillermo Luis Calixtro,                                          Case No.   2:10-bk-33389-ER
        Tina Calixtro
                                                            Debtors
                                                              ,

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. Hernandez<br><br>Salvador Hernandez<br>2634 W Palais Rd<br>Anaheim, CA 92804 | | | J | 2008<br>Comlaint for money | | | | 3,500.00 |
| Account No. xxxxxxxxxxx5988<br><br>Sam's Club<br>Attention: Bankruptcy Department<br>Po Box 103104<br>Roswell, GA 30076 | | | J | 2008<br>Credit card purchases | | | | 7,200.00 |
| Account No.<br><br>GE Consumer Financial<br>PO BOX 960061<br>Orlando, FL 32896 | | | | Collection Agency<br>Sam's Club | | | | Notice Only |
| Account No.<br><br>Professional Bureau of Collections<br>PO BOX 628<br>Elk Grove, CA 95759 | | | | Collection Agency<br>Sam's Club | | | | Notice Only |
| Account No. xxxxxxxxxxx5495<br><br>Sears Gold Master Card<br>PO BOX 6282<br>Sioux Falls, SD 57117 | | | J | 2008<br>Credit card purchases | | | | 8,300.00 |
| Sheet no. 29 of 36 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | | Subtotal<br>(Total of this page) | | 19,000.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   Guillermo Luis Calixtro,                                        Case No.   2:10-bk-33389-ER
        Tina Calixtro
                                                    Debtors ,

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Collection Agency Sears Gold Master Card | | | | Notice Only |
| Financial Recovery Servies PO BOX 385908 Minneapolis, MN 55438 | | | | | | | | | |
| Account No. xxx7610 | | | | | 2008 Collection account | | | | |
| Security Credit Services LLC c/o Leading Edge Recovery Sol 5440 N Cumberland Ave Ste 300 Chicago, IL 60656 | | | | J | | | | | 2,180.00 |
| Account No. xxx8251 | | | | | 2009 Collection account | | | | |
| Security Credit Services LLC c/o Leading Edge Recovery Sol 5440 N Cumberland Ave Ste 300 Chicago, IL 60656 | | | | J | | | | | 500.00 |
| Account No. xxxxx4492 | | | | | 2008 Collection account | | | | |
| SKO Brenner American Inc PO BOX 230 Farmingdale, NY 11735 | | | | J | | | | | 50.00 |
| Account No. xxxxxx6822 | | | | | 2010 Utility bill cut off | | | | |
| Southern California Edision PO BOX 300 Rosemead, CA 91770 | | | | J | | | | | 1,310.00 |

Sheet no.  30  of  36  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        4,040.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Guillermo Luis Calixtro,
        Tina Calixtro

Case No.   2:10-bk-33389-ER

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. xxxxxxxxxxxx6366 | | | | | 2008 Credit card purchases | | | | |
| Staples Credit Plan PO BOX 689020 Des Moines, IA 50368 | | | | J | | | | | 6,300.00 |
| Account No. | | | | | Collection Agency Staples Credit Plan | | | | |
| ENCORE RECEIVABLE PO BOX 47248 Oak Park, MI 48237 | | | | | | | | | Notice Only |
| Account No. | | | | | Collection Agency Staples Credit Plan | | | | |
| LTD FINANCIAL SERVICES PO BOX 630788 Houston, TX 77263 | | | | | | | | | Notice Only |
| Account No. xxxxx7682 | | | | | 2009 Phone bill | | | | |
| T-Mobil PO BOX 742596 Cincinnati, OH 45274 | | | | J | | | | | 690.00 |
| Account No. | | | | | Collection Agency T-Mobil | | | | |
| Law Offices of Mitchell N. Kay P.C. 7 Penn Plaza New York, NY 10001 | | | | | | | | | Notice Only |

Sheet no. __31__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,990.00

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Guillermo Luis Calixtro,          Case No.   2:10-bk-33389-ER
        Tina Calixtro
                                    Debtors
                                                          ,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No. | | | | | Collection Agency | | | | |
| Superior Asset Management, INC PO BOX 468089 Atlanta, GA 31146 | | | | | T-Mobil | | | | Notice Only |
| Account No. xxxxxxxxxxxx0929 | | | | | 2009 Credit card purchases | | | | |
| TARGET NATIONAL BANK PO BOX 59317 Minneapolis, MN 55459 | | | J | | | | | | 4,900.00 |
| Account No. | | | | | Collection Agency | | | | |
| Enchanced Recovery Corporation 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | TARGET NATIONAL BANK | | | | Notice Only |
| Account No. | | | | | Collection Agency | | | | |
| Redline Recovery Services 1145 Sanctuary Prkwy Ste 350 Alpharetta, GA 30009 | | | | | TARGET NATIONAL BANK | | | | Notice Only |
| Account No. | | | | | Collection Agency | | | | |
| Universal Fidelity LP PO BOX 941911 Houston, TX 77094 | | | | | TARGET NATIONAL BANK | | | | Notice Only |

Sheet no. _32_ of _36_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    4,900.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Guillermo Luis Calixtro,              Case No.   2:10-bk-33389-ER
        Tina Calixtro
                                    Debtors                        ,

