# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | GUILLERMO LUIS CALIXTRO | Atty Name (if applicable): | IN PRO PER |
| Street Address: | | CA Bar No. (if applicable): | |
| Filer's Telephone No.: | | Atty Fax No. (if applicable): | |

| In re: | Case No. 2:10-bk-33389-ER |
|---|---|
| Guillermo Luis Calixtro<br>Tina Calixtro | Chapter 11 |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?

☒ Yes          ☐ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

☐ A    ☒ B    ☒ C    ☒ D    ☐ E    ☒ F    ☐ G    ☐ H    ☒ I    ☒ J

☐ Statement of Social Security Number(s)      ☒ Statement of Financial Affairs

☐ Statement of Intention      ☒ Other: List of Creditors holding 20 largest unsecured claims, Summary of Schedules

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.

I/We, Guillermo Luis Calixtro and Tina Calixtro, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED:    July 22, 2010

_____
Guillermo Luis Calixtro
*Debtor Signature*

_____
Tina Calixtro
*Co-Debtor Signature*

**\*\*FOR COURT USE ONLY\*\***

```
FILED

JUL 23 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
               Deputy Clerk
```

**\*\*SEE PROOF OF SERVICE\*\***

B-1008 *Revised November 2003*

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED:   July 22, 2010                                    Moises Lopez
                                                          Print or Type Name

                                                          Signature

                        (SEE ATTACHED MAILING LIST.)

B-1008 *Revised November 2003*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                        Best Case Bankruptcy

