| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Timothy F. Umbreit    SBN 145932<br>4701 Cartwright Avenue<br>Toluca Lake, CA 91602<br><br>818-535-7381(v)<br>818-334-5659(f)<br>tim@timumbreit.com<br><br>*Attorney for* Guillermo and Tina Calixtro | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re: Guillermo Luis Calixtro
      Tina Calixtro

                                                    Debtor.

|  |  |
|---|---|
| Plaintiff(s), | CHAPTER 11<br>CASE NUMBER 2:10-bk-33389-ER |
| vs. | ☐ ADVERSARY NUMBER (If Applicable) |
| Defendant(s). | |

## SUBSTITUTION OF ATTORNEY

1. The name of the party making this Substitution of Attorney is *(specify name)*:
   Guillermo Luis Calixtro
   Tina Calixtro

2. The name, address and telephone number of the New Attorney are *(specify)*:
   Timothy F. Umbreit, 4701 Cartwright Ave., Toluca Lake, CA 91602; 818-535-7381

3. New Attorney hereby appears in the following matters:    ☒ The case    ☐ The above Adversary Proceeding

4. The New Attorney is substituted as attorney of record in place and stead of the Present Attorney. *(Specify name of Present Attorney)*: Guillermo Luis Calixtro Tina Calixtro, in pro per

Dated: 08/10/10

Guillermo Luis Calixtro Tina Calixtro
Type Name of Party                                    Signature of Party

I consent to the above substitution.

Dated: 08/10/10

Guillermo Luis Calixtro Tina Calixtro (pro per)
Type Name of Present Attorney                         Signature of Present Attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Dated: 08/10/10

Timothy F. Umbreit
Type Name of New Attorney                             Signature of New Attorney

---

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                               F 2090-1.4

Substitution of Attorney - *Page 2*

**F 2090-1.4**

| In re Guillermo Luis Calixtro<br>Tina Calixtro | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 2:10-bk-33389-ER |

## IMPORTANT NOTICE

The filing of the within Substitution of Attorney form does not obviate the need to be employed pursuant to the Bankruptcy Code. See Local Bankruptcy Rule 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

---

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 2090-1.4**

Substitution of Attorney - *Page 3*                                                                 F 2090-1.4

| In re Guillermo Luis Calixtro  Tina Calixtro | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 2:10-bk-33389-ER |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4701 Cartwright Ave., Toluca Lake, CA 91602

A true and correct copy of the foregoing document described as Subsitution of Attorney _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:
Honorable Ernest M. Robles, Judge, United States Bankruptcy Court - Central District of California, Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Suite 1560 / Courtroom 1568, Los Angeles, CA 90012

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On 8/16/10 _____  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:
Dare Law    dare.law@usdoj.gov
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 8/16/10 _____  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Twenty Largest Unsecured Creditors

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Honorable Ernest M. Robles, Judge, United States Bankruptcy Court - Central District of California, Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Suite 1560 / Courtroom 1568, Los Angeles, CA 90012 (personal Delivery)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/16/10 | Timothy F. Umbreit | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                        F 2090-1.4

CH 11 Case No: 2:10-bk-33389-ER
Debtor: Guillermo Luis Calixtro and Tina Calixtro
SERVICE LIST FOR 20 LARGEST UNSECURED CREDITORS

ALFREDO LEON
5024 S VERMONT AVE
LOS ANGELES, CA 90237

BAC HOME LOANS SERVICING
7105 CORPORATE DRIVE
PLANO, TX 75024

BAC HOME LOANS SERVICING
7105 CORPORATE DRIVE
PLANO, TX 75024

BAC HOME LOANS SERVICING
7105 CORPORATE DRIVE
PLANO, TX 75024

BANK OF AMERICA
PO BOX 15726
WILMINGTON, DE 19886

BLANCA AVELAR
12028 FOURTH AVENUE
LYNWOOD, CA 90262

CARDMEMBER SERVICE
PO BOX 94014
PALATINE, IL 60094

CARDMEMBER SERVICE
PO BOX 94014
PALATINE, IL 60094

EDGARDO PAREDEZ
10328 LESTERFORD AVE
DOWNEY, CA 90241

EMC MORTGAGE CORPORATION
PO BOX 660530
DALLAS, TX 75266

KHIO YANG AND KEUM JA YANG
828 ADELITA ST
MONTEBELLO, CA 90640

KHIO YANG AND KEUM JA YANG
3001 W. BEVERLY BLVD
MONTEBELLO, CA 90640

MARTHA MENDEZ CAUDILLO
SUPERIOR COURT OF CALIFORNIA
CASE # VC053324
12720 NORWALK BLVD
NORWALK, CA 90650

MUNDY MEDIA CORPORATION
3301 BARHAM BLVD, STE 100
LOS ANGELES, CA 90068

OFFICE DEPOT CREDIT PLAN
PO BOX 689020
DES MOINES, IA 50368

PABLO AND LAURA GARCIA
11216 MEADOWLARK LN
BLOOMINGTON, CA 92316

SEARS GOLD MASTER CARD
PO BOX 6282
SIOUX FALLS, SD 57117

TARGET NATIONAL BANK
PO BOX 59317
MINNEAPOLIS, MN 55459

TOMAS BARRALES
1413 E. 53RD ST
LOS ANGELES, CA 90011

WASHINGTON MUTUAL
PO BOX 78065
PHOENIX, AZ 85062