Timothy F. Umbreit   SBN 145932
4701 Cartwright Ave
Toluca Lake, CA 91602

818-535-7381(v)
818-334-5659 (f)

tim@timumbreit.com

*[proposed] Attorney for: Guillermo Luis Calixtro*
         *Tina Calixtro*
*Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>    Guillermo Luis Calixtro<br>    Tina Calixtro<br><br>              Debtors<br>              Debtors in Possession | Case No.: 2:10-bk-33389-ER<br><br>The Honorable Judge Ernest Robles<br><br>Chapter 11<br><br>NOTICE OF INTENT TO SELL ESTATE PROPERTY PURSUANT TO LBR 6004-1(c)(4); DECLARATION & CERTIFICATION OF DEBTOR IN POSSESSION<br><br>No Hearing Required |

PLEASE TAKE NOTICE that pursuant to LBR 6004-1, the Debtors in Possession, Guillermo Luis Calixtro and Tina Calixtro intend to sell property of the estate other than in the ordinary course of business under 11 USC § 363(b)(1) as herein set forth.

Any written objection together with a request for hearing must be filed and served pursuant to LBR 9013-1(o)(1) not later than 14 days from the date of service of this notice and in the absence of an objection the property may be sold without further notice or hearing.

1. The name and address of the proposed buyer: Juan Chaidez, 6312 Hoover Ave., Whittier, CA 91601.

2. The property to be sold is described as:

    a. Address: 9824 Hawkstone Ave., Whittier, CA 90605

    b. Appraised value: $180,000 to $320,000          (Exhibit A)

    c. Liens:

        i. EMC Mortgage Corp. $420,000.00

        ii. Bank of America $112,157.26

3. The terms and conditions of the proposed sale are summarized as follows:

    a. Purchase Price: $300,000.00

    b. Proposed Settlement Date: Within 45 days after Approval

    c. Contingencies

        i. Financing: Vista Funding                (Exhibit B)

        ii. Updated Approval of Lenders: EMC, BofA (Exhibit C)

    d. A copies of the Contract (Exhibit D) and Escrow Instructions (Exhibit E) are attached.

4. The proposed sale is free and clear of liens, claims or interests. The proposed sale is contingent upon the consent and authorization of both the first and second lienholders. No other liens, claims or interests are currently known.

5. The proposed sale is not subject to higher bids.

6. There will be no excess proceeds derived from the proposed sale. The lenders' approval will release the estate from any further liability. As such, there will be no unsecured deficiency. This proposed sale will then benefit the unsecured creditors in the plan.

    a. The costs of the proposed sale estimated to be:

                   i. Commissions: $18,000              (Exhibit F)

                   ii. Fees: $7,171.25                  (Exhibit F)

                   iii. Other costs: None

7. Authorization is sought to pay a commission to the Listing Broker, which commission will be split as is customary, with the selling broker.

      a. The names of the brokers are: Hope Realty & Assoc. (Listing); Hispanos Unidos & Associates (Selling).

      b. The amount of the proposed commission is $18,000.00 (6%). (Exhibit G)

8. The estimated or possible tax consequences to the estate are not known.  To the extent that any tax liability results from the sale, they will be paid from future revenues of the estate.

9.  The Debtor has not been contacted by any potential overbidder and, in Debtor's business judgment, there are no viable alternative purchasers.

WHEREFORE, Debtors respectfully request that this Court issue an Order authorizing the sale of the property on the proposed terms and conditions; and authorizing the payment of commissions, costs and fees upon the close of the sale as set forth herein.

Dated: August 14, 2010

                                           /s/ Timothy F. Umbreit
                                       Timothy F. Umbreit
                                       [proposed] Attorney for the Debtors

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 4701 Cartwright Ave., Toluca Lake, CA 91602

A true and correct copy of the foregoing document described as Notice of Intent to Sell Estate Property will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 14, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Dare Law    dare.law@usdoj.gov
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On August 14, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

TWENTY LARGEST CREDITORS

XX Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _August 14, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Ernest M. Robles, Judge, United States Bankruptcy Court - Central District of California, Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Suite 1560 / Courtroom 1568, Los Angeles, CA 90012 (PERSONAL DELIVERY)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| Timothy F. Umbreit | | /s/ Timothy F. Umbreit |
| *Date    August 13, 2010* | *Type Name* | *Signature* |

Notice of Intent to Sell Estate Property    4

CH 11 Case No: 2:10-bk-33389-ER
Debtor: Guillermo Luis Calixtro and Tina Calixtro
SERVICE LIST FOR 20 LARGEST UNSECURED CREDITORS

ALFREDO LEON
5024 S VERMONT AVE
LOS ANGELES, CA 90237

BAC HOME LOANS SERVICING
7105 CORPORATE DRIVE
PLANO, TX 75024

BAC HOME LOANS SERVICING
7105 CORPORATE DRIVE
PLANO, TX 75024

BAC HOME LOANS SERVICING
7105 CORPORATE DRIVE
PLANO, TX 75024

BANK OF AMERICA
PO BOX 15726
WILMINGTON, DE 19886

BLANCA AVELAR
12028 FOURTH AVENUE
LYNWOOD, CA 90262

CARDMEMBER SERVICE
PO BOX 94014
PALATINE, IL 60094

CARDMEMBER SERVICE
PO BOX 94014
PALATINE, IL 60094

EDGARDO PAREDEZ
10328 LESTERFORD AVE
DOWNEY, CA 90241

EMC MORTGAGE CORPORATION
PO BOX 660530
DALLAS, TX 75266

KHIO YANG AND KEUM JA YANG
828 ADELITA ST
MONTEBELLO, CA 90640

KHIO YANG AND KEUM JA YANG
3001 W. BEVERLY BLVD
MONTEBELLO, CA 90640

MARTHA MENDEZ CAUDILLO
SUPERIOR COURT OF CALIFORNIA
CASE # VC053324
12720 NORWALK BLVD
NORWALK, CA 90650

MUNDY MEDIA CORPORATION
3301 BARHAM BLVD, STE 100
LOS ANGELES, CA 90068

OFFICE DEPOT CREDIT PLAN
PO BOX 689020
DES MOINES, IA 50368

PABLO AND LAURA GARCIA
11216 MEADOWLARK LN
BLOOMINGTON, CA 92316

SEARS GOLD MASTER CARD
PO BOX 6282
SIOUX FALLS, SD 57117

TARGET NATIONAL BANK
PO BOX 59317
MINNEAPOLIS, MN 55459

TOMAS BARRALES
1413 E. 53RD ST
LOS ANGELES, CA 90011

WASHINGTON MUTUAL
PO BOX 78065
PHOENIX, AZ 85062