| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Timothy F. Umbreit      SBN 145932<br>4701 Cartwright Avenue<br>Toluca Lake, CA 91602<br><br>818-535-7381(v)<br>818-334-5659(f)<br>tim@timumbreit.com | |

| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
|---|---|
| In re:<br><br>    Guillermo Luis Calixtro<br>    Tina Calixtro<br><br><br><br>Debtor(s). | CASE NO.:  10-bk-33389-ER |

## NOTICE OF SALE OF ESTATE PROPERTY

| **Sale Date:** | **Time:** |
|---|---|
| **Location:** | |

Type of Sale:    ☐ Public    ☑ Private        Last date to file objections:
                                                                        8/28/10

Description of Property to be Sold:  9824 Hawkstone Ave., Whittier, CA 90605

Terms and Conditions of Sale: Short Sale for $300,000.00 to private buyer.  Appraised value is $180,000 to $320,000

Buyer is prequalified for loan.  1st and 2nd lienholders have previously agreed to terms.  Sale subject to re approval.

6% commission to be paid at close and split between listing and selling agents.

Sale date determined by escrow.

Proposed Sale Price:  $300,000.00

Overbid Procedure (If Any):  none

If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:

Contact Person for Potential Bidders (include name, address, telephone, fax and/or e:mail address):

Ana Patricia Vargas-Bohe

Hope Realty & Associates

9425 Telegraph Rd, #112

Pico Rivera, CA 90660

(v) 562-821-2601; (f) 562-821-2603

Date:  8/14/10

Notice of Sale of Estate Property

*January 2009*

**F 6004-2**

Notice of Sale of Estate Property - *Page 2*                                      **F 6004-2**

| In re<br>Guillermo Luis Calixtro<br>Tina Calixtro                          Debtor(s). | CHAPTER:  11<br><br>CASE NO.:  10-bk-33389-ER |
|---|---|

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
4701 Cartwright Ave., Toluca Lake, CA 91602

A true and correct copy of the foregoing document described as Notice of Sale of Estate Property _____
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On 8/14/10 _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Dare Law    dare.law@usdoj.gov
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 8/14/10 _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

TWENTY LARGEST CREDITORS

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 8/14/10 _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Ernest M. Robles, Judge, United States Bankruptcy Court - Central District of California, Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Suite 1560 / Courtroom 1568, Los Angeles, CA 90012 (PERSONAL DELIVERY)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/14/10 | Timothy F. Umbreit | |
|---|---|---|
| Date | Type Name | Signature |

Notice of Sale of Estate Property

Notice of Sale of Estate Property - *Page 3*                      **F 6004-2**

| In re<br>Guillermo Luis Calixtro<br>Tina Calixtro                Debtor(s). | CHAPTER: 11<br>CASE NO.: 10-bk-33389-ER |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

ALFREDO LEON
5024 S VERMONT AVE
LOS ANGELES, CA 90237

BAC HOME LOANS SERVICING
7105 CORPORATE DRIVE
PLANO, TX 75024

BAC HOME LOANS SERVICING
7105 CORPORATE DRIVE
PLANO, TX 75024

BAC HOME LOANS SERVICING
7105 CORPORATE DRIVE
PLANO, TX 75024

BANK OF AMERICA
PO BOX 15726
WILMINGTON, DE 19886

BLANCA AVELAR
12028 FOURTH AVENUE
LYNWOOD, CA 90262

CARDMEMBER SERVICE
PO BOX 94014
PALATINE, IL 60094

CARDMEMBER SERVICE
PO BOX 94014
PALATINE, IL 60094

EDGARDO PAREDEZ
10328 LESTERFORD AVE
DOWNEY, CA 90241

EMC MORTGAGE CORPORATION
PO BOX 660530
DALLAS, TX 75266

KHIO YANG AND KEUM JA YANG
828 ADELITA ST
MONTEBELLO, CA 90640

KHIO YANG AND KEUM JA YANG
3001 W. BEVERLY BLVD
MONTEBELLO, CA 90640

MARTHA MENDEZ CAUDILLO
SUPERIOR COURT OF CALIFORNIA
CASE # VC053324
12720 NORWALK BLVD
NORWALK, CA 90650

MUNDY MEDIA CORPORATION
3301 BARHAM BLVD, STE 100
LOS ANGELES, CA 90068

OFFICE DEPOT CREDIT PLAN
PO BOX 689020
DES MOINES, IA 50368

PABLO AND LAURA GARCIA
11216 MEADOWLARK LN
BLOOMINGTON, CA 92316

SEARS GOLD MASTER CARD
PO BOX 6282
SIOUX FALLS, SD 57117

TARGET NATIONAL BANK
PO BOX 59317
MINNEAPOLIS, MN 55459

TOMAS BARRALES
1413 E. 53RD ST
LOS ANGELES, CA 90011

WASHINGTON MUTUAL
PO BOX 78065
PHOENIX, AZ 85062