Timothy F. Umbreit   SBN 145932
4701 Cartwright Ave
Toluca Lake, CA 91602

818-535-7381(v)
818-334-5659 (f)

tim@timumbreit.com

*[proposed] Attorney for: Guillermo Luis Calixtro*
            *Tina Calixtro*
*Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | )<br>)<br>) Case No.: 2:10-bk-33389-ER<br>)<br>) The Honorable Judge Ernest Robles<br>)<br>) Chapter 11<br>)<br>) OPPOSITION TO MOTION UNDER 11<br>) USC§ 1112(b) TO CONVERT OR DISMISS<br>) CASE<br>)<br>) Hearing Date: September 2, 2010<br>) Hearing Time: 11:00 am<br>) Courtroom: 1568<br>) Location: 255 E. Temple Street<br>)             Los Angeles, CA 90112<br>) |
| Guillermo Luis Calixtro<br>Tina Calixtro | |
| Debtors<br>Debtors in Possession | |

PLEASE TAKE NOTICE that pursuant to LBR 9013-1(f), the Debtors in Possession, Guillermo Luis Calixtro and Tina Calixtro oppose the motion to convert or dismiss the case filed by the US Trustee for the reasons set forth herein.

PLEASE TAKE FURTHER NOTICE, that pursuant to LBR 9013-(f)(1) any reply to this opposition must be filed with the court and served on the opposing party not later than 7 days prior to the hearing on the motion.

Opposition to Motion to Dismiss or Convert        1

That subsequent to the filing of the Motion, the Debtors filed a supplemental 7 Day Package with the Office of the US Trustee on July 26th, 2010.

Debtors have complied with all of the requirements set forth in the motion, except the Debtors opened only 1 DIP account as they were told by the US Trustee's Office that they only needed one. The Debtors will request that the US Trustee's office confirm that in writing prior to the hearing.

WHEREFORE, Debtors respectfully request that this Court issue an Order denying the motion to dismiss or convert.

Dated: August 18, 2010

                                                _____/s/ Timothy F. Umbreit_____
                                                Timothy F. Umbreit
                                                [proposed] Attorney for the Debtors

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 4701 Cartwright Ave., Toluca Lake, CA 91602

A true and correct copy of the foregoing document described as Opposition to Motion to Dismiss or Convert will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 18, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Dare Law    dare.law@usdoj.gov
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Christopher M McDermott    ecfcacb@piteduncan.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On August 18, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _August 18, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Ernest M. Robles, Judge, United States Bankruptcy Court - Central District of California, Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Suite 1560 / Courtroom 1568, Los Angeles, CA 90012 (PERSONAL DELIVERY)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| Timothy F. Umbreit | /s/ Timothy F. Umbreit |
| *Date* August 18, 2010    *Type Name* | *Signature* |