PETER C. ANDERSON
UNITED STATES TRUSTEE
Dare Law, SBN 155714
Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa Street, 26th Floor
Los Angeles, California 90017
Telephone No. (213) 894-4925
Facsimile No. (213) 894-2603
e-mail: dare.law@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In Re<br><br>**GUILLERMO LUIS CALIXTRO and**<br>**TINA CALIXTRO**<br><br>Debtors. | Case Number **2:10-bk-33389 ER**<br><br>Chapter 11<br><br>LIMITED OBJECTION TO NOTICE OF INTENT TO SELL ESTATE PROPERTY; HEARING REQUESTED<br><br>Date: [NO HEARING SET]<br>Time:<br>Ctrm: 1568<br>255 E. Temple Street<br>Los Angeles, CA 90017 |

The United States Trustee files this limited objection to Debtors' motion to sell real estate located in Whittier, CA for the following reasons:

Debtors seek to pay $18,000 in real estate commissions to Hope Realty & Associates (listing broker) and Unidos & Associates (selling broker) but the listing broker has not been employed by the estate.

The Bankruptcy Code and Rules and the Local Rules required the listing broker to seek authority from the Court to represent the Debtors in possession during the Chapter 11 case and to be compensated from the estate. Section 328 limits compensation of professional persons. This

1

section states

(a) The trustee, or a committee appointed under section 1102 of this title, with the court's approval, may employ or authorize the employment of a professional person under section 327 or 1103 of this title, as the case may be, on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis. Notwithstanding such terms and conditions, the court may allow compensation different from the compensation provided under such terms and conditions after the conclusion of such employment, if such terms and conditions prove to have been improvident in light of developments not capable of being anticipated at the time of the fixing of such terms and conditions.

(b) If the court has authorized a trustee to serve as an attorney or accountant for the estate under section 327(d) of this title, the court may allow compensation for the trustee's services as such attorney or accountant only to the extent that the trustee performed services as attorney or accountant for the estate and not for performance of any of the trustee's duties that are generally performed by a trustee without the assistance of an attorney or accountant for the estate.

(c) Except as provided in section 327(c), 327(e), or 1107(b) of this title, the court may deny allowance of compensation for services and reimbursement of expenses of a professional person employed under section 327 or 1103 of this title if, at any time during such professional person's employment under section 327 or 1103 of this title, such professional person is not a disinterested person, or represents or holds an interest adverse to the interest of the estate with respect to the matter on which such professional person is employed.Section 327 provides, in pertinent part: Except as otherwise provided in this section, the trustee, with the court's approval, may employ one or more attorneys . . . that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title."

11 U.S.C. § 328.

Accordingly, the real estate broker may not be paid until such time as the employment application is approved by this Court.

For the foregoing reasons, the U.S. Trustee requests that this Court deny payment of any real estate broker fees until Court authorization is obtained approving employment of the broker.

Dated: August 18, 2010

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: /s/ Dare Law
Dare Law
Attorney for the U.S. Trustee

| In re: Guillermo Luis Calixtro & Tina Calixtro | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-33389 ER |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017

A true and correct copy of the foregoing document described  NOTICE OF MOTION AND MOTION TO CONVERT OR DISMISS CASE WITH AN ORDER DIRECTING PAYMENT OF QUARTERLY FEES AND JUDGMENT THEREON   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 19, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On   July 19, 2010   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on   July 19, 2010   I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed. **Upon filing I will be giving a filed document to a Court delivery service consistent with our normal business practice, with instruction to deliver the copy to the chamber bin outside Suite1560 for the Honorable Ernest L. Robles.**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 19, 2010 | Stephanie Hill | *Stephanie Hill* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: Guillermo Luis Calixtro & Tina Calixtro | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-33389 ER |

## ADDITIONAL SERVICE INFORMATION

### TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- Dare Law    dare.law@usdoj.gov
- Christopher M McDermott    ecfcacb@piteduncan.com
- Timothy F Umbreit    tim@timumbreit.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

### SERVED BY U.S. MAIL OR OVERNIGHT MAIL

**DEBTOR**
**Guillermo Luis Calixtro**
**Tina Calixtro**
9824 S. Hawkstone Ave
Whittier, CA 90605

**DEBTOR'S COUNSEL**
**Timothy F Umbreit**
4701 Cartwright Ave
Toluca Lake, CA 91602

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**