**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**4701 Cartwright Ave., Toluca Lake, CA 91602**

A true and correct copy of the foregoing document described as Motion to Avoid will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 31, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Dare Law: dare.law@usdoj.gov
United States Trustee (LA):  ustpregion16.la.ecf@usdoj.gov
Christopher M Mcdermott:  ecfcabc@piteduncan.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On August 31, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

TWENTY LARGEST CREDITORS

XX Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _August 30, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Ernest M. Robles, Judge, United States Bankruptcy Court - Central District of California, Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Suite 1560 / Courtroom 1568, Los Angeles, CA 90012 (PERSONAL DELIVERY)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Timothy F. Umbreit | | /s/ Timothy F. Umbreit |
|---|---|---|
| *Date*  August 31, 2010 | *Type Name* | *Signature* |

– 1 –
Proof of service Motion to Avoid Lien, etc. (Income property)

Countrywide Home Loans
Attn.: President or General Director
400 Countrywide Way
SV-36
Simi Valley, CA 93065

BAC Home Loans Servicing, LP
Attn.: President or General Director
1757 Tapo Canyon Road
Simi Valley, CA 93063
Mail Code SV46

BAC Home Loans Servicing, LP
Attn.: President or General Director
7105 Corporate Drive
Plano, TX 75024

Bank of America, N.A.
Attn.: Falena L. Bryden
PO BOX 26012
NC4-105-03-14
Greensboro, NC 27420

```
                    CH 11 Case No: 2:10-bk-33389-ER
            Debtor: Guillermo Luis Calixtro and Tina Calixtro
              SERVICE LIST FOR 20 LARGEST UNSECURED CREDITORS


ALFREDO LEON
5024 S VERMONT AVE
LOS ANGELES, CA 90237                KHIO YANG AND KEUM JA YANG
                                     828 ADELITA ST
BAC HOME LOANS SERVICING             MONTEBELLO, CA 90640
7105 CORPORATE DRIVE
PLANO, TX 75024                      KHIO YANG AND KEUM JA YANG
                                     3001 W. BEVERLY BLVD
BAC HOME LOANS SERVICING             MONTEBELLO, CA 90640
7105 CORPORATE DRIVE
PLANO, TX 75024                      MARTHA MENDEZ CAUDILLO
                                     SUPERIOR COURT OF CALIFORNIA
BAC HOME LOANS SERVICING             CASE # VC053324
7105 CORPORATE DRIVE                 12720 NORWALK BLVD
PLANO, TX 75024                      NORWALK, CA 90650

BANK OF AMERICA                      MUNDY MEDIA CORPORATION
PO BOX 15726                         3301 BARHAM BLVD, STE 100
WILMINGTON, DE 19886                 LOS ANGELES, CA 90068

BLANCA AVELAR                        OFFICE DEPOT CREDIT PLAN
12028 FOURTH AVENUE                  PO BOX 689020
LYNWOOD, CA 90262                    DES MOINES, IA 50368

CARDMEMBER SERVICE                   PABLO AND LAURA GARCIA
PO BOX 94014                         11216 MEADOWLARK LN
PALATINE, IL 60094                   BLOOMINGTON, CA 92316

CARDMEMBER SERVICE                   SEARS GOLD MASTER CARD
PO BOX 94014                         PO BOX 6282
PALATINE, IL 60094                   SIOUX FALLS, SD 57117

EDGARDO PAREDEZ                      TARGET NATIONAL BANK
10328 LESTERFORD AVE                 PO BOX 59317
DOWNEY, CA 90241                     MINNEAPOLIS, MN 55459

                                     TOMAS BARRALES
EMC MORTGAGE CORPORATION             1413 E. 53RD ST
PO BOX 660530                        LOS ANGELES, CA 90011
DALLAS, TX 75266
                                     WASHINGTON MUTUAL
                                     PO BOX 78065
                                     PHOENIX, AZ 85062
```

– 3 –

Proof of service Motion to Avoid Lien, etc. (Income property)