| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Timothy F. Umbreit    SBN 145932<br>4701 Cartwright Avenue<br>Toloca Lake, CA 91602<br>818-535-7381 (v)<br>818-334-5659 (f)<br>tim@timumbreit.com<br><br>*Attorney for* DEBTORS, DEBTORS IN POSSESSION | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: GUILLERMO LUIS CALIXTRO<br>TINA CALIXTRO | CHAPTER 11 |
|---|---|
| | CASE NUMBER 2:10-BK-33389-ER |
| | DATE: 9/29/10 |
| | TIME: 10:00 am |
| Debtor. | COURTROOM: 1568 |

## NOTICE OF MOTION FOR:

Order Valuing Collateral and Determining Secured Status of BAC Home Loans LP (1st Deed of Trust) and BAC Home Loans LP (2nd Deed of Trust) on real property located at 19830 E. Saddle Ridge Ln., Walnut, CA 91789

*(Specify name of Motion)*

1. TO: BAC Home Loans LP (1st Deed of Trust) and BAC Home Loans LP (2nd Deed of Trust)

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

| **Hearing Date:** 9/29/10 | **Time:** 10:00 am | **Courtroom:** 1568 | **Floor:** 15 |
|---|---|---|---|
| ☒ 255 East Temple Street, Los Angeles | | ☐ 411 West Fourth Street, Santa Ana | |
| ☐ 21041 Burbank Boulevard, Woodland Hills | | ☐ 1415 State Street, Santa Barbara | |
| ☐ 3420 Twelfth Street, Riverside | | | |

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the Judge's self-calendaring procedures.

Dated: 8/31/10

Timothy F. Umbreit  SBN 145932
*Law Firm Name*

By: _____/s/ Timothy F. Umbreit_____

Name: Timothy F. Umbreit  SBN 145932
*Attorney for Movant*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                    F 9013-1.1

Notice of Motion (with Hearing) - Page 2                                          F 9013-1.1

| In re GUILLERMO LUIS CALIXTRO<br>TINA CALIXTRO | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NO.: 2:10-BK-33389-ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4701 Cartwright Avenue, Toluca Lake, CA 91602

A true and correct copy of the foregoing document described as __Motion for Order valuing collateral and determining secured status on real property__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 8/31/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:
Dare Law   dare.law@usdoj.gov
United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 8/31/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 8/31/10 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Honorable Ernest M. Robles, Judge, United States Bankruptcy Court - Central District of California, Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Suite 1560 / Courtroom 1568, Los Angeles, CA 90012
(PERSONAL DELIVERY)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/31/10 | Timothy F. Umbreit  SBN 145932 | /s/ Timothy F. Umbreit |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                      F 9013-1.1

Notice of Motion (with Hearing) - *Page 3*     **F 9013-1.1**

| In re GUILLERMO LUIS CALIXTRO<br>TINA CALIXTRO | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NO.: 2:10-BK-33389-ER |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Countrywide Home Loans
Attn.: President or General Director
400 Countrywide Way
SV-36
Simi Valley, CA 93065

BAC Home Loans Servicing, LP
Attn.: President or General Director
1757 Tapo Canyon Road
Simi Valley, CA 93063
Mail Code SV46

BAC Home Loans Servicing, LP
Attn.: President or General Director
7105 Corporate Drive
Plano, TX 75024

Bank of America, N.A.
Attn.: Falena L. Bryden
PO BOX 26012
NC4-105-03-14
Greensboro, NC 27420


** Continue next page **

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009     **F 9013-1.1**

CH 11 Case No: 2:10-bk-33389-ER
Debtor: Guillermo Luis Calixtro and Tina Calixtro
SERVICE LIST FOR 20 LARGEST UNSECURED CREDITORS

ALFREDO LEON
5024 S VERMONT AVE
LOS ANGELES, CA 90237

BAC HOME LOANS SERVICING
7105 CORPORATE DRIVE
PLANO, TX 75024

BAC HOME LOANS SERVICING
7105 CORPORATE DRIVE
PLANO, TX 75024

BAC HOME LOANS SERVICING
7105 CORPORATE DRIVE
PLANO, TX 75024

BANK OF AMERICA
PO BOX 15726
WILMINGTON, DE 19886

BLANCA AVELAR
12028 FOURTH AVENUE
LYNWOOD, CA 90262

CARDMEMBER SERVICE
PO BOX 94014
PALATINE, IL 60094

CARDMEMBER SERVICE
PO BOX 94014
PALATINE, IL 60094

EDGARDO PAREDEZ
10328 LESTERFORD AVE
DOWNEY, CA 90241

EMC MORTGAGE CORPORATION
PO BOX 660530
DALLAS, TX 75266

KHIO YANG AND KEUM JA YANG
828 ADELITA ST
MONTEBELLO, CA 90640

KHIO YANG AND KEUM JA YANG
3001 W. BEVERLY BLVD
MONTEBELLO, CA 90640

MARTHA MENDEZ CAUDILLO
SUPERIOR COURT OF CALIFORNIA
CASE # VC053324
12720 NORWALK BLVD
NORWALK, CA 90650

MUNDY MEDIA CORPORATION
3301 BARHAM BLVD, STE 100
LOS ANGELES, CA 90068

OFFICE DEPOT CREDIT PLAN
PO BOX 689020
DES MOINES, IA 50368

PABLO AND LAURA GARCIA
11216 MEADOWLARK LN
BLOOMINGTON, CA 92316

SEARS GOLD MASTER CARD
PO BOX 6282
SIOUX FALLS, SD 57117

TARGET NATIONAL BANK
PO BOX 59317
MINNEAPOLIS, MN 55459

TOMAS BARRALES
1413 E. 53RD ST
LOS ANGELES, CA 90011

WASHINGTON MUTUAL
PO BOX 78065
PHOENIX, AZ 85062