**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**4701 Cartwright Ave., Toluca Lake, CA 91602**

A true and correct copy of the foregoing document described as Motion to Avoid will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 31, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Dare Law: dare.law@usdoj.gov
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
Christopher M McDermott: ecfcabc@piteduncan.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On August 31, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

TWENTY LARGEST CREDITORS

XX Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _August 30, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Ernest M. Robles, Judge, United States Bankruptcy Court - Central District of California, Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Suite 1560 / Courtroom 1568, Los Angeles, CA 90012 (PERSONAL DELIVERY)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Timothy F. Umbreit | | /s/ Timothy F. Umbreit |
|---|---|---|
| *Date*   *August 31, 2010* | *Type Name* | *Signature* |

– 1 –
Motion to Avoid Junior lien holder Bank of America, N.A. (Whittier Property)

| | |
|---|---|
| EMC Mortgage Company<br>Attn.:President or General Director<br>PO BOX 660753<br>Dallas, TX 75258 | BAC Home Loans Servicing, LP<br>Attn.: President or General Director<br>7105 Corporate Drive<br>Plano, TX 75024 |
| EMC Mortgage Corporation<br>Attn.: President or General Director<br>2780 lake Vista Dr.,<br>Lewisville, TX 75067 | Bank of America, N.A.<br>Attn.: Falena L. Bryden<br>PO BOX 26012<br>NC4-105-03-14<br>Greensboro, NC 27420 |
| EMC Mortgage Company<br>c/o Agent for Service of Process<br>C T Corporation System<br>818 W. 7th St<br>Los Angeles, CA 90017 | BANK OF AMERICA, N.A.<br>Attn.: Sam Rashid CA7-701-03-91<br>275 S. Valencia Ave<br>Brea, CA 92823 |
| EMC MORTGAGE CORPORATION<br>Attn.: Shery Edwards, Negotiator II<br>2780 Lsake Vista Dr<br>Lewisville, TX 75064 | BANK OF AMERICA, N.A.<br>Attn.: Falena L. Bryden<br>PO BOX 26012<br>NC4-105-03-14<br>Greenboro, NC 27420 |
| BAC Home Loans Servicing, LP<br>Attn.: President or General Director<br>1757 Tapo Canyon Road<br>Simi Valley, CA 93063<br>Mail Code SV46 | BANK OF AMERICA, N.A.<br>Attn.: Agent for Service of Process<br>CT Corporation System<br>818 West Seventh St<br>Los Angeles, CA 90017 |

CH 11 Case No: 2:10-bk-33389-ER
Debtor: Guillermo Luis Calixtro and Tina Calixtro
SERVICE LIST FOR 20 LARGEST UNSECURED CREDITORS

| | |
|---|---|
| ALFREDO LEON<br>5024 S VERMONT AVE<br>LOS ANGELES, CA 90237 | KHIO YANG AND KEUM JA YANG<br>828 ADELITA ST<br>MONTEBELLO, CA 90640 |
| BAC HOME LOANS SERVICING<br>7105 CORPORATE DRIVE<br>PLANO, TX 75024 | KHIO YANG AND KEUM JA YANG<br>3001 W. BEVERLY BLVD<br>MONTEBELLO, CA 90640 |
| BAC HOME LOANS SERVICING<br>7105 CORPORATE DRIVE<br>PLANO, TX 75024 | MARTHA MENDEZ CAUDILLO<br>SUPERIOR COURT OF CALIFORNIA<br>CASE # VC053324<br>12720 NORWALK BLVD<br>NORWALK, CA 90650 |
| BAC HOME LOANS SERVICING<br>7105 CORPORATE DRIVE<br>PLANO, TX 75024 | MUNDY MEDIA CORPORATION<br>3301 BARHAM BLVD, STE 100<br>LOS ANGELES, CA 90068 |
| BANK OF AMERICA<br>PO BOX 15726<br>WILMINGTON, DE 19886 | OFFICE DEPOT CREDIT PLAN<br>PO BOX 689020<br>DES MOINES, IA 50368 |
| BLANCA AVELAR<br>12028 FOURTH AVENUE<br>LYNWOOD, CA 90262 | PABLO AND LAURA GARCIA<br>11216 MEADOWLARK LN<br>BLOOMINGTON, CA 92316 |
| CARDMEMBER SERVICE<br>PO BOX 94014<br>PALATINE, IL 60094 | SEARS GOLD MASTER CARD<br>PO BOX 6282<br>SIOUX FALLS, SD 57117 |
| CARDMEMBER SERVICE<br>PO BOX 94014<br>PALATINE, IL 60094 | TARGET NATIONAL BANK<br>PO BOX 59317<br>MINNEAPOLIS, MN 55459 |
| EDGARDO PAREDEZ<br>10328 LESTERFORD AVE<br>DOWNEY, CA 90241 | TOMAS BARRALES<br>1413 E. 53RD ST<br>LOS ANGELES, CA 90011 |
| EMC MORTGAGE CORPORATION<br>PO BOX 660530<br>DALLAS, TX 75266 | WASHINGTON MUTUAL<br>PO BOX 78065<br>PHOENIX, AZ 85062 |

Motion to Avoid Junior lien holder Bank of America, N.A.  (Whittier Property)