Timothy F. Umbreit   SBN 145932
4701 Cartwright Ave
Toluca Lake, CA 91602

818-535-7381(v)
818-334-5659 (f)

tim@timumbreit.com

*[proposed] Attorney for: Guillermo Luis Calixtro and Tina Calixtro*
*Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>GUILLERMO LUIS CALIXTRO<br>TINA CALIXTRO<br><br>Debtors<br>Debtors in Possession | Case No.: 2:10-BK-33389-ER<br><br>The Honorable Judge Ernest Robles<br><br>Chapter 11<br><br>NOTICE OF APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION FOR AUTHORITY TO EMPLOY TIMOTHY F. UMBREIT AS COUNSEL TO THE DEBTOR<br><br>(No Hearing Required) |

**TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, ALL CREDITORS AND PARTIES IN INTEREST:**

Pursuant to 11 USC § 327(e) and FRBP 2014, LBR 2014-1, LBR 9013-1(o) and the Guidelines of the office of the United States Trustee, the Debtors, Guillermo Luis Calixtro and Tina Calixtro, applied for an Order authorizing the Debtor to employ Timothy F. Umbreit as attorney for the Debtors and Debtors in Possession (Attorney).

PLEASE TAKE NOTICE that LBR 9013-1(o)(1) requires that any response and request for a hearing concerning the Application must be filed with the court and served not later than fourteen (14) days from the date of service of this notice.

LBR 2014-1(b)(3):

(A) The identity of the professional and the purpose and scope for which he is being employed are

Timothy F. Umbreit [proposed] Attorney.

The Debtors require the services of Attorney to render the following types of professional services:

    a. To advise and assist the Debtors with respect to compliance with the requirements of the Office of the United States Trustee (UST);

    b. To advise the Debtors regarding bankruptcy law, including the rights and remedies of the Debtors in regard to her assets and to the claims of the creditors;

    c. To advise and assist the Debtors in compliance with their duties as Debtors and a Debtors in Possession under the bankruptcy Code and the applicable bankruptcy Rules;

    d. To advise and assist the Debtors in any proceedings or hearings in the Court and in any court where the Debtors' rights might be litigated or affected;

    e. To file any motions, applications or other pleadings appropriate to effectuate the reorganization of the Debtors;

    f. To advise and assist the Debtors in the negotiation, formulation, confirmation and implementation of the Plan;

    g. To advise and assist the Debtors in taking such other actions and perform such service as the Debtor may require.

(B) The Attorney seeks compensation pursuant to 11 USC § 328.

(C) The arrangements for compensation are:

The Debtors and Attorney have agreed, subject to the Court's approval, to the terms of Attorney's employment in this Case.  The terms of the agreement are set forth in the Retainer Agreement executed on August 16, 2010 (a copy of which is attached hereto as Exhibit A). Attorney has received $3,500 from the Debtors of which $3,500 is a non refundable retainer to cover all pre-petition services including the consultation, research, preparation of the bankruptcy petition and schedules, obtaining all documentation necessary to properly advise the Debtors and to formulate, at least as was then reasonably anticipated, a proposed plan of reorganization. Attorney agreed to bill his normal and customary hourly rate against the Initial Retainer of $325; the balance of the retainer was placed in Attorney's Trust Account and, subject to this Court's approval, to cover the post petition services outlined above.  Debtors propose to allow Attorney to "Draw Down" against the retainer on monthly basis, such amounts as are reasonably necessary to perform the services at the rate of $325 an hour, subject to the reporting requirements of the Code, Rules and the UST.

(D) A copy of the Application is available upon request to Timothy F. Umbreit, 4701 Cartwright Ave., Toluca Lake, CA 91602; telephone 818-535-7381; fax 818-334-5659; email tim@timumbreit.com.

Dated: September 1, 2010

_____/s/ Timothy F. Umbreit_____
Timothy F. Umbreit
[proposed] Attorney for the Debtors
Guillermo Calixtro
Tina Calixtro

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**4701 Cartwright Ave., Toluca Lake, CA 91602**

A true and correct copy of the foregoing document described as Notice of Application to Employ Timothy F. Umbreit as Attorney will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 1, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

US Trustee (LA) ustpregion16.wh.ecf@usdoj.gov
Dare Law dare.law@usdoj.gov
Christopher M McDermott ecfcacb@piteduncan.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On September 1, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

XX  Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _September 1, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable, Ernest Robles, 255 E. Temple St., Ste 1560, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 1, 2010 | Timothy F. Umbreit | /s/ Timothy F. Umbreit |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

CH 11 Case No: 2:10-bk-33389-ER
Debtor: Guillermo Luis Calixtro and Tina Calixtro
SERVICE LIST FOR 20 LARGEST UNSECURED CREDITORS

ALFREDO LEON
5024 S VERMONT AVE
LOS ANGELES, CA 90237

BAC HOME LOANS SERVICING
7105 CORPORATE DRIVE
PLANO, TX 75024

BAC HOME LOANS SERVICING
7105 CORPORATE DRIVE
PLANO, TX 75024

BAC HOME LOANS SERVICING
7105 CORPORATE DRIVE
PLANO, TX 75024

BANK OF AMERICA
PO BOX 15726
WILMINGTON, DE 19886

BLANCA AVELAR
12028 FOURTH AVENUE
LYNWOOD, CA 90262

CARDMEMBER SERVICE
PO BOX 94014
PALATINE, IL 60094

CARDMEMBER SERVICE
PO BOX 94014
PALATINE, IL 60094

EDGARDO PAREDEZ
10328 LESTERFORD AVE
DOWNEY, CA 90241

EMC MORTGAGE CORPORATION
PO BOX 660530
DALLAS, TX 75266

KHIO YANG AND KEUM JA YANG
828 ADELITA ST
MONTEBELLO, CA 90640

KHIO YANG AND KEUM JA YANG
3001 W. BEVERLY BLVD
MONTEBELLO, CA 90640

MARTHA MENDEZ CAUDILLO
SUPERIOR COURT OF CALIFORNIA
CASE # VC053324

| | |
|---|---|
| 1 | 12720 NORWALK BLVD<br>NORWALK, CA 90650 |
| 2 | MUNDY MEDIA CORPORATION<br>3301 BARHAM BLVD, STE 100 |
| 3 | LOS ANGELES, CA 90068 |
| 4 | OFFICE DEPOT CREDIT PLAN<br>PO BOX 689020<br>DES MOINES, IA 50368 |
| 5 | |
| 6 | PABLO AND LAURA GARCIA<br>11216 MEADOWLARK LN<br>BLOOMINGTON, CA 92316 |
| 7 | |
| 8 | SEARS GOLD MASTER CARD<br>PO BOX 6282<br>SIOUX FALLS, SD 57117 |
| 9 | TARGET NATIONAL BANK |
| 10 | PO BOX 59317<br>MINNEAPOLIS, MN 55459 |
| 11 | TOMAS BARRALES<br>1413 E. 53RD ST<br>LOS ANGELES, CA 90011 |
| 12 | |
| 13 | WASHINGTON MUTUAL<br>PO BOX 78065<br>PHOENIX, AZ 85062 |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |