Timothy F. Umbreit   SBN 145932
4701 Cartwright Avenue
Toluca Lake, CA 91602
818-535-7381 (v)
818-334-5659 (f)
tim@timumbreit.com
Attorney for Debtors Guillermo Luis Calixtro and Tina Calixtro

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| IN RE<br><br>GUILLERMO LUIS CALIXTRO<br>TINA CALIXTRO<br><br>Debtors | Chapter 11<br>Case No. 2:10-BK-33389-ER<br><br>**APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION FOR AUTHORITY TO EMPLOY REAL ESTATE BROKER HOPE REALTY & ASSOCIATES AS THE LISTING AGENT FOR THE ESTATE'S RESIDENTIAL PROPERTY AT 9824 S. HAWKSTONE AVENUE, WHITTIER, CA 90605 PROPERTY; DECLARATION AND EXHIBITS IN SUPPORT THEREOF**<br><br>[No Hearing Required Unless Requested; Local Rule 2014-1] |

Debtors, Guillermo Luis Calixtro and Tina Calixtro, Debtor and Debtors in Possession (hereinafter Debtor) hereby applies to this Court for an Order authorizing the employment of Real Estate Broker Hope Realty & Associates as the listing broker for the selling of the above subject real estate property.

This Application is made and based on upon the attached memorandum of Points and Authorities and the Declaration of Debtor Guillermo Luis Calixtro, and the real estate listing Ana Patricia Vargas-Bohe (the "Listing Agent") and upon any additional evidence both oral and documentary that may be presented to the Court at or before the hearing on this Application, if

any, should be held on this Application.

In support to this Application Debtor respectfully represents as follows:

1.- On June 1, 2010 Debtor signed a listing agreement with listing agent Hope Realty & Associates (the "Broker") and Ana Patricia Vargas-Bohe (the "Listing Agent") to sell the real property at 9824 S. Hawkstone Ave., Whittier, CA 90605 and the listing price is $300,000.00. This is a Shortsale transaction.

2.- On June 9, 2010 Debtor filed for relief under Chapter 11 of the United States Bankruptcy Code.

3.- The Debtor estate includes an interest in certain residential real property commonly described as 9824 S. Hawkstone Avenue, Whittier, California 90605. (the "Property").

4.- As part of the Debtor plan of reorganization, Debtor intends to sell the Property free and clear.

5.- Debtor requires the professional assistance and representation of a real estate broker, and in this case the assistance of a listing agent to complete the transaction, and to complete the necessary and proper documentation.

6.- Debtor desires to retain the real estate brokerage services of Hope Realty & Associates (the "Broker"), through its agents Ana Patricia Vargas-Bohe (the "Listing Agent"), 9425 telegraph Rd # 112, Pico Rivera, CA 90660.

7.- To the best of the Debtor's knowledge and based on the Declarations of the Listing Agent included herewith and the Statements of Disinterestedness For Employment of Professional Person Under Bankruptcy Rule 2014 attached hereto as Exhibit "A" and which is incorporated herein by this reference, neither Broker, nor any of its associates or employees, represent any interest adverse to the Debtor estate in the matters on which it is to be retained, and its principals, licensees, agents, associates and employees are disinterested persons under Section 101(14) of the Bankruptcy Code.

8.- Debtor desires to employ Broker with reasonable and custom fees paid on a commission basis, subject to determination by the Court, with such commission no to exceed six percent (6%) of the gross selling price of the Property.

9.- Debtor, Broker and Listing Agent understand and agree and affirm that no compensation shall be paid except upon application to and approval by the Court of the terms and conditions of the sale of the Property after notice to all creditor, which then shall be paid out of escrow at closing without further order of this Court.

10.- The employment would be in the best interest of this estate.

11.- Debtor has served Notice of this Application on all interested parties, a copy of which is attached hereto as Exhibit "B".