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxxxxxx6837 | | | | 2009 Colection account Case #09C00964 | | | | |
| TARGET NATIONAL BANK PO BOX 59317 Minneapolis, MN 55459 | J | | | | | | | 9,100.00 |
| Account No. | | | | Collection Agency TARGET NATIONAL BANK | | | | |
| Law Offices Of Patenaude & Felix A Professional Law Corporation 4445 Murphy Canyon Rd 3rd Floor San Diego, CA 92123 | | | | | | | | Notice Only |
| Account No. x6580 | | | | 2008 Utility bill | | | | |
| TelePacific Communications PO BOX 526015 Sacramento, CA 95852 | J | | | | | | | 2,750.00 |
| Account No. xx3765 | | | | 2008 Termite service | | | | |
| Terminix International 727 Arrow Grand Circle Covina, CA 91722 | J | | | | | | | 95.00 |
| Account No. xxxx6368 | | | | 2008 Collection account | | | | |
| The Brachfield Law Group 880 Apollo St Ste 155 El Segundo, CA 90245 | J | | | | | | | 3,200.00 |

Sheet no. __33__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          15,145.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Guillermo Luis Calixtro,                              Case No.   2:10-bk-33389-ER
         Tina Calixtro
                                                    ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. xxxxx4356 | | | | | 2008 Credit card purchases | | | | |
| The Limited PO BOX 659728 San Antonio, TX 78265 | | | | J | | | | | 600.00 |
| Account No. | | | | | Collection Agency The Limited | | | | |
| Asset Acceptance LLC PO BOX 2036 Warren, MI 48090 | | | | | | | | | Notice Only |
| Account No. | | | | | Collection Agency The Limited | | | | |
| Morgan & Associates A Professional Corporation Attorneys & Counselors At Law 2601 N. W. Express Way, Ste 205 Eas Oklahoma City, OK 73112 | | | | | | | | | Notice Only |
| Account No. xxxxxx9808 | | | | | 2008 Collection account | | | | |
| Thomson West 610 Opperman Drive Eagan, MN 55123 | | | | J | | | | | 400.00 |
| Account No. | | | | | Collection Agency Thomson West | | | | |
| Cisco, Inc PO BOX 801088 Houston, TX 77280 | | | | | | | | | Notice Only |

Sheet no.   34   of   36   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                         1,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Guillermo Luis Calixtro,    Case No.  2:10-bk-33389-ER
Tina Calixtro
_____
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx2290 <br><br> USC Casre Medical Group INC <br> File 749303 <br> Los Angeles, CA 90074 | | J | 2009 <br> Medical bill | | | | 200.00 |
| Account No. xxxxxxxxxxxxxx6879 <br><br> VICTORIAS SECRET <br> PO BOX 659728 <br> San Antonio, TX 78265 | | J | 2009 <br> Credit card purchases | | | | 1,350.00 |
| Account No. <br><br> Asset Acceptance LLC <br> PO BOX 2036 <br> Warren, MI 48090 | | | Collection Agency <br> VICTORIAS SECRET | | | | Notice Only |
| Account No. xxxxxxxxxxxx8496 <br><br> WASHINGTON MUTUAL <br> PO BOX 78065 <br> Phoenix, AZ 85062 | | J | 2007 <br> collection account | | | | 19,198.00 |
| Account No. <br><br> Arrow Financial Services LLC <br> 21031 Network Place <br> Chicago, IL 60678 | | | Collection Agency <br> WASHINGTON MUTUAL | | | | Notice Only |

Sheet no.  35   of  36    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            20,748.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Guillermo Luis Calixtro,          Case No.    2:10-bk-33389-ER
          Tina Calixtro
_____
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Collection Agency | | | | |
| Redline Recovery Services 11675 Rainwater Dr,. Ste 350 Alpharetta, GA 30009 | | | | | WASHINGTON MUTUAL | | | | Notice Only |
| Account No. xx-xxx4522 | | | | | 2006 Information Only | | | | |
| Wilshire Credit Corp 2141 5th Ave San Diego, CA 92101 | | | J | | Property lost in foreclosure 15436 La Mirada Bld., Apt HH115, La Mirada, CA 90638 | | | | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no.  36  of  36  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 774,417.19 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    Guillermo Luis Calixtro,                                    Case No.  2:10-bk-33389-ER
         Tina Calixtro
                                                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| Khio Yang and Keum Ja Yang<br>3001 W. Beverly Blvd<br>Montebello, CA 90640 | Commercial lease agreement at 2465 W. Whittier Blvd., 2nd Fl., Montebello, CA 90640<br>Lease to be rejected. |

0
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    Guillermo Luis Calixtro,                                  Case No.    2:10-bk-33389-ER
         Tina Calixtro

                                        Debtors

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

0
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re
Guillermo Luis Calixtro
Tina Calixtro
_____
Debtor(s)

Case No. __2:10-bk-33389-ER__

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S):<br>Son<br>Daughter<br>Son | AGE(S):<br>14<br>19<br>21 |

| Employment:* | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Office manager | Assistant |
| Name of Employer | L Bishop Austin & Associates | Hispanos Unidos & Associates |
| How long employed | 6 months | 6 months |
| Address of Employer | 3250 Wilshire Blvd., Ste 1500<br>Los Angeles, CA 90010 | 2009 W. Whittier Blvd.,<br>Montebello, CA 90640 |

**\*See Attachment for Additional Employment Information**

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | | |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | | $ 3,500.00 | $ 1,800.00 |
| 2. Estimate monthly overtime | | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | | $ 3,500.00 | $ 1,800.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ 0.00 | $ 0.00 |
| b. Insurance | | $ 0.00 | $ 0.00 |
| c. Union dues | | $ 0.00 | $ 0.00 |
| d. Other (Specify): _____ | | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ 3,500.00 | $ 1,800.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $ 0.00 | $ 0.00 |
| 8. Income from real property | | $ 3,500.00 | $ 0.00 |
| 9. Interest and dividends | | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance<br>(Specify): _____ | | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | | | |
| 13. Other monthly income<br>(Specify): _____ | | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ 3,500.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | | $ 7,000.00 | $ 1,800.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 8,800.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
   none. Debtor will receive a 1099 at EOY.