GUILLERMO LUIS CALIXTRO
9824 S. HAWKSTONE AVENUE
WHITTIER, CA 90605

TINA CALIXTRO
9824 S. HAWKSTONE AVENUE
WHITTIER, CA 90605

ADT SECURITY SERVICE, INC
PO BOX 371956
PITTSBURGH, PA 15250

ALFREDO LEON
5024 S VERMONT AVE
LOS ANGELES, CA 90237

ALLEN & ASSOCIATES
147 WILLIS AVENUE
MINEOLA, NY 11501

ALLIED INTERNATION CREDIT
100 EAST SHORE DRVIE 3RD FL
GLEN ALLEN, VA 23059

ALLIEDINTERSTATE
3000 CORPORATE EXCHANGE DR
5TH FLOOR
COLUMBUS, OH 43231

APEX FINANCIAL MANAGEMENT LLC
PO BOX 2189
NORTHBROOK, IL 60065

ARROW FINANCIAL SERVICES LLC
21031 NETWORK PLACE
CHICAGO, IL 60678

ASPIRE
PO BOX 23007
COLUMBUS, GA 31902

ASSET ACCEPTANCE LLC
PO BOX 2036
WARREN, MI 48090

ASSET MANAGEMENT PROFESSIONALS,
LLC
PO BOX 2824
WOODSTOCK, GA 30188

ASSET MANGEMENT PROFESSIONALS
PO BOX 2824
WOODSTOCK, GA 30188

ASSOCIATED RECOVERY SYSTEMS
PO BOX 1259
OAKS, PA 19456

ASSOCIATED RECOVERY SYSTEMS
PO BOX 469046
ESCONDIDO, CA 92046-9046

BAC HOME LOAN SERVICING
PO BOX 515504
LOS ANGELES, CA 90051

BAC HOME LOANS SERVICING
7105 CORPORATE DRIVE
PLANO, TX 75024

BANANA REPUBLIC
PO BOX 530942
ATLANTA, GA 30353

BANK OF AMERICA
PO BOX 15726
WILMINGTON, DE 19886

BANK OF AMERICA
PO BOX 301200
LOS ANGELES, CA 90030

BETTER BUSINESS BUREAU
MEMBERSHIP ACCOUNTING
PO BOX 970
COLTON, CA 92324

BLANCA AVELAR
12028 FOURTH AVENUE
LYNWOOD, CA 90262

CALIFORNIA EMPIRE FIANCIAL GROUP
9879 FOOTHILL BLV
RANCHO CUCAMONGA, CA 91701

CALIFORNIA STATE ELEVATOR CO INC
4208 WILLIMET STREET
LOS ANGELES, CA 90039

CALIFORNIA WATER SERVICE CO
3316 WEST BEVERLY BLVD
MONTEBELLO, CA 90640

CAPITAL MANAGEMENT SERVICES, LP
726 EXCHANGE ST,
SUITE 700
BUFFALO, NY 14210

CAPITAL ONE BANK
PO BOX 60599
CITY OF INDUSTRY, CA 91716

CAPITAL ONE BANK
C/O THE BRACHFELD LAW GROUP
20300 S VERMONT AVE STE 120
TORRANCE, CA 90502

CAPITAL ONE BANK  USA
PO BOX 60599
CITY OF INDUSTRY, CA 91716

CAPITAL ONE BANK USA
PO BOX 60024
CITY OF INDUSTRY, CA 91716

CARDMEMBER SERVICE
PO BOX 94014
PALATINE, IL 60094

CBCS
PO BOX 163250
COLUMBUS, OH 43216

CBEYOND
FILED 50326
LOS ANGELES, CA 90074

CHASE
PO BOX 15298
WILMINGTON, DE 19850

CHEVRON TEXACO
PO BOX 530950
ATLANTA, GA 30353

CIRCUIT CITY
PO BOX 94011
PALATINE, IL 60094

CISCO, INC
PO BOX 801088
HOUSTON, TX 77280

CITI
PO BOX 6286
SIOUX FALLS, SD 57117

CLIENT SERVICES INC
3451 HARRY TRUMAN BLVD
SAINT CHARLES, MO 63301

CMRE FINANCIAL SERVICES
3075 IMPERIAL HWY
STE 200
BREA, CA 92821

COUNTRYWIDE HOME LOANS
AGENT FOR SERVICE OF PROCESS
CT CORPORATION SYSTEM
818 WEST SEVENTH ST
LOS ANGELES, CA 90017

COUNTRYWIDE HOME LOANS
400 COUNTRYWIDE WAY # SV-35
SIMI VALLEY, CA 93065

COUNTRYWIFDE HOME LOANS
5401 NORTH BEACH ST
FORT WORTH, TX 76137

CREDITORS INTERCHANGE
80 HOLTZ DRIVE
BUFFALO, NY 14225

DEPARTMENT STORES NATIONAL BANK
NCO FINANCIAL SERVICES
PO BOX 137
COLUMBUS, GA 31902

DIRECTV
PO BOX 78626
PHOENIX, AZ 85062

DISCOVER CARD
PO BOX 6103
CAROL STREAM, IL 60197

EDGARDO PAREDEZ
10328 LESTERFORD AVE
DOWNEY, CA 90241

EMC MORTGAGE CORPORATION
PO BOX 660530
DALLAS, TX 75266

EMC MORTGAGE CORPORATION
PO BOX 293150
LEWISVILLE, TX 75029

ENCHANCED RECOVERY CORPORATION
8014 BAYBERRY RD
JACKSONVILLE, FL 32256

ENCORE RECEIVABLE
PO BOX 47248
OAK PARK, MI 48237

EQUIFAX CREDIT INFORMATION
BANKRUPTCY NOTIFICATION
PO BOX 740241
ATLANTA, GA 30374

EXPERIAN
BANKRUPTCY NOTIFICATION
475 ANTON BLVD
COSTA MESA, CA 92626

FINANCIAL RECOVERY SERVIES
PO BOX 385908
MINNEAPOLIS, MN 55438

FIRST DATA
PO BOX 173845
DENVER, CO 80217

FIRST DATA MERCHANT SERVICES
FIRST DATA GLOBAL LEASING
PO BOX 407092
FORT LAUDERDALE, FL 33340

FMS INVESTMENT CORP
PO BOX 681515
SCHAUMBURG, IL 60168

FREDERICK J. HANNA & ASSOCIATES
ATTORNEY AT LAW
1427 ROSWELL ROAD
MARIETTA, GA 30062

GC SERVICES LIMITED PARTHNERSHIP
COLLECTION AGENCY DIVISION
6330 GULFTON
HOUSTON, TX 77081

GC SERVICES LIMITED PARTNERSHIP
PO BOX 2667
HOUSTON, TX 77252

GE CONSUMER FINANCIAL
PO BOX 960061
ORLANDO, FL 32896

GE MONEY BANK
PO BOX 960061
ORLANDO, FL 32896

GE MONEY BANK
PO BOX 530950
ATLANTA, GA 30353

GLOBAL CREDIT & COLLECTION
300 INTERNATIONAL DR
PMB 10015
WILLIAMSVILLE, NY 14221

GLOBAL CREDIT & COLLECTION CORP
300 INTERNATIONAL DRIVE
PMB #10015
BUFFALO, NY 14221

HOLLANDER LAW OFFICES, LLC
PO BOX 105836
ATLANTA, GA 30348

HOME DEPOT CREDIT SERVICES
PO BOX 6028
THE LAKES, NV 88901

HSBC
PO BOX 60102
CITY OF INDUSTRY, CA 91716

HSBC
ATTN: BANKRUPTCY
PO BOX 5253
CAROL STREAM, IL 60197

HSBC RETAIL SERVICES
PO BOX 5264
CAROL STREAM, IL 60197

I.C. SYSTEM, INC
444 HIGHWAY 96 EAST
SAINT PAUL, MN 55164

INTEGRITY FINANCIAL PARTNERS, INC
PO BOX 11530
OVERLAND PARK, KS 66207

INTERCOMM EMERG MEDICAL GROUP
PO BOX 4419
WOODLAND HILLS, CA 91365

INTERINSURANCE EXCHANGE OF THE
AAA
PO BOX 5459
DIAMOND BAR, CA 91765

INTERNAL REVENUE SERVICE
ATTN.: BANKRUPTCY DEPARTMENT
STOP 5117
300 N LOS ANGELES STREET
LOS ANGELES, CA 90012

JC PENNEY
PO BOX 960090
ORLANDO, FL 32896

JC PENNEY
PO BOX 960001
ORLANDO, FL 32896

JERRY MALONA
1884 PINNACLE WAY
UPLAND, CA 91784

JUANA PARISI
2633 MONMOUTH AVE
LOS ANGELES, CA 90007

JUNIPER
PO BOX 13337
PHILADELPHIA, PA 19101

KHIO YANG AND KEUM JA YANG
828 ADELITA ST
MONTEBELLO, CA 90640

KHIO YANG AND KEUM JA YANG
3001 W. BEVERLY BLVD
MONTEBELLO, CA 90640

L.A. COUNTY TREASURER
AND TAX COLLECTOR
PO BOX 54110
LOS ANGELES, CA 90054

LAURENCE JAY FEINBERG
ATTORNEY AT LAW
18075 VENTURA BLVD
STE 219
ENCINO, CA 91316

LAW OFFICE OF DAVID SEAN DUFEK
ATTORNEY AT LAW
2665 CAMINO DEL RIO NORTH
STE 110
SAN DIEGO, CA 92108

LAW OFFICE ROY L LANDERS
7840 MISSION CENTRE COURT
STE 101
SAN DIEGO, CA 92108

LAW OFFICES OF DAVIS, SHEDRICK O
300 S GRAND AVE. FL 4
LOS ANGELES, CA 90071

LAW OFFICES OF ED OVERCASH, LLC
33 VILLA ROAD
STE 401
GREENVILLE, SC 29615

LAW OFFICES OF MITCHELL N. KAY P.C.
7 PENN PLAZA
NEW YORK, NY 10001

LAW OFFICES OF PATENAUDE & FELIX
A PROFESSIONAL LAW CORPORATION
4445 MURPHY CANYON RD
3RD FLOOR
SAN DIEGO, CA 92123

LEADING EDGE
RECOVERY SOLUTIONS
PO BOX 129
LINDEN, MI 48451

LOS ANGELES COUNTY TREASURER
AND TAX COLLECTOR
PO BOX 54110
LOS ANGELES, CA 90054

LOS OLIVOS HOA
ASYST DATA GROUP
PO BOX 15544
SANTA ANA, CA 92735

LTD FINANCIAL SERVICES
PO BOX 630788
HOUSTON, TX 77263

MACYS
PO BOX 689195
DES MOINES, IA 50368

MACYS VISA
PO BOX 689194
DES MOINES, IA 50368

MARTHA MENDEZ CAUDILLO
SUPERIOR COURT OF CALIFORNIA
CASE # VC053324
12720 NORWALK BLVD
NORWALK, CA 90650

MCCARTHY, BURGUERSS & WOLFF
26000 CANNON ROAD
CLEVELAND, OH 44146

MCM
DEPT 12421
PO BOX 603
OAKS, PA 19456

MIDLAND CREDIT MANAGEMENT
PO BOX 60578
LOS ANGELES, CA 90060

MORGAN & ASSOCIATES
A PROFESSIONAL CORPORATION
ATTORNEYS & COUNSELORS AT LAW
2601 N. W. EXPRESS WAY, STE 205 EAS
OKLAHOMA CITY, OK 73112