WHEREFORE, Debtor respectfully requests that the Court approve the Debtor's employment of Hope Realty and Associates as his real estate broker to render services as described herein under an exclusive listing agreement for a period ending on January 21, 2011 thereafter unless otherwise extended; and to grant Debtor authority to sell the property subject to approval by the Court of the terms and conditions of its sale following notice to all interested parties of Debtor' motion to sell; and for payment of such compensation of Broker as the Court may then determine and allow; and, upon entry of an order approving Debtor's Motion to sell the property for such commission to be paid out of escrow upon consummation of the sale of the Property without further order of the Court,

Dated:  September  12, 2010

                                                ___/s/ Timothy F. Umbreit_____
                                                Timothy F. Umbreit
                                                Attorney for the Debtor

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**4701 Cartwright Ave., Toluca Lake, CA 91602**

A true and correct copy of the foregoing document described as <u>APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION FOR AUTHORITY TO EMPLOY REAL ESTATE BROKER HOPE REALTY & ASSOCIATES AS THE LISTING AGENT FOR THE ESTATE'S RESIDENTIAL PROPERTY AT 9824 S. HAWKSTONE AVENUE, WHITTIER, CA 90605 PROPERTY; DECLARATION AND EXHIBITS IN SUPPORT THEREOF</u> be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On , September 12  2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Dare Law: dare.law@usdoj.gov
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
Christopher M McDermott: ecfcabc@piteduncan.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   September 12   2010    I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**All creditors**

XX Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  September 12  , 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Honorable Ernest M. Robles, Judge, United States Bankruptcy Court - Central District of California, Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Suite 1560 / Courtroom 1568, Los Angeles, CA 90012 (PERSONAL DELIVERY)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 12, 2010 | Timothy F. Umbreit | /s/ Timothy F. Umbreit |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

```
Label Matrix for local noticing          Los Angeles Division                  ADT Security Service, Inc.
0973-2                                    255 East Temple Street,               PO Box 371956
Case 2:10-bk-33389-ER                     Los Angeles, CA 90012-3332            Pittsburgh, PA 15250-7956
Central District Of California
Los Angeles
Thu Sep  9 14:45:07 PDT 2010

ALFREDO LEON                              ALLEN AND ASSOCIATES                 ALLIED INTERNATION CREDIT
5024 S VERMONT AVE                        147 WILLIS AVENUE                    100 EAST SHORE DRVIE 3RD FL
LOS ANGELES CA 90037-2908                 MINEOLA NY 11501-2634                GLEN ALLEN VA  23059


ALLIEDINTERSTATE                          APEX FINANCIAL MANAGEMENT LLC        ARROW FINANCIAL SERVICES LLC
3000 CORPORATE EXCHANGE DR                PO BOX 2189                          21031 NETWORK PLACE
5TH FLOOR                                 NORTHBROOK IL 60065-2189             CHICAGO IL 60678-0001
COLUMBUS OH 43231-7723


ASPIRE                                    ASSET ACCEPTANCE LLC                 ASSET MANAGEMENT PROFESSIONALS LLC
PO BOX 23007                              PO BOX 2036                          PO BOX 2824
COLUMBUS GA 31902-3007                    WARREN MI 48090-2036                 WOODSTOCK GA 30188-1386


ASSET MANGEMENT PROFESSIONALS             ASSOCIATED RECOVERY SYSTEMS          ASSOCIATED RECOVERY SYSTEMS
PO BOX 2824                               PO BOX 1259                          PO BOX 469046
WOODSTOCK GA 30188-1386                   OAKS PA 19456-1259                   ESCONDIDO CA  92046-9046


American Infosource Lp As Agent for       BAC HOME LOAN SERVICING              BAC HOME LOANS SERVICING
T Mobile/T-Mobile USA Inc                 PO BOX 515504                        7105 CORPORATE DRIVE
PO Box 248848                             LOS ANGELES CA 90051-6804            PLANO TX 75024-4100
Oklahoma City, OK  73124-8848


BANANA REPUBLIC                           BANK OF AMERICA                      BANK OF AMERICA
PO BOX 530942                             PO BOX 15726                         PO BOX 301200
ATLANTA GA 30353-0942                     WILMINGTON DE 19886-5726             LOS ANGELES CA 90030-1200


BETTER BUSINESS BUREAU                    BLANCA AVELAR                        Bank of America, N.A.
MEMBERSHIP ACCOUNTING                     12028 FOURTH AVENUE                  PO Box 26012
PO BOX 970                                LYNWOOD CA 90262-4521                NC4-105-03-14
COLTON CA 92324-0814                                                           Greensboro, NC 27420-6012


CALIFORNIA EMPIRE FIANCIAL GROUP          CALIFORNIA STATE ELEVATOR CO INC     CALIFORNIA WATER SERVICE CO
9879 FOOTHILL BLV                         4208 WILLIMET STREET                 3316 WEST BEVERLY BLVD
RANCHO CUCAMONGA CA 91730-3682            LOS ANGELES CA 90039-1282            MONTEBELLO CA 90640-1537


CAPITAL MANAGEMENT SERVICES LP            CAPITAL ONE BANK                     CAPITAL ONE BANK
726 EXCHANGE ST                           C/O THE BRACHFELD LAW GROUP          PO BOX 60599
SUITE 700                                 20300 S VERMONT AVE STE 120          CITY OF INDUSTRY CA 91716-0599
BUFFALO NY 14210-1464                     TORRANCE CA 90502-1349
```