B6J (Official Form 6J) (12/07)

In re  Guillermo Luis Calixtro
       Tina Calixtro
       _____
                Debtor(s)

Case No.  2:10-bk-33389-ER
          _____

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|--:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,790.00 |
| a. Are real estate taxes included? | Yes _X_   No ___ | |
| b. Is property insurance included? | Yes _X_   No ___ | |
| 2. Utilities: | a. Electricity and heating fuel | $ 120.00 |
| | b. Water and sewer | $ 95.00 |
| | c. Telephone | $ 80.00 |
| | d. Other  See Detailed Expense Attachment | $ 180.00 |
| | | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 550.00 |
| 4. Food | | $ 100.00 |
| 5. Clothing | | $ 50.00 |
| 6. Laundry and dry cleaning | | $ 35.00 |
| 7. Medical and dental expenses | | $ 550.00 |
| 8. Transportation (not including car payments) | | $ 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 25.00 |
| 10. Charitable contributions | | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| | a. Homeowner's or renter's | $ 0.00 |
| | b. Life | $ 0.00 |
| | c. Health | $ 0.00 |
| | d. Auto | $ 245.00 |
| | e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| | (Specify) _____ | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| | a. Auto | $ 0.00 |
| | b. Other  Income property mortgage payment | $ 4,020.00 |
| | c. Other _____ | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other _____ | | $ 0.00 |
| Other _____ | | |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)        $ 7,940.00

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    none
    _____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|--:|
| a. | Average monthly income from Line 15 of Schedule I | $ 8,800.00 |
| b. | Average monthly expenses from Line 18 above | $ 7,940.00 |
| c. | Monthly net income (a. minus b.) | $ 860.00 |

B6J (Official Form 6J) (12/07)

In re    Guillermo Luis Calixtro        Case No.    2:10-bk-33389-ER
      Tina Calixtro

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| gas | $ 60.00 |
| INTERNET | $ 120.00 |
| **Total Other Utility Expenditures** | $ 180.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California

In re    Guillermo Luis Calixtro
      Tina Calixtro                Debtor(s)
      Case No.    2:10-bk-33389-ER
      Chapter    11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___54___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   June 21, 2010             Signature    /s/ Guillermo Luis Calixtro
                                             Guillermo Luis Calixtro
                                             Debtor

Date   June 21, 2010             Signature    /s/ Tina Calixtro
                                               Tina Calixtro
                                             Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Central District of California

|  |  |  |  |
|---|---|---|---|
| In re | Guillermo Luis Calixtro | Case No. | 2:10-bk-33389-ER |
|  | Tina Calixtro | Chapter | 11 |
|  | Debtor(s) |  |  |

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $26,500.00 | 2010 YTD: Both Employment Income |
| $34,500.00 | 2009: Both Employment Income |
| $30,000.00 | 2008: Both Employment Income |

### 2. Income other than from employment or operation of business

None ☐    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $7,000.00 | YTD 2010 Collecting rents |

### 3. Payments to creditors

None ■    *Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Toyota Financial Services<br>PO BOX 60114<br>City Of Industry, CA 91716 | car payment Toyota Scion 2008 | $360.00 | $9,930.00 |
| Toyota Financial Services<br>PO BOX 60114<br>City Of Industry, CA 91716 | car payment Toyota Rav4 2006 | $425.00 | $3,696.00 |
| Toyota Financial Services<br>PO BOX 60114<br>City Of Industry, CA 91716 | Car payment Toyota 4Runner 2006 | $510.00 | $4,527.00 |

None ■    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Target National Bank vs Tina Calixtro Case# 09C00464 filed on 02/13/2009 | Complaint for Money | Superior Court Of California, County Of Los Angeles 350 W. Mission Blvd Pomona, CA 91766 | Pending /Closed |
| May Dept Store VS Tina Calixtro Case # 99S02449 filed on 11/30/1999 | Complaint for money | Small Claim Court Whittier Courthouse | Disposed by judgment |
| Chase Bank VS Guillermo Luis Calixtro Case # 10A00047 Filed on 01/05/2010 | Complaint for money | Los Angeles County. Courthouse Chatsworth | Dismissed on 04/2010 |
| US National Association VS. Guillermo Calixtro Case # 09U01593 filed on 01/30/2009 | Unlawful detainer | Los Angeles Superior Court, Stanley Mosk Courthouse | Pending /Closed. |
| US BANK National Association VS Guillermo Calixtro Case # 09U07003 Filed on 05/20/2009 | Unlawful detainer | Los Angeles Superior Court, Stanley Mosk Courthouse | Pending /Closed. |
| Jose Cornejo VS Guillermo Calixtro Case # ELA09S00114 Filed on 05/2009 | Complanit for money owed | East Los Angeles Small Claim Court | Jugmend in favor of defendant. |
| Martha Mendez Caudillo VS Midland Mortgage Co, Mortgage Electronic Registration System, Opteum Financial Services, Quality Loan Service, Rosales Silverio, Union Latina Realty & Finance, , Hispanos Unidos, Hispanos Unidos Realty and Guillermo Luis Calextro, Hugo Castaneda, Ana Guadalupe Martinez Case # VC053324 Filed on 04/13/2009 | Plaintiff complaint about the FORECLOSURE without being the borrower on the loan for plaintiff | Los Angeles Superior Court 12720 Norwalk Blvd., Norwalk, CA 90650 | OSC Re Dismissal as of 5/17/2010 |
| California State Elevator Company Inc VS Specialty Loans Case # 10K02987 Filed on 03/01/2010 | Complain for money for services "not" rendered | Los Angeles Superior Court 111 N. Hill St., Los Angeles, CA 90012 | Pending |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