MRS ASSOCIATES INC
19830 OLNEY AVE
CHERRY HILL, NJ 08003

MUNDY MEDIA CORPORATION
3301 BARHAM BLVD, STE 100
LOS ANGELES, CA 90068

NATIONAL CREDIT ADJUSTERS
PO BOX 3023
HUTCHINSON, KS 67504

NATIONAL ENTERPRISE SYSTEMS
29125 SOLON RD
SOLON, OH 44139

NATIONWIDE CREDIT, INC
PO BOX 740640
ATLANTA, GA 30374

NCC BUSINESS SERVICES, INC.
PO BOX 24739
JACKSONVILLE, FL 32241

NCO FINANCIAL SYSTEM INC.
PO BOX 15889
WILMINGTON, DE 19850

NCO FINANCIAL SYSTEMS
PO BOX 15773
WILMINGTON, DE 19850

NCO FINANCIAL SYSTEMS, INC
PO BOX 15894
WILMINGTON, DE 19850

NORTHLAND GROUP INC
PO BOX 390846
MINNEAPOLIS, MN 55439

NORTHSTAR LOCATION SERVICES, LLC
ATTN: FINANCIAL SERVICES DEPT
4285 GENESEE ST
CHEEKTOWA, NY 14225

NORTHSTAR LOCATION SERVICES, LLC
ATTN: FINANCIAL SERVICES DEPT
PO BOX 2157
WILLIAMSVILLE, NY 14231

OFFICE DEPOT CREDIT PLAN
PO BOX 689020
DES MOINES, IA 50368

OMS/ OXFORD MANAGEMENT SERVICES
PO BOX 1991
SOUTHGATE, MI 48195

PABLO AND LAURA GARCIA
11216 MEADOWLARK LN
BLOOMINGTON, CA 92316

PLAZA RECOVERY ASSOCIATES
PO BOX 18008
HAUPPAUGE, NY 11788

PROFESSIONAL BUREAU OF
COLLECTIONS
PO BOX 628
ELK GROVE, CA 95759

PROVIDIAN BANK
C/O MCM
DEPT 12421
PO BOX 603
OAKS, PA 19456

PROVIDIAN BANK
PO BOX 660433
DALLAS, TX 75266

QUEST DIAGNOSTICS
PO BOX 7400
PASADENA, CA 91109

RECONTRUST COMPANY
1757 TAPO CANYON RD, SVW-88
TSN 08-0057985
SIMI VALLEY, CA 93063

REDLINE RECOVERY SERVICES
1145 SANCTUARY PRKWY STE 350
ALPHARETTA, GA 30009

REDLINE RECOVERY SERVICES
11675 RAINWATER DR,. STE 350
ALPHARETTA, GA 30009

REDLINE RECOVERY SREVICES, LLC
PO BOX 1022
FORT MILL, SC 29716

ROBINSONS-MAY
750 W 7TH ST
LOS ANGELES, CA 90017

SALVADOR HERNANDEZ
2634 W PALAIS RD
ANAHEIM, CA 92804

SAM'S CLUB
ATTENTION: BANKRUPTCY
DEPARTMENT
PO BOX 103104
ROSWELL, GA 30076

SEARS GOLD MASTER CARD
PO BOX 6282
SIOUX FALLS, SD 57117

SECURITY CREDIT SERVICES LLC
C/O LEADING EDGE RECOVERY SOL
5440 N CUMBERLAND AVE STE 300
CHICAGO, IL 60656

SKO BRENNER AMERICAN INC
PO BOX 230
FARMINGDALE, NY 11735

SOUTHERN CALIFORNIA EDISION
PO BOX 300
ROSEMEAD, CA 91770

STAPLES CREDIT PLAN
PO BOX 689020
DES MOINES, IA 50368

SUPERIOR ASSET MANAGEMENT, INC
PO BOX 468089
ATLANTA, GA 31146

T-MOBIL
PO BOX 742596
CINCINNATI, OH 45274

TARGET NATIONAL BANK
PO BOX 59317
MINNEAPOLIS, MN 55459

TELEPACIFIC COMMUNICATIONS
PO BOX 526015
SACRAMENTO, CA 95852

TERMINIX INTERNATIONAL
727 ARROW GRAND CIRCLE
COVINA, CA 91722

THE BRACHFIELD LAW GROUP
880 APOLLO ST STE 155
EL SEGUNDO, CA 90245

THE LIMITED
PO BOX 659728
SAN ANTONIO, TX 78265

THOMSON WEST
610 OPPERMAN DRIVE
EAGAN, MN 55123

TOMAS BARRALES
1413 E. 53RD ST
LOS ANGELES, CA 90011

TOYOTA FINANCIAL SERVICES
PO BOX 60114
CITY OF INDUSTRY, CA 91716

TRANS UNION CREDIT BUREAU
BANKRUPTCY NOTIFICATION
PO BOX 2000
CHESTER, PA 19022

UNITED RECOVERY SYSTEMS, LP
PO BOX 722929
HOUSTON, TX 77272

UNIVERSAL FIDELITY LP
PO BOX 941911
HOUSTON, TX 77094

US TRUSTEE (LA)
275 S. FIGUEROA ST., 26TH FL
LOS ANGELES, CA 90017

US TRUSTEE (LA)
DARE LAW
725 S. FIGUEROA ST., 26TH FL
LOS ANGELES, CA 90017

USC CASRE MEDICAL GROUP INC
FILE 749303
LOS ANGELES, CA 90074

VALENTINE & KEBARTAS, INC
PO BOX 325
LAWRENCE, MA 01842

VAN RU CREDIT CORPORATION
PO BOX 46549
CHICAGO, IL 60646

VICTORIA SECRET
PO BOX 659728
SAN ANTONIO, TX 78265

VICTORIAS SECRET
PO BOX 659728
SAN ANTONIO, TX 78265

VISION FINANCIAL CORP
PO BOX 900
PURCHASE, NY 10577

WASHINGTON MUTUAL
PO BOX 78065
PHOENIX, AZ 85062

WILSHIRE CREDIT CORP
2141 5TH AVE
SAN DIEGO, CA 92101

B6 Summary (Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  Guillermo Luis Calixtro
       Tina Calixtro

Debtor(s)

Case No.   2:10-bk-33389-ER
Chapter    11

## ** AMENDED ** SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7,11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $1,070,000.00 | | |
| B - Personal Property | Yes | 4 | $36,791.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $1,582,353.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | $787,917.19 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $8,800.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $7,916.19 |
| TOTAL | | 33 | $1,106,791.00 | $2,370,270.19 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Central District of California

In re    Guillermo Luis Calixtro
     Tina Calixtro

                                        Debtor(s)

Case No.    2:10-bk-33389-ER

Chapter    11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    Guillermo Luis Calixtro
       Tina Calixtro                                  Case No.    2:10-bk-33389-ER

                                          Debtor(s)               Chapter      11

## **AMENDED* LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Alfredo Leon<br>5024 S Vermont Ave<br>Los Angeles, CA 90237 | Alfredo Leon<br>5024 S Vermont Ave<br>Los Angeles, CA 90237 | Personal loan for business purposes business unsecured loan | | 100,000.00 |
| BAC Home Loans Servicing<br>7105 Corporate Drive<br>Plano, TX 75024 | BAC Home Loans Servicing<br>7105 Corporate Drive<br>Plano, TX 75024 | 19830 E. Saddle Ridge Ln., Walnut, CA 91789 | | 920,000.00<br><br>(785,000.00 secured) |
| BAC Home Loans Servicing<br>7105 Corporate Drive<br>Plano, TX 75024 | BAC Home Loans Servicing<br>7105 Corporate Drive<br>Plano, TX 75024 | 19830 E. Saddle Ridge Ln., Walnut, CA 91789 | | 121,000.00<br>(785,000.00 secured)<br>(920,000.00 senior lien) |
| BAC Home Loans Servicing<br>7105 Corporate Drive<br>Plano, TX 75024 | BAC Home Loans Servicing<br>7105 Corporate Drive<br>Plano, TX 75024 | 9824 S. Hawkstone Ave., Whittier, CA 90605 | | 100,000.00<br>(285,000.00 secured)<br>(423,200.00 senior lien) |
| Bank of America<br>PO BOX 15726<br>Wilmington, DE 19886 | Bank of America<br>PO BOX 15726<br>Wilmington, DE 19886 | Credit card purchases | | 19,900.00 |
| Blanca Avelar<br>12028 Fourth Avenue<br>Lynwood, CA 90262 | Blanca Avelar<br>12028 Fourth Avenue<br>Lynwood, CA 90262 | personal loan | | 12,000.00 |
| CARDMEMBER SERVICE<br>PO BOX 94014<br>Palatine, IL 60094 | CARDMEMBER SERVICE<br>PO BOX 94014<br>Palatine, IL 60094 | Credit cars purchases | | 22,520.00 |
| CARDMEMBER SERVICE<br>PO BOX 94014<br>Palatine, IL 60094 | CARDMEMBER SERVICE<br>PO BOX 94014<br>Palatine, IL 60094 | Credit card purchases | | 19,200.00 |
| Edgardo Paredez<br>10328 Lesterford Ave<br>Downey, CA 90241 | Edgardo Paredez<br>10328 Lesterford Ave<br>Downey, CA 90241 | Personal loan for business purposes | | 90,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   Guillermo Luis Calixtro
      Tina Calixtro
                    Debtor(s)