| | | |
|---|---|---|
| CAPITAL ONE BANK USA<br>PO BOX 60024<br>CITY OF INDUSTRY CA 91716-0024 | CAPITAL ONE BANK USA<br>PO BOX 60599<br>CITY OF INDUSTRY CA 91716-0599 | CARDMEMBER SERVICE<br>PO BOX 94014<br>PALATINE IL 60094-4014 |
| CBCS<br>PO BOX 163250<br>COLUMBUS OH 43216-3250 | CBEYOND<br>FILED 50326<br>LOS ANGELES CA 90074-0001 | CHASE<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 |
| CHEVRON TEXACO<br>PO BOX 530950<br>ATLANTA GA 30353-0950 | CIRCUIT CITY<br>PO BOX 94011<br>PALATINE IL 60094-4011 | CISCO INC<br>PO BOX 801088<br>HOUSTON TX 77280-1088 |
| CITI<br>PO BOX 6286<br>SIOUX FALLS SD 57117-6286 | CLIENT SERVICES INC<br>3451 HARRY TRUMAN BLVD<br>SAINT CHARLES MO 63301-9816 | CMRE FINANCIAL SERVICES<br>3075 IMPERIAL HWY<br>STE 200<br>BREA CA 92821-6753 |
| (c)COUNTRYWIDE HOME LOANS<br>400 NATIONAL WAY<br>SIMI VALLEY CA 93065-6414 | COUNTRYWIDE HOME LOANS<br>AGENT FOR SERVICE OF PROCESS<br>CT CORPORATION SYSTEM<br>818 WEST SEVENTH ST<br>LOS ANGELES CA 90017-3407 | COUNTRYWIFDE HOME LOANS<br>5401 NORTH BEACH ST<br>FORT WORTH TX 76137-2733 |
| CREDITORS INTERCHANGE<br>80 HOLTZ DRIVE<br>BUFFALO NY 14225-1470 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 |
| DEPARTMENT STORES NATIONAL BANK<br>NCO FINANCIAL SERVICES<br>PO BOX 137<br>COLUMBUS GA 31902-0137 | DIRECTV<br>PO BOX 78626<br>PHOENIX AZ 85062-8626 | DISCOVER CARD<br>PO BOX 6103<br>CAROL STREAM IL 60197-6103 |
| Department Stores National Bank/Macy's<br>Nco Financial Systems, Inc.<br>PO Box 4275<br>Norcross, GA 30091-4275 | Department Stores National Bank/Visa<br>Nco Financial Systems, Inc.<br>PO Box 4275<br>Norcross, GA 30091-4275 | EDGARDO PAREDEZ<br>10328 LESTERFORD AVE<br>DOWNEY CA 90241-3019 |
| EMC MORTGAGE CORPORATION<br>PO BOX 660530<br>DALLAS TX 75266 | EMC Mortgage Corp<br>PO Box 293150<br>Lewisville TX 75029-3150 | ENCHANCED RECOVERY CORPORATION<br>8014 BAYBERRY RD<br>JACKSONVILLE FL 32256-7412 |
| ENCORE RECEIVABLE<br>PO BOX 47248<br>OAK PARK MI 48237-4948 | EQUIFAX CREDIT INFORMATION<br>BANKRUPTCY NOTIFICATION<br>PO BOX 740241<br>ATLANTA GA 30374-0241 | EXPERIAN<br>BANKRUPTCY NOTIFICATION<br>475 ANTON BLVD<br>COSTA MESA CA 92626-7037 |

```
FINANCIAL RECOVERY SERVICES        FIRST DATA                         FIRST DATA MERCHANT SERVICES
PO BOX 385908                      PO BOX 173845                      FIRST DATA GLOBAL LEASING
MINNEAPOLIS MN 55438-5908          DENVER CO 80217-3845               PO BOX 407092
                                                                      FORT LAUDERDALE FL 33340-7092


FMS INVESTMENT CORP                FREDERICK J HANNA AND ASSOCIATES   GC SERVICES LIMITED PARTHNERSHIP