### 5. Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Wilshire Credit Corp 2141 5th Ave San Diego, CA 92101 | 2008 | Information Only Property lost in foreclosure 15436 La Mirada Bld., Apt HH115, La Mirada, CA 90638 |
| Countrywide Home Loans Agent for Service of Process CT Corporation System 818 West Seventh St Los Angeles, CA 90017 | 2008 | Information only: property lost in foreclosure address: 1272 E 108th St., Los Angeles, CA 90059 |

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

5

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| None CA | None | None |

### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Buyers 2763 San Ana St., South Gate, CA 90280 Seller-buyer. No relationship | 04/2009 | Debtor sold the subject property in short-sale transaction. There was no Seller final proceeds. Property was in foreclosure. Listing price $200,000. |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

6

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None ■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Guillermo Calixtro DBA Ifa En Tus Manos | 4297 | 2465 W. Whittier Blvd., Ste 203 Montebello, CA 90640 | Afro-Cuban religion information service To provide religiuos information about the Yoruba religion. Offering information by internter at www.ifanetusmanos.com Not longer in servcice. | 2007-2009 |
| Guillermo Calixtro DBA Hispanos Unidos | 4297 | 2465 W. Whittier Blvd., Ste 203 Montebello, CA 90640 | Real Estate service since 1990. Business close to lack of clientela | 1990-2009 |
| Specialty Loans, Inc a California Corp | 4297 | 2465 W. Whittier Blvd., 2nd Fl Montebello, CA 90640 | Debtor was 100% ownership. Loan Origination service A Real Estate mortgage company. Business closed. Due to lack of business | 2004-2009 |
| Guillermo Calixtro DBA | 4297 | Hispanos Unidos Realty 2465 W. Whittier Blvd., Ste 203 Montebello, CA 90640 | Real Estate service. Business closed due to lack of clientela | 1994-2009 |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

8

### 19. Books, records and financial statements

None ■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                   DATES SERVICES RENDERED

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME             ADDRESS             DATES SERVICES RENDERED

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                        ADDRESS

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS               DATE ISSUED

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY       INVENTORY SUPERVISOR      DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS       NATURE OF INTEREST       PERCENTAGE OF INTEREST

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS            TITLE           NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                 ADDRESS             DATE OF WITHDRAWAL

9

None ☐  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Specialty Loans, Inc.<br>2465 W. Whittier Blvd., Ste 203<br>Montebello, CA 90640 | Mortgage broker. 100%<br>ownership | 02/2010 |
| DBA Hispanos Unidos Realty<br>2465 W. Whittier Blvd., Ste 202<br>Montebello, CA 90640 | Real Estate Broker | 02/2010 |

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct.

Date  June 21, 2010          Signature  /s/ Guillermo Luis Calixtro
                                         Guillermo Luis Calixtro
                                         Debtor

Date  June 21, 2010          Signature  /s/ Tina Calixtro
                                         Tina Calixtro
                                         Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

February 2006                                                                          2006 USBC Central District of California

# United States Bankruptcy Court
## Central District of California

In re    Guillermo Luis Calixtro
         Tina Calixtro                                                    Case No.    2:10-bk-33389-ER
                                              Debtor(s)                   Chapter     11

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521 (a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I,  Guillermo Luis Calixtro , the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

☒    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
      (*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I,  Tina Calixtro , the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

☒    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
      (*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date  June 21, 2010                        Signature    /s/ Guillermo Luis Calixtro
                                                         Guillermo Luis Calixtro
                                                         Debtor

Date  June 21, 2010                        Signature    /s/ Tina Calixtro
                                                         Tina Calixtro
                                                         Joint Debtor

B26 (Official Form 26) (12/08)

# United States Bankruptcy Court
## Central District of California

In re  Guillermo Luis Calixtro
    Tina Calixtro

                           Debtor(s)

Case No.  2:10-bk-33389-ER

Chapter  11

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF GUILLERMO LUIS CALIXTRO AND TINA CALIXTRO HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of  JANUARY 1, 2010 - JUNE 22, 2010  on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of Guillermo Luis Calixtro and Tina Calixtro holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab# |
|---|---|---|
| NONE | NONE | N/A |

Debtor In Possession declare under penalty of perjury that debtor has no business, no employees, and there is no periodic report provided at this time.