Case No.   2:10-bk-33389-ER

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| EMC Mortgage Corporation<br>PO BOX 660530<br>Dallas, TX 75266 | EMC Mortgage Corporation<br>PO BOX 660530<br>Dallas, TX 75266 | 9824 S. Hawkstone Ave., Whittier, CA 90605 | | 420,000.00<br>(285,000.00 secured)<br>(3,200.00 senior lien) |
| Khio Yang and Keum Ja Yang<br>828 Adelita St<br>Montebello, CA 90640 | Khio Yang and Keum Ja Yang<br>828 Adelita St<br>Montebello, CA 90640 | arrears on commercial rent at 2465 W. Whittier Blvd., 2nd Fl., Montebello, CA 90640 | Disputed | 104,000.00 |
| Khio Yang and Keum Ja Yang<br>3001 W. Beverly Blvd<br>Montebello, CA 90640 | Khio Yang and Keum Ja Yang<br>3001 W. Beverly Blvd<br>Montebello, CA 90640 | Personal loan secured by a real estate property. This money was never received and it was used  to secure the payment of the commercial rent at 2465 W | Disputed | 80,730.00 |
| Martha Mendez Caudillo<br>Superior Court of California<br>Case # VC053324<br>12720 Norwalk Blvd<br>Norwalk, CA 90650 | Martha Mendez Caudillo<br>Superior Court of California<br>Case # VC053324<br>Norwalk, CA 90650 | Complaint for moeny | Disputed | 25,000.00 |
| Mundy Media Corporation<br>3301 Barham Blvd, Ste 100<br>Los Angeles, CA 90068 | Mundy Media Corporation<br>3301 Barham Blvd, Ste 100<br>Los Angeles, CA 90068 | collection account | | 36,450.00 |
| Office Depot Credit Plan<br>PO BOX 689020<br>Des Moines, IA 50368 | Office Depot Credit Plan<br>PO BOX 689020<br>Des Moines, IA 50368 | Credit card purchases | | 7,900.00 |
| Pablo and Laura Garcia<br>11216 Meadowlark Ln<br>Bloomington, CA 92316 | Pablo and Laura Garcia<br>11216 Meadowlark Ln<br>Bloomington, CA 92316 | Personal loan for business purposes | | 65,000.00 |
| Sears Gold Master Card<br>PO BOX 6282<br>Sioux Falls, SD 57117 | Sears Gold Master Card<br>PO BOX 6282<br>Sioux Falls, SD 57117 | Credit card purchases | | 8,300.00 |
| TARGET NATIONAL BANK<br>PO BOX 59317<br>Minneapolis, MN 55459 | TARGET NATIONAL BANK<br>PO BOX 59317<br>Minneapolis, MN 55459 | Colection account Case #09C00964 | | 9,100.00 |
| Tomas Barrales<br>1413 E. 53rd St<br>Los Angeles, CA 90011 | Tomas Barrales<br>1413 E. 53rd St<br>Los Angeles, CA 90011 | personal loan for business purposes | | 12,000.00 |
| WASHINGTON MUTUAL<br>PO BOX 78065<br>Phoenix, AZ 85062 | WASHINGTON MUTUAL<br>PO BOX 78065<br>Phoenix, AZ 85062 | collection account | | 19,198.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    Guillermo Luis Calixtro
       Tina Calixtro                                      Case No.     2:10-bk-33389-ER

                             Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, Guillermo Luis Calixtro and Tina Calixtro, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date   July 22, 2010                    Signature                                             
                                                      Guillermo Luis Calixtro
                                                      Debtor

Date   July 22, 2010                    Signature                                             
                                                      Tina Calixtro
                                                      Joint Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   Guillermo Luis Calixtro
      Tina Calixtro
               Debtor(s)
          Case No.   2:10-bk-33389-ER

# **AMENDED** SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Citibank | J | $200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Various household goods and furnitures | J | $8,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Various books, pictures, and personal items with nominal value | J | $500.00 |
| 6. Wearing apparel. | | Personal clothing and wearing apparel | J | $3,500.00 |
| 7. Furs and jewelry. | | Personal small jewerly items | J | $300.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

B 6B (Official Form 6B) (12/07) - Cont.

In re    Guillermo Luis Calixtro                                          Case No.    2:10-bk-33389-ER
          Tina Calixtro
_____                          _____
                   Debtor                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

B 6B (Official Form 6B) (12/07) - Cont.

In re  Guillermo Luis Calixtro                                          Case No.  2:10-bk-33389-ER
       Tina Calixtro
_____                                        _____
              Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Debtor DRE Broker license | J | $5,000.00 |
| | | Debtor Notary Public Commission | J | $1,000.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Toyota 4Runner 2006 | J | $4,000.00 |
| | | Toyota Rav4 2006 | J | $3,291.00 |
| | | Scion TC 2008 | J | $5,000.00 |
| | | Toyota Corolla 2006 | J | $3,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 3 personal computers, 4 desk, 2 printer, 6 chairs | J | $2,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

B 6B (Official Form 6B) (12/07) - Cont.

In re  **Guillermo Luis Calixtro**                                          Case No.  **2:10-bk-33389-ER**
       **Tina Calixtro**
_____                              _____
           **Debtor**                                                    **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, WithOut Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| | | | **Total >** | $36,791.00 |

(Report also on Summary of Schedules)

B6C (Official Form 6C) (04/10)

In re    Guillermo Luis Calixtro
         Tina Calixtro
                                                    Case No.    2:10-bk-33389-ER
_____
                    Debtor(s)

## ** AMENDED ** SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450.*
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Citibank | C.C.P. § 703.140(b)(5) | 200.00 | 200.00 |
| **Household Goods and Furnishings** | | | |
| Various household goods and furnitures | C.C.P. § 703.140(b)(3) | 8,000.00 | 8,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Various books, pictures, and personal items with nominal value | C.C.P. § 703.140(b)(5) | 500.00 | 500.00 |
| **Wearing Apparel** | | | |
| Personal clothing and wearing apparel | C.C.P. § 703.140(b)(3) | 3,500.00 | 3,500.00 |
| **Furs and Jewelry** | | | |
| Personal small jewerly items | C.C.P. § 703.140(b)(4) | 300.00 | 300.00 |
| **Licenses, Franchises, and Other General Intangibles** | | | |
| Debtor DRE Broker license | C.C.P. § 695.060 | 5,000.00 | 5,000.00 |
| Debtor Notary Public Commission | C.C.P. § 695.060 | 1,000.00 | 1,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| Toyota 4Runner 2006 | C.C.P. § 703.140(b)(2) | 3,000.00 | 4,000.00 |
| Toyota Rav4 2006 | C.C.P. § 703.140(b)(5) | 3,000.00 | 3,291.00 |
| Toyota Corolla 2006 | C.C.P. § 703.140(b)(5) | 3,500.00 | 3,500.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| 3 personal computers, 4 desk, 2 printer, 6 chairs | C.C.P. § 703.140(b)(5) | 2,500.00 | 2,500.00 |

*Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.
Schedule of Property Claimed as Exempt consists of 2 total page(s)

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6C (Official Form 6C) (04/10) -- Cont

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
| --- | --- | --- | --- |
| | Total: | 30,500.00 | 31,791.00 |

Sheet 2 of 2 total sheets in Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re      Guillermo Luis Calixtro                      Case No.    2:10-bk-33389-ER
        Tina Calixtro

                          Debtor(s)