PO BOX 681515                      ATTORNEY AT LAW                    COLLECTION AGENCY DIVISION
SCHAUMBURG IL 60168-1515           1427 ROSWELL ROAD                  6330 GULFTON
                                   MARIETTA GA 30062-3668             HOUSTON TX 77081-1108


GC SERVICES LIMITED PARTNERSHIP    GE CONSUMER FINANCIAL              GE MONEY BANK
PO BOX 2667                        PO BOX 960061                      PO BOX 530950
HOUSTON TX 77252-2667              ORLANDO FL 32896-0061              ATLANTA GA 30353-0950


GE MONEY BANK                      GLOBAL CREDIT AND COLLECTION       GLOBAL CREDIT AND COLLECTION CORP
PO BOX 960061                      300 INTERNATIONAL DR               300 INTERNATIONAL DRIVE
ORLANDO FL 32896-0061              PMB  10015                         PMB  10015
                                   WILLIAMSVILLE NY 14221-5781        BUFFALO NY 14221-5781


GUILLERMO LUIS CALIXTRO            HOLLANDER LAW OFFICES LLC          HOME DEPOT CREDIT SERVICES
9824 S HAWKSTONE AVENUE            PO BOX 105836                      PO BOX 6028
WHITTIER CA 90605-2840             ATLANTA GA 30348-5836              THE LAKES NV 88901-6028


HSBC                               HSBC                               HSBC Retail Services
ATTN BANKRUPTCY                    PO BOX 60102                       PO Box 5264
PO BOX 5253                        CITY OF INDUSTRY CA 91716-0102     Carol Stream  IL 60197-5264
CAROL STREAM IL 60197-5253


IC SYSTEM INC                      INTEGRITY FINANCIAL PARTNERS INC   INTERCOMM EMERG MEDICAL GROUP
444 HIGHWAY 96 EAST                PO BOX 11530                       PO BOX 4 419
SAINT PAUL MN 55127-2557           OVERLAND PARK KS 66207-4230        WOODLAND HILLS CA 91365-4419


INTERINSURANCE EXCHANGE OF THE AAA INTERNAL REVENUE SERVICE           JC PENNEY
PO BOX 5459                        ATTIC BANKRUPTCY DEPARTMENT        PO BOX 960001
DIAMOND BAR CA  91765              STOP 5117                          ORLANDO FL 32896-0001
                                   300 N LOS ANGELES STREET
                                   LOS ANGELES CA 90012-3481


JC PENNEY                          JERRY MALONA                       JUNIPER
PO BOX 960090                      1884 PINNACLE WAY                  PO BOX 13337
ORLANDO FL 32896-0090              UPLAND CA 91784-9226               PHILADELPHIA PA 19101-3337


Juana Parisi                       KHIO YANG AND KEUM JA YANG         KHIO YANG AND KEUM JA YANG
2633 Monmouth Ave                  3001 W BEVERLY BLVD                828 ADELITA ST
Los Angeles  CA 90007-2306         MONTEBELLO CA 90640-2255           MONTEBELLO CA 90640-2505
```