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of Guillermo Luis Calixtro and Tina Calixtro holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Date:  JUNE 22, 2010

Signature(s) of Debtor(s) (Individual/Joint)

Guillermo Luis Calixtro
Signature of Debtor

Tina Calixtro
Signature of Joint Debtor

```
FILED

JUN 22 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk
```

B22B (Official Form 22B) (Chapter 11) (01/08)

In re Guillermo Luis Calixtro
Tina Calixtro
_____
Debtor(s)

Case Number: 2:10-bk-33389-ER
_____
(If known)

## CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| Part I. CALCULATION OF CURRENT MONTHLY INCOME | | | | |
|---|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. <br> a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.** <br> b. ☐ Married, not filing jointly. **Complete only column A ("Debtor's Income") for Lines 2-10.** <br> c. ■ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | **Column A** <br> Debtor's Income | **Column B** <br> Spouse's Income |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | $ 3,500.00 | $ 1,800.00 |
| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. <table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>Gross receipts</td><td>$ 0.00</td><td>$ 0.00</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$ 0.00</td><td>$ 0.00</td></tr><tr><td>c.</td><td>Business income</td><td colspan="2">Subtract Line b from Line a</td></tr></table> | | $ 0.00 | $ 0.00 |
| 4 | **Net Rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero. <table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>Gross receipts</td><td>$ 0.00</td><td>$ 0.00</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$ 0.00</td><td>$ 0.00</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td colspan="2">Subtract Line b from Line a</td></tr></table> | | $ 0.00 | $ 0.00 |
| 5 | **Interest, dividends, and royalties.** | | $ 0.00 | $ 0.00 |
| 6 | **Pension and retirement income.** | | $ 0.00 | $ 0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. | | $ 0.00 | $ 0.00 |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: <br> Unemployment compensation claimed to be a benefit under the Social Security Act  Debtor $ 0.00  Spouse $ 0.00 | | $ 0.00 | $ 0.00 |
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. <table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>Rents</td><td>$ 3,500.00</td><td>$ 0.00</td></tr><tr><td>b.</td><td></td><td>$</td><td>$</td></tr></table> | | $ 3,500.00 | $ 0.00 |
| 10 | **Subtotal of current monthly income.** Add lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 thru 9 in Column B. Enter the total(s). | | $ 7,000.00 | $ 1,800.00 |

**B22B (Official Form 22B) (Chapter 11) (01/08)**                                          2

| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 10, Column A. | $ | 8,800.00 |
|---|---|---|---|

| | **Part II. VERIFICATION** |
|---|---|
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this is a joint case, both debtors must sign.)* <br><br> Date:  June 21, 2010     Signature:  /s/ Guillermo Luis Calixtro <br> Guillermo Luis Calixtro <br> (Debtor) <br><br> Date:  June 21, 2010     Signature  /s/ Tina Calixtro <br> Tina Calixtro <br> (Joint Debtor, if any) |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                Best Case Bankruptcy

Verification of Creditor Mailing List - (Rev. 10/05)                                    2005 USBC, Central District of California

## MASTER MAILING LIST
### Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name _____

Address _____

Telephone _____

☐  Attorney for Debtor(s)
■  Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | | |
|---|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>Guillermo Luis Calixtro<br>Tina Calixtro<br>DBA Hispanos Unidos Realty; FDBA Specialty Loans; AKA Luis Calixtro; FDBA Hispanos Unidos; FDBA Ifa En Tus Manos; AKA Guillermo Calixtro<br>AKA Tina Calexico | Case No.: | 2:10-bk-33389-ER |
| | Chapter: | 11 |
| | | |

## AMENDED
## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __21__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  June 21, 2010                         /s/ Guillermo Luis Calixtro
                                             Guillermo Luis Calixtro
                                             Signature of Debtor

Date:  June 21, 2010                         /s/ Tina Calixtro
                                             Tina Calixtro
                                             Signature of Debtor

Date:  June 21, 2010                         _____
                                             Signature of Attorney

```
GUILLERMO LUIS CALIXTRO
9824 S. HAWKSTONE AVENUE
WHITTIER, CA 90605

TINA CALIXTRO
9824 S. HAWKSTONE AVENUE
WHITTIER, CA 90605
```