# ** AMENDED ** SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above*) | CODEBTOR | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| ACCOUNT NO. 68249019628699  BAC Home Loans Servicing 7105 Corporate Drive Plano, TX 75024 | | J | | 2006  Deed of Trust -2nd  9824 S. Hawkstone Ave., Whittier, CA 90605 | | | | | |
| | | | | VALUE     $285,000.00 | | | | $100,000.00 | $100,000.00 |
| ACCOUNT NO. 130739204  BAC Home Loans Servicing 7105 Corporate Drive Plano, TX 75024 | | J | | 2006  Deed of Trust - 1st  19830 E. Saddle Ridge Ln., Walnut, CA 91789 | | | | | |
| | | | | VALUE     $785,000.00 | | | | $920,000.00 | $135,000.00 |

Sheet 1 of 3 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re  Guillermo Luis Calixtro
       Tina Calixtro
_____
                Debtor(s)

Case No.    2:10-bk-33389-ER

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above*) | CODEBTOR | Husband, Wife, Joint or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| ACCOUNT NO. 130584896 <br><br> BAC Home Loans Servicing <br> 7105 Corporate Drive <br> Plano, TX 75024 | | | | J | 2006 <br><br> Deed of Trust -2nd <br><br> 19830 E. Saddle Ridge Ln., Walnut, CA 91789 <br> VALUE          $785,000.00 | | | | $121,000.00 | $121,000.00 |
| ACCOUNT NO. 0020981080 <br><br> EMC Mortgage Corporation <br> PO BOX 660530 <br> Dallas, TX 75266 | | | | J | 2006 <br><br> 1st Deed of Trust - Arrears <br><br> 9824 S. Hawkstone Ave., Whittier, CA 90605 <br> VALUE          $285,000.00 | | | | $420,000.00 | $138,200.00 |
| ACCOUNT NO. 8167-030-068 <br><br> L.A. COUNTY TREASURER AND TAX COLLECTOR <br> PO BOX 54110 <br> Los Angeles, CA 90054 | | | | J | 2009-10 <br><br> Property Taxes on debtor's residence <br><br> 9824 S. Hawkstone Ave., Whittier, CA 90605 <br> VALUE          $285,000.00 | | | | $3,200.00 | $0.00 |
| ACCOUNT NO. 0026337579 <br><br> Toyota Financial Services <br> PO BOX 60114 <br> City Of Industry, CA 91716 | | | | J | 2006 <br><br> Purchase Money Security <br><br> Toyota 4Runner 2006 <br> VALUE          $4,000.00 | | | | $4,527.00 | $527.00 |
| ACCOUNT NO. 0026337703 <br><br> Toyota Financial Services <br> PO BOX 60114 <br> City Of Industry, CA 91716 | | | | J | 2007 <br><br> Purchase Money Security <br><br> Toyota Rav4 2006 <br> VALUE          $3,291.00 | | | | $3,696.00 | $405.00 |

Sheet 2 of 3 total sheets in Schedule of Creditors Holding Secured Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  Guillermo Luis Calixtro
       Tina Calixtro
                                    Debtor(s)

Case No.   2:10-bk-33389-ER

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above*) | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| ACCOUNT NO. 0026419423 Toyota Financial Services PO BOX 60114 City Of Industry, CA 91716 | | J | | 2008 Purchase Money Security Scion TC 2008 | | | | | |
| | | | | VALUE $5,000.00 | | | | $9,930.00 | $4,930.00 |
| | | | | Total(s) (Use only on last page) | | | | $1,582,353.00 | $500,062.00 |
| | | | | | | | | (Report also on Summary of Schedules) | If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Sheet 3 of 3 total sheets in Schedule of Creditors Holding Secured Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

| In re | Guillermo Luis Calixtro<br>Tina Calixtro | Case No. | 2:10-bk-33389-ER |
|---|---|---|---|
| | Debtor(s) | | |

## ** AMENDED** SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding unsecured claims without priority against the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxxxx4313<br><br>ADT Security Service, Inc<br>PO BOX 371956<br>Pittsburgh, PA 15250 | | J | 2009<br><br>Service cancellation | | | | 1,270.07 |
| ACCOUNT NO.<br><br>Alfredo Leon<br>5024 S Vermont Ave<br>Los Angeles, CA 90237 | | J | Personal loan for business purposes business unsecured loan | | | | 100,000.00 |
| ACCOUNT NO. 9810<br><br>Allied Internation Credit<br>100 East Shore Drvie 3rd Fl<br>Glen Allen, VA 23059 | | J | 2008<br><br>Collection account for Barclays Bank Delaware ref # 6263250 | | | | 950.00 |

Sheet  1 of 17 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re  Guillermo Luis Calixtro
       Tina Calixtro
                                    Debtor(s)

Case No    2:10-bk-33389-ER

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxxxxxxx4418<br><br>Aspire<br>PO BOX 23007<br>Columbus, GA 31902 | | J | 2007<br><br>Credit card purchases | | | | 5,100.00 |
| ACCOUNT NO. xxxxxxxxxxxx9510<br><br>Aspire<br>PO BOX 23007<br>Columbus, GA 31902 | | J | 2008<br><br>Credir card purchase | | | | 4,320.00 |
| ACCOUNT NO. xxxx6525<br><br>Asset Acceptance LLC<br>PO BOX 2036<br>Warren, MI 48090 | | J | 2008<br><br>Collection account | | | | 500.00 |
| ACCOUNT NO. xxxxx4356<br><br>Asset Acceptance LLC<br>PO BOX 2036<br>Warren, MI 48090 | | J | 2008<br><br>Collection account for The Limites/ Wordl Financial Network National Bank | | | | 465.00 |
| ACCOUNT NO. xxxx1412<br><br>Asset Acceptance LLC<br>PO BOX 2036<br>Warren, MI 48090 | | J | 2008<br><br>Collection account | | | | 1,348.00 |
| ACCOUNT NO. xxx1210<br><br>Asset Mangement Professionals<br>PO BOX 2824<br>Woodstock, GA 30188 | | J | 2008<br><br>Collection account for Security Credit Services LLC, creditor GECC/Banana Republic | | | | 558.00 |

Sheet 2 of 17 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Guillermo Luis Calixtro
         Tina Calixtro
         _____
                        Debtor(s)

Case No    2:10-bk-33389-ER

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxxxxxxx0635 Banana Republic PO BOX 530942 Atlanta, GA 30353 | | J | 2008 Credit card purchases | | | | 1,200.00 |
| ACCOUNT NO. xxxxxxxxxxxx0407 Bank of America PO BOX 15726 Wilmington, DE 19886 | | J | 2007 Credit card purchases | | | | 19,900.00 |
| ACCOUNT NO. xxxxxxxxxxxx8817 Bank of America PO BOX 301200 Los Angeles, CA 90030 | | J | 2008 Credit card purchases | | | | 2,000.00 |
| ACCOUNT NO. xxxx3124 Better Business Bureau Membership Accounting PO BOX 970 Colton, CA 92324 | | J | 2009 Collection account | | | | 400.00 |
| ACCOUNT NO. Blanca Avelar 12028 Fourth Avenue Lynwood, CA 90262 | | J | personal loan | | | | 12,000.00 |
| ACCOUNT NO. xx-xxx4613 California Empire Fiancial Group 9879 Foothill Blv Rancho Cucamonga, CA 91701 | | J | 2006 For information only Property lost in foreclosure address 1272 E 108th St., Los Angeles, CA 90059 | | | | 0.00 |