| | | |
|---|---|---|
| LA County Treasurer and<br>Tax Collector<br>PO Box 54110<br>Los Angeles  cA 90054-0110 | LAURENCE JAY FEINBERG<br>ATTORNEY AT LAW<br>18075 VENTURA BLVD<br>STE 219<br>ENCINO CA 91316-3517 | LAW OFFICE OF DAVID SEAN DUFEK<br>ATTORNEY AT LAW<br>2665 CAMINO DEL RIO NORTH<br>STE 110<br>SAN DIEGO CA  92108 |
| LAW OFFICE ROY L LANDERS<br>7840 MISSION CENTRE COURT<br>STE 101<br>SAN DIEGO CA 92108-1393 | LAW OFFICES OF DAVIS SHEDRICK 0<br>300 S GRAND AVE FL 4<br>LOS ANGELES CA 90071-3109 | LAW OFFICES OF ED OVERCASH LLC<br>33 VILLA ROAD<br>STE 401<br>GREENVILLE SC 29615-3037 |
| LAW OFFICES OF MITCHELL N KAY PC<br>7 PENN PLAZA<br>NEW YORK NY 10001-3967 | LAW OFFICES OF PATENAUDE AND FELIX<br>A PROFESSIONAL LAW CORPORATION<br>4 4 4 5 MURPHY CANYON RD<br>3RD FLOOR<br>SAN DIEGO CA  92123 | LEADING EDGE<br>RECOVERY SOLUTIONS<br>PO BOX 12 9<br>LINDEN MI 48451-0129 |
| LOS ANGELES COUNTY TREASURER<br>AND TAX COLLECTOR<br>PO BOX 5 4110<br>LOS ANGELES CA 90054-0110 | LOS OLIVOS HOA<br>ASYST DATA GROUP<br>PO BOX 15544<br>SANTA ANA CA 92735-0544 | LTD FINANCIAL SERVICES<br>PO BOX 630788<br>HOUSTON TX 77263-0788 |
| MACYS<br>PO BOX 68 9195<br>DES MOINES IA 50368-9195 | MACYS VISA<br>PO BOX 68 9194<br>DES MOINES IA 50368-9194 | MARTHA MENDEZ CAUDILLO<br>SUPERIOR COURT OF CALIFORNIA<br>CASE  VC053324<br>12720 NORWALK BLVD<br>NORWALK CA 90650-3169 |
| MCCARTHY BURGUERSS AND WOLFF<br>26000 CANNON ROAD<br>CLEVELAND OH 44146-1807 | MCM<br>DEPT  12421<br>PO BOX 603<br>OAKS PA 19456-0603 | MIDLAND CREDIT MANAGEMENT<br>PO BOX 60578<br>LOS ANGELES CA 90060-0578 |
| MORGAN AND ASSOCIATES<br>A PROFESSIONAL CORPORATION<br>ATTORNEYS AND COUNSELORS AT LAW<br>2601 N W EXPRESS WAY STE 205 EAS<br>OKLAHOMA CITY OK 73112-7272 | MRS ASSOCIATES INC<br>19830 OLNEY AVE<br>CHERRY HILL NJ  08003 | MUNDY MEDIA CORPORATION<br>3301 BARHAM BLVD STE 100<br>LOS ANGELES CA 90068-1477 |
| NATIONAL CREDIT ADJUSTERS<br>PO BOX 3023<br>HUTCHINSON KS 67504-3023 | NATIONAL ENTERPRISE SYSTEMS<br>2 9125 SOLON RD<br>SOLON OH 44139-3442 | NATIONWIDE CREDIT INC<br>PO BOX 740640<br>ATLANTA GA 30374-0640 |
| NCC BUSINESS SERVICES INC<br>PO BOX 24739<br>JACKSONVILLE FL 32241-4739 | NCO FINANCIAL SYSTEM INC<br>PO BOX 15889<br>WILMINGTON DE 19850-5889 | NCO FINANCIAL SYSTEMS<br>PO BOX 15773<br>WILMINGTON DE 19850-5773 |
| NCO FINANCIAL SYSTEMS INC<br>PO BOX 15894<br>WILMINGTON DE 19850-5894 | NORTHLAND GROUP INC<br>PO BOX 390846<br>MINNEAPOLIS MN 55439-0846 | NORTHSTAR LOCATION SERVICES LLC<br>ATTN FINANCIAL SERVICES DEPT<br>4285 GENESES ST<br>CHEEKTOWA NY 14225-1943 |