GUILLERMO LUIS CALIXTRO
9824 S. HAWKSTONE AVENUE
WHITTIER, CA 90605


TINA CALIXTRO
9824 S. HAWKSTONE AVENUE
WHITTIER, CA 90605


ADT SECURITY SERVICE, INC
PO BOX 371956
PITTSBURGH, PA 15250


ALFREDO LEON
5024 S VERMONT AVE
LOS ANGELES, CA 90237


ALLEN & ASSOCIATES
147 WILLIS AVENUE
MINEOLA, NY 11501


ALLIED INTERNATION CREDIT
100 EAST SHORE DRVIE 3RD FL
GLEN ALLEN, VA 23059


ALLIEDINTERSTATE
3000 CORPORATE EXCHANGE DR
5TH FLOOR
COLUMBUS, OH 43231


APEX FINANCIAL MANAGEMENT LLC
PO BOX 2189
NORTHBROOK, IL 60065

ARROW FINANCIAL SERVICES LLC
21031 NETWORK PLACE
CHICAGO, IL 60678

ASPIRE
PO BOX 23007
COLUMBUS, GA 31902

ASSET ACCEPTANCE LLC
PO BOX 2036
WARREN, MI 48090

ASSET MANAGEMENT PROFESSIONALS, LLC
PO BOX 2824
WOODSTOCK, GA 30188

ASSET MANGEMENT PROFESSIONALS
PO BOX 2824
WOODSTOCK, GA 30188

ASSOCIATED RECOVERY SYSTEMS
PO BOX 1259
OAKS, PA 19456

ASSOCIATED RECOVERY SYSTEMS
PO BOX 469046
ESCONDIDO, CA 92046-9046

BAC HOME LOAN SERVICING
PO BOX 515504
LOS ANGELES, CA 90051

BAC HOME LOANS SERVICING
7105 CORPORATE DRIVE
PLANO, TX 75024

BANANA REPUBLIC
PO BOX 530942
ATLANTA, GA 30353

BANK OF AMERICA
PO BOX 15726
WILMINGTON, DE 19886

BANK OF AMERICA
PO BOX 301200
LOS ANGELES, CA 90030

BETTER BUSINESS BUREAU
MEMBERSHIP ACCOUNTING
PO BOX 970
COLTON, CA 92324

BLANCA AVELAR
12028 FOURTH AVENUE
LYNWOOD, CA 90262

CALIFORNIA EMPIRE FIANCIAL GROUP
9879 FOOTHILL BLV
RANCHO CUCAMONGA, CA 91701

CALIFORNIA STATE ELEVATOR CO INC
4208 WILLIMET STREET
LOS ANGELES, CA 90039

CALIFORNIA WATER SERVICE CO
3316 WEST BEVERLY BLVD
MONTEBELLO, CA 90640


CAPITAL MANAGEMENT SERVICES, LP
726 EXCHANGE ST,
SUITE 700
BUFFALO, NY 14210


CAPITAL ONE BANK
PO BOX 60599
CITY OF INDUSTRY, CA 91716


CAPITAL ONE BANK
C/O THE BRACHFELD LAW GROUP
20300 S VERMONT AVE STE 120
TORRANCE, CA 90502


CAPITAL ONE BANK  USA
PO BOX 60599
CITY OF INDUSTRY, CA 91716


CAPITAL ONE BANK USA
PO BOX 60024
CITY OF INDUSTRY, CA 91716


CARDMEMBER SERVICE
PO BOX 94014
PALATINE, IL 60094


CBCS
PO BOX 163250
COLUMBUS, OH 43216

CBEYOND
FILED 50326
LOS ANGELES, CA 90074

CHASE
PO BOX 15298
WILMINGTON, DE 19850

CHEVRON TEXACO
PO BOX 530950
ATLANTA, GA 30353

CIRCUIT CITY
PO BOX 94011
PALATINE, IL 60094

CISCO, INC
PO BOX 801088
HOUSTON, TX 77280

CITI
PO BOX 6286
SIOUX FALLS, SD 57117

CLIENT SERVICES INC
3451 HARRY TRUMAN BLVD
SAINT CHARLES, MO 63301

CMRE FINANCIAL SERVICES
3075 IMPERIAL HWY
STE 200
BREA, CA 92821

COUNTRYWIDE HOME LOANS
AGENT FOR SERVICE OF PROCESS
CT CORPORATION SYSTEM
818 WEST SEVENTH ST
LOS ANGELES, CA 90017


COUNTRYWIDE HOME LOANS
400 COUNTRYWIDE WAY # SV-35
SIMI VALLEY, CA 93065


COUNTRYWIFDE HOME LOANS
5401 NORTH BEACH ST
FORT WORTH, TX 76137


CREDITORS INTERCHANGE
80 HOLTZ DRIVE
BUFFALO, NY 14225


DEPARTMENT STORES NATIONAL BANK
NCO FINANCIAL SERVICES
PO BOX 137
COLUMBUS, GA 31902


DIRECTV
PO BOX 78626
PHOENIX, AZ 85062


DISCOVER CARD
PO BOX 6103
CAROL STREAM, IL 60197


EDGARDO PAREDEZ
10328 LESTERFORD AVE
DOWNEY, CA 90241

EMC MORTGAGE CORPORATION
PO BOX 660530
DALLAS, TX 75266

ENCHANCED RECOVERY CORPORATION
8014 BAYBERRY RD
JACKSONVILLE, FL 32256

ENCORE RECEIVABLE
PO BOX 47248
OAK PARK, MI 48237

EQUIFAX CREDIT INFORMATION
BANKRUPTCY NOTIFICATION
PO BOX 740241
ATLANTA, GA 30374

EXPERIAN
BANKRUPTCY NOTIFICATION
475 ANTON BLVD
COSTA MESA, CA 92626

FINANCIAL RECOVERY SERVIES
PO BOX 385908
MINNEAPOLIS, MN 55438

FIRST DATA
PO BOX 173845
DENVER, CO 80217