Sheet  3 of 17 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Guillermo Luis Calixtro__
__Tina Calixtro__

Case No __2:10-bk-33389-ER__

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| ACCOUNT NO. xxxx # xxxx2987 <br><br> California State Elevator Co Inc <br> 4208 Willimet Street <br> Los Angeles, CA 90039 | | J | | 2010 <br><br> complaint for money | | | X | 3,000.00 |
| ACCOUNT NO. xxxxxx5929 <br><br> California Water Service Co <br> 3316 West Beverly Blvd <br> Montebello, CA 90640 | | J | | 2010 <br><br> deficiend after service cut. | | | | 228.12 |
| ACCOUNT NO. xxxxxxxxxxxx3262 <br><br> Capital One Bank <br> PO BOX 60599 <br> City of Industry, CA 91716 | | J | | 2008 <br><br> Credit card purchases | | | | 6,600.00 |
| ACCOUNT NO. xxxx6366 <br><br> Capital One Bank <br> c/o The Brachfeld Law Group <br> 20300 S Vermont Ave Ste 120 <br> Torrance, CA 90502 | | J | | 2008 <br><br> Collection account | | | | 3,180.00 |
| ACCOUNT NO. xxxxxxxxxxxx2375 <br><br> Capital One Bank  USA <br> PO BOX 60599 <br> City Of Industry, CA 91716 | | J | | 2008 <br><br> Credit card purchases | | | | 1,700.00 |
| ACCOUNT NO. xxxxxxxxxxxx0199 <br><br> Capital One Bank  USA <br> PO BOX 60599 <br> City Of Industry, CA 91716 | | J | | 2008 <br><br> Credit card purchases | | | | 1,800.00 |

Sheet  4 of 17 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re  Guillermo Luis Calixtro
       Tina Calixtro
_____
              Debtor(s)

Case No    2:10-bk-33389-ER

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| ACCOUNT NO. xxxxxxxxxxxx6880 | | | | 2008 | | | | |
| Capital One Bank USA PO BOX 60024 City of Industry, CA 91716 | | J | | Credit card purchases | | | | 2,400.00 |
| ACCOUNT NO. xxxxxxxxxxxx8496 | | | | 2009 | | | | |
| CARDMEMBER SERVICE PO BOX 94014 Palatine, IL 60094 | | J | | Credit card purchases | | | | 19,200.00 |
| ACCOUNT NO. xxxxxxxxxxxx1766 | | | | 2009 | | | | |
| CARDMEMBER SERVICE PO BOX 94014 Palatine, IL 60094 | | J | | Credit card purchases | | | | 1,000.00 |
| ACCOUNT NO. xxxxxxxxxxxx7909 | | | | 2008 | | | | |
| CARDMEMBER SERVICE PO BOX 94014 Palatine, IL 60094 | | J | | Credit card purchased | | | | 6,570.00 |
| ACCOUNT NO. xxxxxxxxxxxx0381 | | | | 2007 | | | | |
| CARDMEMBER SERVICE PO BOX 94014 Palatine, IL 60094 | | J | | Credit cars purchases | | | | 22,520.00 |
| ACCOUNT NO. xxxxxxxxxxxx4367 | | | | 2008 | | | | |
| CARDMEMBER SERVICE PO BOX 94014 Palatine, IL 60094 | | J | | Credit card purchases | | | | 7,800.00 |

Sheet  5 of 17 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re  Guillermo Luis Calixtro
Tina Calixtro

Debtor(s)

Case No  2:10-bk-33389-ER

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxx1179 CBCS PO BOX 163250 Columbus, OH 43216 | | J | 2008 Collection account | | | | 160.00 |
| ACCOUNT NO. x1435 Cbeyond Filed 50326 Los Angeles, CA 90074 | | J | 2010 Utility bill after cut service | | | | 2,199.00 |
| ACCOUNT NO. xxxx0047 Chase PO BOX 15298 Wilmington, DE 19850 | | J | 2010 Collection account for Chase Bank USA case # 01/05/2010 | | | | 2,500.00 |
| ACCOUNT NO. xxxxxxxxxx0002 Chevron Texaco PO BOX 530950 Atlanta, GA 30353 | | J | 2008 Collection account | | | | 850.00 |
| ACCOUNT NO. xxxxxxxxxxx8165 Chevron Texaco PO BOX 530950 Atlanta, GA 30353 | | J | 2008 Credit card purchases | | | | 2,800.00 |
| ACCOUNT NO. xxxxxxx8693 CIRCUIT CITY PO BOX 94011 Palatine, IL 60094 | | J | 2008 Credit card purchases | | | | 800.00 |

Sheet  6 of 17 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re __Guillermo Luis Calixtro__
__Tina Calixtro__                Case No     2:10-bk-33389-ER

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxx8743 <br><br> CMRE Financial Services <br> 3075 Imperial Hwy <br> Ste 200 <br> Brea, CA 92821 | | J | 2007 <br><br> Collection account | | | | 300.00 |
| ACCOUNT NO. xxxxxxxxxxxxxx8743 <br><br> CMRE Financial Services <br> 3075 Imperial Hwy <br> Ste 200 <br> Brea, CA 92821 | | J | 2009 <br><br> Collection account | | | | 150.00 |
| ACCOUNT NO. xxxxx1976 <br><br> Countrywide Home Loans <br> Agent for Service of Process <br> CT Corporation System <br> 818 West Seventh St <br> Los Angeles, CA 90017 | | J | 2008 <br><br> Information only: property lost in foreclosure address: 1272 E 108th St., Los Angeles, CA 90059 | | | | 0.00 |
| ACCOUNT NO. xxxxx4057 <br><br> Directv <br> PO BOX 78626 <br> Phoenix, AZ 85062 | | J | 2008 <br><br> Utility bill | | | | 160.00 |
| ACCOUNT NO. 0354 <br><br> Discover Card <br> PO BOX 6103 <br> Carol Stream, IL 60197 | | J | 2008 <br><br> Credit card purchases | | | | 2,300.00 |

Sheet  7 of 17 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Guillermo Luis Calixtro
        Tina Calixtro
                    Debtor(s)

Case No   2:10-bk-33389-ER

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| ACCOUNT NO. Calixtro Edgardo Paredez 10328 Lesterford Ave Downey, CA 90241 | | J | | 2008 Personal loan for business purposes | | | | 90,000.00 |
| ACCOUNT NO. xxxxxxxxx5000 First Data PO BOX 173845 Denver, CO 80217 | | J | | 2009 Collection account | | | | 810.00 |
| ACCOUNT NO. xxxxxxxx0883 First Data Merchant Services First Data Global Leasing PO BOX 407092 Fort Lauderdale, FL 33340 | | J | | 2002 equipment Lease Number 052-0386315-000 | | | | 200.00 |
| ACCOUNT NO. xxxx8417 Global Credit & Collection 300 International Dr PMB 10015 Williamsville, NY 14221 | | J | | 2008 Collection account for Capital One LLC | | | | 1,595.00 |
| ACCOUNT NO. xxxx5770 Global Credit & Collection Corp 300 International Drive PMB #10015 Buffalo, NY 14221 | | J | | 2007 Collection account for Caliptal One, LLC. | | | | 1,500.00 |
| ACCOUNT NO. xxxxxxxxxxxx6591 Home Depot Credit Services PO BOX 6028 The Lakes, NV 88901 | | J | | 2009 Credit card purchases | | | | 4,900.00 |

Sheet  8 of 17 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re  Guillermo Luis Calixtro
Tina Calixtro