| | | |
|---|---|---|
| NORTHSTAR LOCATION SERVICES LLC<br>ATTN FINANCIAL SERVICES DEPT<br>PO BOX 2157<br>WILLIAMSVILLE NY 14231-2157 | OFFICE DEPOT CREDIT PLAN<br>PO BOX 689020<br>DES MOINES IA 50368-9020 | OMS/ OXFORD MANAGEMENT SERVICES<br>PO BOX 19 91<br>SOUTHGATE MI 48195-0991 |
| PABLO AND LAURA GARCIA<br>11216 MEADOWLARK LN<br>BLOOMINGTON CA 92316-3266 | PLAZA RECOVERY ASSOCIATES<br>PO BOX 18008<br>HAUPPAUGE NY 11788-8808 | PROFESSIONAL BUREAU OF COLLECTIONS<br>PO BOX 628<br>ELK GROVE CA 95759-0628 |
| PROVIDIAN BANK<br>C/0 MCM<br>DEPT  12421<br>PO BOX 603<br>OAKS PA 19456-0603 | (p)CHASE CARD SERVICES<br>201 NORTH WALNUT STREET<br>ATTN MARK PASCALE<br>MAIL STOP DE1-1406<br>WILMINGTON DE 19801-2920 | Pharia L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| QUEST DIAGNOSTICS<br>PO BOX 7400<br>PASADENA CA 91109-7400 | RECONTRUST COMPANY<br>1757 TAPO CANYON RD SVW-88<br>TSN 08-0057985<br>SIMI VALLEY CA 93063-3391 | REDLINE RECOVERY SERVICES<br>1145 SANCTUARY PRKWY STE 350<br>ALPHARETTA GA 30009-4756 |
| REDLINE RECOVERY SERVICES LLC<br>PO BOX 1022<br>FORT MILL SC 29716-1022 | ROBINSONS-MAY<br>750 W 7TH ST<br>LOS ANGELES CA 90017-3700 | SALVADOR HERNANDEZ<br>2634 W PALAIS RD<br>ANAHEIM CA 92804-5131 |
| SAMS CLUB<br>ATTENTION BANKRUPTCY DEPARTMENT<br>PO BOX 103104<br>ROSWELL GA 30076-9104 | SEARS GOLD MASTER CARD<br>PO BOX 6282<br>SIOUX FALLS SD 57117-6282 | SECURITY CREDIT SERVICES LLC<br>C/0 LEADING EDGE RECOVERY SOL<br>5440 N CUMBERLAND AVE STE 300<br>CHICAGO IL 60656-1486 |
| SKO BRENNER AMERICAN INC<br>PO BOX 230<br>FARMINGDALE NY 11735-0230 | STAPLES CREDIT PLAN<br>PO BOX 689020<br>DES MOINES IA 50368-9020 | SUPERIOR ASSET MANAGEMENT INC<br>PO BOX 468089<br>ATLANTA GA 31146-8089 |
| Southern California Edison<br>PO Box 300<br>Rosemead, CA 91770-0300 | T-MOBIL<br>PO BOX 742596<br>CINCINNATI OH 45274-2596 | TARGET NATIONAL BANK<br>PO BOX 59317<br>MINNEAPOLIS MN 55459-0317 |
| TELEPACIFIC COMMUNICATIONS<br>PO BOX 526015<br>SACRAMENTO CA 95852-6015 | TERMINIX INTERNATIONAL<br>727 ARROW GRAND CIRCLE<br>COVINA CA 91722-2148 | THE BRACHFIELD LAW GROUP<br>880 APOLLO ST STE 155<br>EL SEGUNDO CA 90245-4783 |
| THE LIMITED<br>PO BOX 659728<br>SAN ANTONIO TX 78265-9728 | THOMSON WEST<br>610 OPPERMAN DRIVE<br>EAGAN MN 55123-1340 | TINA CALIXTRO<br>9824 S HAWKSTONE AVENUE<br>WHITTIER CA 90605-2840 |

```
(p)TOYOTA MOTOR CREDIT CORPORATION      TRANS UNION CREDIT BUREAU           Target National Bank
PO BOX 8026                              BANKRUPTCY NOTIFICATION             C O WEINSTEIN AND RILEY, PS