FIRST DATA MERCHANT SERVICES
FIRST DATA GLOBAL LEASING
PO BOX 407092
FORT LAUDERDALE, FL 33340

FMS INVESTMENT CORP
PO BOX 681515
SCHAUMBURG, IL 60168


FREDERICK J. HANNA & ASSOCIATES
ATTORNEY AT LAW
1427 ROSWELL ROAD
MARIETTA, GA 30062


GC SERVICES LIMITED PARTHNERSHIP
COLLECTION AGENCY DIVISION
6330 GULFTON
HOUSTON, TX 77081


GC SERVICES LIMITED PARTNERSHIP
PO BOX 2667
HOUSTON, TX 77252


GE CONSUMER FINANCIAL
PO BOX 960061
ORLANDO, FL 32896


GE MONEY BANK
PO BOX 960061
ORLANDO, FL 32896


GE MONEY BANK
PO BOX 530950
ATLANTA, GA 30353


GLOBAL CREDIT & COLLECTION
300 INTERNATIONAL DR
PMB 10015
WILLIAMSVILLE, NY 14221

GLOBAL CREDIT & COLLECTION CORP
300 INTERNATIONAL DRIVE
PMB #10015
BUFFALO, NY 14221


HOLLANDER LAW OFFICES, LLC
PO BOX 105836
ATLANTA, GA 30348


HOME DEPOT CREDIT SERVICES
PO BOX 6028
THE LAKES, NV 88901


HSBC
PO BOX 60102
CITY OF INDUSTRY, CA 91716


HSBC
ATTN: BANKRUPTCY
PO BOX 5253
CAROL STREAM, IL 60197


HSBC RETAIL SERVICES
PO BOX 5264
CAROL STREAM, IL 60197


I.C. SYSTEM, INC
444 HIGHWAY 96 EAST
SAINT PAUL, MN 55164


INTEGRITY FINANCIAL PARTNERS, INC
PO BOX 11530
OVERLAND PARK, KS 66207

INTERCOMM EMERG MEDICAL GROUP
PO BOX 4419
WOODLAND HILLS, CA 91365


INTERINSURANCE EXCHANGE OF THE AAA
PO BOX 5459
DIAMOND BAR, CA 91765


INTERNAL REVENUE SERVICE
ATTN.: BANKRUPTCY DEPARTMENT
STOP 5117
300 N LOS ANGELES STREET
LOS ANGELES, CA 90012


JC PENNEY
PO BOX 960090
ORLANDO, FL 32896


JC PENNEY
PO BOX 960001
ORLANDO, FL 32896


JERRY MALONA
1884 PINNACLE WAY
UPLAND, CA 91784


JUNIPER
PO BOX 13337
PHILADELPHIA, PA 19101


KHIO YANG AND KEUM JA YANG
828 ADELITA ST
MONTEBELLO, CA 90640

KHIO YANG AND KEUM JA YANG
3001 W. BEVERLY BLVD
MONTEBELLO, CA 90640


L.A. COUNTY TREASURER
AND TAX COLLECTOR
PO BOX 54110
LOS ANGELES, CA 90054


LAURENCE JAY FEINBERG
ATTORNEY AT LAW
18075 VENTURA BLVD
STE 219
ENCINO, CA 91316


LAW OFFICE OF DAVID SEAN DUFEK
ATTORNEY AT LAW
2665 CAMINO DEL RIO NORTH
STE 110
SAN DIEGO, CA 92108


LAW OFFICE ROY L LANDERS
7840 MISSION CENTRE COURT
STE 101
SAN DIEGO, CA 92108


LAW OFFICES OF DAVIS, SHEDRICK O
300 S GRAND AVE. FL 4
LOS ANGELES, CA 90071


LAW OFFICES OF ED OVERCASH, LLC
33 VILLA ROAD
STE 401
GREENVILLE, SC 29615


LAW OFFICES OF MITCHELL N. KAY P.C.
7 PENN PLAZA
NEW YORK, NY 10001

LAW OFFICES OF PATENAUDE & FELIX
A PROFESSIONAL LAW CORPORATION
4445 MURPHY CANYON RD
3RD FLOOR
SAN DIEGO, CA 92123


LEADING EDGE
RECOVERY SOLUTIONS
PO BOX 129
LINDEN, MI 48451


LOS ANGELES COUNTY TREASURER
AND TAX COLLECTOR
PO BOX 54110
LOS ANGELES, CA 90054


LOS OLIVOS HOA
ASYST DATA GROUP
PO BOX 15544
SANTA ANA, CA 92735


LTD FINANCIAL SERVICES
PO BOX 630788
HOUSTON, TX 77263


MACYS
PO BOX 689195
DES MOINES, IA 50368


MACYS VISA
PO BOX 689194
DES MOINES, IA 50368


MARTHA MENDEZ CAUDILLO
SUPERIOR COURT OF CALIFORNIA
CASE # VC053324
12720 NORWALK BLVD
NORWALK, CA 90650

```
MCCARTHY, BURGUERSS & WOLFF
26000 CANNON ROAD
CLEVELAND, OH 44146


MCM
DEPT 12421
PO BOX 603
OAKS, PA 19456


MIDLAND CREDIT MANAGEMENT
PO BOX 60578
LOS ANGELES, CA 90060


MORGAN & ASSOCIATES
A PROFESSIONAL CORPORATION
ATTORNEYS & COUNSELORS AT LAW
2601 N. W. EXPRESS WAY, STE 205 EAS
OKLAHOMA CITY, OK 73112


MRS ASSOCIATES INC
19830 OLNEY AVE
CHERRY HILL, NJ 08003


MUNDY MEDIA CORPORATION
3301 BARHAM BLVD, STE 100
LOS ANGELES, CA 90068


NATIONAL CREDIT ADJUSTERS
PO BOX 3023
HUTCHINSON, KS 67504


NATIONAL ENTERPRISE SYSTEMS
29125 SOLON RD
SOLON, OH 44139
```