Case No  2:10-bk-33389-ER

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint , or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| ACCOUNT NO. xxxxxxxxxxx1100 HSBC PO BOX 60102 City Of Industry, CA 91716 | | | J | 2008 Credit card purchases | | | | 3,900.00 |
| ACCOUNT NO. 3360 HSBC Attn: Bankruptcy Po Box 5253 Carol Stream, IL 60197 | | | J | 2008 Collection account | | | | 1,000.00 |
| ACCOUNT NO. xxxx9432 Intercomm Emerg Medical Group PO BOX 4419 Woodland Hills, CA 91365 | | | J | 2008 Medical bill | | | | 200.00 |
| ACCOUNT NO. G6310731 Interinsurance Exchange of the AAA PO BOX 5459 Diamond Bar, CA 91765 | | | J | 5/6/10 complaint for money | | | X | 1,000.00 |
| ACCOUNT NO. xxxxxxx3851 JC Penney PO BOX 960090 Orlando, FL 32896 | | | J | 2008 Credit card purchases | | | | 450.00 |
| ACCOUNT NO. xxxxxxxxxxxx9079 JC Penney PO BOX 960001 Orlando, FL 32896 | | | J | 2008 Credit card purchases | | | | 800.00 |

Sheet  9 of 17 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F)  (12/07) - Cont.

In re  Guillermo Luis Calixtro
      Tina Calixtro
      _____
                    Debtor(s)

Case No    2:10-bk-33389-ER

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxx4747  JC Penney PO BOX 960001 Orlando, FL 32896 | | J | 2007  Credit card purchases | | | | 800.00 |
| ACCOUNT NO. xxx-xx7-901  JC Penney PO BOX 960090 Orlando, FL 32896 | | J | 2007  Credit card purchases | | | | 1,500.00 |
| ACCOUNT NO. malona  Jerry Malona 1884 Pinnacle Way Upland, CA 91784 | | J | 2009  complaint for money | | | | 4,000.00 |
| ACCOUNT NO. Parisi  Juana Parisi 2633 Monmouth Ave Los Angeles, CA 90007 | | J | 2008  refund for service cancelled | | | | 1,500.00 |
| ACCOUNT NO. xx1064  Juniper PO BOX 13337 Philadelphia, PA 19101 | | J | 2009  Credit card purchases | | | | 1,120.00 |
| ACCOUNT NO. 8106  Juniper PO BOX 13337 Philadelphia, PA 19101 | | J | 2008  Credit card purchases | | | | 500.00 |

Sheet 10 of 17 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Guillermo Luis Calixtro
         Tina Calixtro
                                    Debtor(s)

Case No    2:10-bk-33389-ER

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Calixtro <br><br> Khio Yang and Keum Ja Yang <br> 828 Adelita St <br> Montebello, CA 90640 | | J | 2008 <br><br> arrears on commercial rent at 2465 W. Whittier Blvd., 2nd Fl., Montebello, CA 90640 | | | X | 104,000.00 |
| ACCOUNT NO. xxxxxxx8029 <br><br> Khio Yang and Keum Ja Yang <br> 3001 W. Beverly Blvd <br> Montebello, CA 90640 | | J | 07/2008 <br><br> Personal loan secured by a real estate property. This money was never received and it was used to secure the payment of the commercial rent at 2465 W. Whittier Blvd., 2nd Fl., Montebello, CA 90640 | | | X | 80,730.00 |
| ACCOUNT NO. xxxxxxxx-8165 <br><br> Leading Edge <br> Recovery Solutions <br> PO BOX 129 <br> Linden, MI 48451 | | J | 2008 <br><br> Collection account | | | | 2,525.00 |
| ACCOUNT NO. xxxxxxx8501 <br><br> Los Olivos HOA <br> Asyst Data Group <br> PO BOX 15544 <br> Santa Ana, CA 92735 | | J | 2008 <br><br> Collection account | | | | 920.00 |
| ACCOUNT NO. xxxxxxxxxxx2422 <br><br> Macys <br> PO BOX 689195 <br> Des Moines, IA 50368 | | J | 2008 <br><br> Credit card purchases | | | | 6,800.00 |

Sheet 11 of 17 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re   Guillermo Luis Calixtro
      Tina Calixtro                               Case No    2:10-bk-33389-ER

                             Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xx-xxx-xxx-895-0 <br><br> Macys <br> PO BOX 689195 <br> Des Moines, IA 50368 | | J | 2007 <br><br> Credit card purchases | | | | 1,200.00 |
| ACCOUNT NO. xxxxxxxx4760 <br><br> Macys Visa <br> PO BOX 689194 <br> Des Moines, IA 50368 | | J | 2008 <br><br> Credit card purchases | | | | 3,500.00 |
| ACCOUNT NO. Case # VC053324 <br><br> Martha Mendez Caudillo <br> Superior Court of California <br> Case # VC053324 <br> 12720 Norwalk Blvd <br> Norwalk, CA 90650 | | J | 2008 <br><br> Complaint for moeny | | | X | 25,000.00 |
| ACCOUNT NO. xxxxxx3149 <br><br> MCM <br> Dept 12421 <br> PO BOX 603 <br> Oaks, PA 19456 | | J | 2008 <br><br> Collection account | | | | 4,500.00 |
| ACCOUNT NO. hispanosunidos <br><br> Mundy Media Corporation <br> 3301 Barham Blvd, Ste 100 <br> Los Angeles, CA 90068 | | J | 2008-2009 <br><br> collection account | | | | 36,450.00 |
| ACCOUNT NO. xxxxx5197 <br><br> NORTHLAND GROUP INC <br> PO BOX 390846 <br> Minneapolis, MN 55439 | | J | 2008 <br><br> Collection account | | | | 2,615.00 |

Sheet 12 of 17 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Guillermo Luis Calixtro
       Tina Calixtro
_____
              Debtor(s)

Case No   2:10-bk-33389-ER

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxxxxxxx4005  Office Depot Credit Plan PO BOX 689020 Des Moines, IA 50368 | | J | 2008  Credit card purchases | | | | 7,900.00 |
| ACCOUNT NO.  Pablo and Laura Garcia 11216 Meadowlark Ln Bloomington, CA 92316 | | J | Personal loan for business purposes | | | | 65,000.00 |
| ACCOUNT NO. xxxxxx72-10  Plaza Recovery Associates PO BOX 18008 Hauppauge, NY 11788 | | J | 2008  Collection account | | | | 3,010.00 |
| ACCOUNT NO. xxxxxx3149  Providian Bank c/o MCM Dept 12421 PO BOX 603 Oaks, PA 19456 | | J | 2008  Collection account | | | | 4,980.00 |
| ACCOUNT NO. xxxxxx1481  Quest Diagnostics PO BOX 7400 Pasadena, CA 91109 | | J | 2009  Medical bill | | | | 670.00 |
| ACCOUNT NO. xxxx # xxxx2449  Robinsons-May 750 W 7th St Los Angeles, CA 90017 | | J | 1999  Collection account case # 99S02449 | | | | 291.00 |

Sheet 13 of 17 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Guillermo Luis Calixtro
       Tina Calixtro
                                                    Debtor(s)