CEDAR RAPIDS IA 52408-8026               PO BOX 2000                         2001 WESTERN AVENUE, STE 400
                                         CHESTER PA 19016-2000               SEATTLE, WA 98121-3132


Tomas Barrales                           Toyota Motor Credit Corporation     UNITED RECOVERY SYSTEMS LP
1413 E 53rd St                           3200 West Ray Road                  PO BOX 722929
Los Angeles  CA 90011-4905               Chandler, AZ 85226-2450             HOUSTON TX 77272-2929


UNIVERSAL FIDELITY LP                    US Trustee (LA)                     USC CASRE MEDICAL GROUP INC
PO BOX 941911                            DARE LAW                            FILE 749303
HOUSTON TX 77094-8911                    725 S Figueroa St 26th FL           LOS ANGELES CA 90074-0001
                                         Los Angeles  CA 90017-5524


United States Trustee (LA)               VALENTINE AND KEBARTAS INC          VAN RU CREDIT CORPORATION
725 S Figueroa St., 26th Floor           PO BOX 325                          PO BOX 46549
Los Angeles, CA 90017-5524               LAWRENCE MA 01842-0625              CHICAGO IL 60646-0549


VICTORIA SECRET                          VICTORIAS SECRET                    VISION FINANCIAL CORP
PO BOX 659728                            PO BOX 659728                       PO BOX 900
SAN ANTONIO TX 78265-9728                SAN ANTONIO TX 78265-9728           PURCHASE NY 10577-0900


WILSHIRE CREDIT CORP                     Washington Mutual                   Timothy F Umbreit
2141 5TH AVE                             PO Box 78065                        Timothy F Umbreit
SAN DIEGO CA 92101-2101                  Phoenix, AZ 85062-8065              4701 Cartwright Ave
                                                                             Toluca Lake, CA 91602-1411
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
PROVIDIAN BANK                           TOYOTA FINANCIAL SERVICES
PO BOX 660433                            PO BOX 60114
DALLAS TX  75266                         CITY OF INDUSTRY CA  91716
```

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
COUNTRYWIDE HOME LOANS
400 COUNTRYWIDE WAY  SV-35
SIMI VALLEY CA  93065
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(d)T-Mobil
PO Box 742596
Cincinnati, OH 45274-2596

(d)Guillermo Luis Calixtro
9824 S. Hawkstone Ave
Whittier, CA 90605-2840

(d)Tina Calixtro
9824 S. Hawkstone Ave
Whittier, CA 90605-2840

End of Label Matrix
Mailable recipients    167
Bypassed recipients      4
Total                  171