NATIONWIDE CREDIT, INC
PO BOX 740640
ATLANTA, GA 30374


NCC BUSINESS SERVICES, INC.
PO BOX 24739
JACKSONVILLE, FL 32241


NCO FINANCIAL SYSTEM INC.
PO BOX 15889
WILMINGTON, DE 19850


NCO FINANCIAL SYSTEMS
PO BOX 15773
WILMINGTON, DE 19850


NCO FINANCIAL SYSTEMS, INC
PO BOX 15894
WILMINGTON, DE 19850


NORTHLAND GROUP INC
PO BOX 390846
MINNEAPOLIS, MN 55439


NORTHSTAR LOCATION SERVICES, LLC
ATTN: FINANCIAL SERVICES DEPT
4285 GENESEE ST
CHEEKTOWA, NY 14225


NORTHSTAR LOCATION SERVICES, LLC
ATTN: FINANCIAL SERVICES DEPT
PO BOX 2157
WILLIAMSVILLE, NY 14231

OFFICE DEPOT CREDIT PLAN
PO BOX 689020
DES MOINES, IA 50368


OMS/ OXFORD MANAGEMENT SERVICES
PO BOX 1991
SOUTHGATE, MI 48195


PABLO AND LAURA GARCIA
11216 MEADOWLARK LN
BLOOMINGTON, CA 92316


PLAZA RECOVERY ASSOCIATES
PO BOX 18008
HAUPPAUGE, NY 11788


PROFESSIONAL BUREAU OF COLLECTIONS
PO BOX 628
ELK GROVE, CA 95759


PROVIDIAN BANK
C/O MCM
DEPT 12421
PO BOX 603
OAKS, PA 19456


PROVIDIAN BANK
PO BOX 660433
DALLAS, TX 75266


QUEST DIAGNOSTICS
PO BOX 7400
PASADENA, CA 91109

RECONTRUST COMPANY
1757 TAPO CANYON RD, SVW-88
TSN 08-0057985
SIMI VALLEY, CA 93063


REDLINE RECOVERY SERVICES
1145 SANCTUARY PRKWY STE 350
ALPHARETTA, GA 30009


REDLINE RECOVERY SERVICES
11675 RAINWATER DR, . STE 350
ALPHARETTA, GA 30009


REDLINE RECOVERY SREVICES, LLC
PO BOX 1022
FORT MILL, SC 29716


ROBINSONS-MAY
750 W 7TH ST
LOS ANGELES, CA 90017


SALVADOR HERNANDEZ
2634 W PALAIS RD
ANAHEIM, CA 92804


SAM'S CLUB
ATTENTION: BANKRUPTCY DEPARTMENT
PO BOX 103104
ROSWELL, GA 30076


SEARS GOLD MASTER CARD
PO BOX 6282
SIOUX FALLS, SD 57117

SECURITY CREDIT SERVICES LLC
C/O LEADING EDGE RECOVERY SOL
5440 N CUMBERLAND AVE STE 300
CHICAGO, IL 60656


SKO BRENNER AMERICAN INC
PO BOX 230
FARMINGDALE, NY 11735


SOUTHERN CALIFORNIA EDISION
PO BOX 300
ROSEMEAD, CA 91770


STAPLES CREDIT PLAN
PO BOX 689020
DES MOINES, IA 50368


SUPERIOR ASSET MANAGEMENT, INC
PO BOX 468089
ATLANTA, GA 31146


T-MOBIL
PO BOX 742596
CINCINNATI, OH 45274


TARGET NATIONAL BANK
PO BOX 59317
MINNEAPOLIS, MN 55459


TELEPACIFIC COMMUNICATIONS
PO BOX 526015
SACRAMENTO, CA 95852

TERMINIX INTERNATIONAL
727 ARROW GRAND CIRCLE
COVINA, CA 91722


THE BRACHFIELD LAW GROUP
880 APOLLO ST STE 155
EL SEGUNDO, CA 90245


THE LIMITED
PO BOX 659728
SAN ANTONIO, TX 78265


THOMSON WEST
610 OPPERMAN DRIVE
EAGAN, MN 55123


TOYOTA FINANCIAL SERVICES
PO BOX 60114
CITY OF INDUSTRY, CA 91716


TRANS UNION CREDIT BUREAU
BANKRUPTCY NOTIFICATION
PO BOX 2000
CHESTER, PA 19022


UNITED RECOVERY SYSTEMS, LP
PO BOX 722929
HOUSTON, TX 77272


UNIVERSAL FIDELITY LP
PO BOX 941911
HOUSTON, TX 77094

US TRUSTEE (LA)
275 S. FIGUEROA ST., 26TH FL
LOS ANGELES, CA 90017


USC CASRE MEDICAL GROUP INC
FILE 749303
LOS ANGELES, CA 90074


VALENTINE & KEBARTAS, INC
PO BOX 325
LAWRENCE, MA 01842


VAN RU CREDIT CORPORATION
PO BOX 46549
CHICAGO, IL 60646


VICTORIA SECRET
PO BOX 659728
SAN ANTONIO, TX 78265


VICTORIAS SECRET
PO BOX 659728
SAN ANTONIO, TX 78265


VISION FINANCIAL CORP
PO BOX 900
PURCHASE, NY 10577


WASHINGTON MUTUAL
PO BOX 78065
PHOENIX, AZ 85062

WILSHIRE CREDIT CORP
2141 5TH AVE
SAN DIEGO, CA 92101