Case No  2:10-bk-33389-ER

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | HWJC | | | | | | |
| ACCOUNT NO. Hernandez  Salvador Hernandez 2634 W Palais Rd Anaheim, CA 92804 | | J | | 2008  Comlaint for money | | | | 3,500.00 |
| ACCOUNT NO. xxxxxxxxxxxx5988  Sam's Club Attention: Bankruptcy Department Po Box 103104 Roswell, GA 30076 | | J | | 2008  Credit card purchases | | | | 7,200.00 |
| ACCOUNT NO. xxxxxxxxxxxx5495  Sears Gold Master Card PO BOX 6282 Sioux Falls, SD 57117 | | J | | 2008  Credit card purchases | | | | 8,300.00 |
| ACCOUNT NO. xxx7610  Security Credit Services LLC c/o Leading Edge Recovery Sol 5440 N Cumberland Ave Ste 300 Chicago, IL 60656 | | J | | 2008  Collection account | | | | 2,180.00 |
| ACCOUNT NO. xxx8251  Security Credit Services LLC c/o Leading Edge Recovery Sol 5440 N Cumberland Ave Ste 300 Chicago, IL 60656 | | J | | 2009  Collection account | | | | 500.00 |
| ACCOUNT NO. xxxxx4492  SKO Brenner American Inc PO BOX 230 Farmingdale, NY 11735 | | J | | 2008  Collection account | | | | 50.00 |

Sheet 14 of 17 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Guillermo Luis Calixtro
       Tina Calixtro                             Case No    2:10-bk-33389-ER

                      Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | C O D E B T O R | Husband, Wife, Joint , or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | | |
| ACCOUNT NO. xxxxxx6822 | | | 2010 | | | | | |
| Southern California Edision PO BOX 300 Rosemead, CA 91770 | | J | Utility bill cut off | | | | | 1,310.00 |
| ACCOUNT NO. xxxxxxxxxxxx6366 | | | 2008 | | | | | |
| Staples Credit Plan PO BOX 689020 Des Moines, IA 50368 | | J | Credit card purchases | | | | | 6,300.00 |
| ACCOUNT NO. xxxxx7682 | | | 2009 | | | | | |
| T-Mobil PO BOX 742596 Cincinnati, OH 45274 | | J | Phone bill | | | | | 690.00 |
| ACCOUNT NO. xxxxxxxxxxxx6837 | | | 2009 | | | | | |
| TARGET NATIONAL BANK PO BOX 59317 Minneapolis, MN 55459 | | J | Colection account Case #09C00964 | | | | | 9,100.00 |
| ACCOUNT NO. xxxxxxxxxxxx0929 | | | 2009 | | | | | |
| TARGET NATIONAL BANK PO BOX 59317 Minneapolis, MN 55459 | | J | Credit card purchases | | | | | 4,900.00 |
| ACCOUNT NO. x6580 | | | 2008 | | | | | |
| TelePacific Communications PO BOX 526015 Sacramento, CA 95852 | | J | Utility bill | | | | | 2,750.00 |

Sheet 15 of 17 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re  Guillermo Luis Calixtro
       Tina Calixtro
                          Debtor(s)

Case No    2:10-bk-33389-ER

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xx3765 Terminix International 727 Arrow Grand Circle Covina, CA 91722 | | J | 2008 Termite service | | | | 95.00 |
| ACCOUNT NO. xxxx6368 The Brachfield Law Group 880 Apollo St Ste 155 El Segundo, CA 90245 | | J | 2008 Collection account | | | | 3,200.00 |
| ACCOUNT NO. xxxxx4356 The Limited PO BOX 659728 San Antonio, TX 78265 | | J | 2008 Credit card purchases | | | | 600.00 |
| ACCOUNT NO. xxxxxx9808 Thomson West 610 Opperman Drive Eagan, MN 55123 | | J | 2008 Collection account | | | | 400.00 |
| ACCOUNT NO. Barrales Tomas Barrales 1413 E. 53rd St Los Angeles, CA 90011 | | J | 2007 personal loan for business purposes | | | | 12,000.00 |
| ACCOUNT NO. xxx2290 USC Casre Medical Group INC File 749303 Los Angeles, CA 90074 | | J | 2009 Medical bill | | | | 200.00 |

Sheet 16 of 17 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re  Guillermo Luis Calixtro
Tina Calixtro
_____
Debtor(s)

Case No  2:10-bk-33389-ER

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| ACCOUNT NO. xxxxxxxxxxxxxx6879<br><br>VICTORIAS SECRET<br>PO BOX 659728<br>San Antonio, TX 78265 | | | J | 2009<br><br>Credit card purchases | | | | 1,350.00 |
| ACCOUNT NO. xxxxxxxxxxxx8496<br><br>WASHINGTON MUTUAL<br>PO BOX 78065<br>Phoenix, AZ 85062 | | | J | 2007<br><br>collection account | | | | 19,198.00 |
| ACCOUNT NO. xx-xxx4522<br><br>Wilshire Credit Corp<br>2141 5th Ave<br>San Diego, CA 92101 | | | J | 2006<br><br>Information Only<br>Property lost in foreclosure<br>15436 La Mirada Bld., Apt HH115,<br>La Mirada, CA 90638 | | | | 0.00 |
| | | | | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | 787,917.19 |

Sheet 17 of 17 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re    Guillermo Luis Calixtro
         Tina Calixtro                                                    Case No.    2:10-bk-33389-ER
                                          Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S):<br>Son<br>Daughter<br>Son | AGE(S):<br>14<br>19<br>21 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Office manager | Assistant |
| Name of Employer | L Bishop Austin & Associates | Hispanos Unidos & Associates |
| How long employed | 6 months | 6 months |
| Address of Employer | 3250 Wilshire Blvd., Ste 1500<br>Los Angeles, CA 90010 | 2009 W. Whittier Blvd.,<br>Montebello, CA 90640 |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | | SPOUSE | |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 3,500.00 | $ | 1,800.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 3,500.00 | $ | 1,800.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 3,500.00 | $ | 1,800.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 3,500.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance<br>(Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income<br>(Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 3,500.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 7,000.00 | $ | 1,800.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 8,800.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    none. Debtor will receive a 1099 at EOY.

B6J (Official Form 6J) (12/07)

| In re | Guillermo Luis Calixtro<br>Tina Calixtro | Case No. | 2:10-bk-33389-ER |
|-------|-------------------------------------------|----------|------------------|
| | Debtor(s) | | |

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 1,311.42 |
| a. Are real estate taxes included? Yes X No ___ | | | |
| b. Is property insurance included? Yes X No ___ | | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 120.00 |
| b. Water and sewer | | $ | 95.00 |
| c. Telephone | | $ | 80.00 |
| d. Other  See Detailed Expense Attachment | | $ | 180.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 550.00 |
| 5. Clothing | | $ | 100.00 |
| 6. Laundry and dry cleaning | | $ | 50.00 |
| 7. Medical and dental expenses | | $ | 35.00 |
| 8. Transportation (not including car payments) | | $ | 550.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 100.00 |
| 10. Charitable contributions | | $ | 25.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 245.00 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 995.48 |
| b. Other  Income property mortgage payment | | $ | 3,479.29 |
| c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other | | $ | 0.00 |
| Other | | $ | 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $  7,916.19

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
none

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---|
| a. | Average monthly income from Line 15 of Schedule I | $ | 8,800.00 |
| b. | Average monthly expenses from Line 18 above | $ | 7,916.19 |
| c. | Monthly net income (a. minus b.) | $ | 883.81 |

**B6J (Official Form 6J) (12/07)**

In re    Guillermo Luis Calixtro
       Tina Calixtro                               Case No.    2:10-bk-33389-ER

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| gas | $ | 60.00 |
| INTERNET | $ | 120.00 |
| **Total Other Utility Expenditures** | $ | 180.00 |