Timothy F. Umbreit    SBN 145932
4701 Cartwright Avenue
Toluca Lake, CA 91602
818-535-7381 (v)
818-334-5659 (f)
tim@timumbreit.com
Attorney for Debtors Guillermo Luis Calixtro and Tina Calixtro

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| *IN RE* | ) Chapter 11 |
| | ) Case No. 2:10-BK-33389-ER |
| | ) |
| | ) **DEBTOR NOTICE OF APPPLICATION** |
| | ) **TO EMPLOY REAL ESTATE BROKER** |
| GUILLERMO LUIS CALIXTRO | ) **FOR THE RESIDENTIAL PROPERTY** |
| TINA CALIXTRO | ) **AT 9824 S. HAWKSTONE AVENUE,** |
| | ) **WHITTIER, CA 90605 PROPERTY;** |
| | ) **DECLARATION AND EXHIBITS IN** |
| | ) **SUPPORT THEREOF** |
| | ) |
| | ) [No Hearing Required Unless Requested; |
| Debtors | ) Local Rule 2014-1] |
| | ) |
| | ) |
| | ) |
| | ) |

TO THE HONORABLE ENERST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES TRUSTEE, AND ALL CREDITORS AND OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that Debtors, Guillermo Luis Calixtro and Tina Calixtro, Debtor and Debtors in Possession (hereinafter Debtor) have filed an Application seeking authority to employ Hope Realty & Associates through its agent Ana Patricia Vargas Bohe, 9425 telegraph Rd # 112, Pico Rivera, CA 90660 for the express purpose of selling the estate interest in the Debtor's residential real property located at 9824 S. Hawkstone Avenue, Whittier,

California 90605 (the "Property").

The Application provides for a broker's commission of six percent (6%) tp bre split between Hope Realty & Associates and the buyer's broker.

A copy of the Application can be obtained from the Debtor's attorney at the address in the upper left hand corner of the first page in this Notice.

PLEASE TAKE FURTHER NOTICE that Local Bankruptcy Rule 2014-1(b)(3)(E) requires that anyone wishing to respond or object to the Application must, within fourteen (14) days of the date of this Notice, file with the Bankruptcy court (255 E. Temple Street, Ninth Floor, Los Angeles, California 90012) serve upon (1) Debtor  at the address in the upper left hand corner of the first page of this Notice; (ii) Debtor's attorney at the address in the upper left hand corner of the first page of this Notice (iii) Office of the United States Trustee, 725 South Figueroa Street, Twenty-Sixth Floor, Los Angeles, California 90017, a request for a hearing and a written response in the form required by Local Bankruptcy Rule 9013-1(f)(1). A Hearing will then be set and noticed.

Any objection not timely filed and served may be deemed by the Court to be consent to the relief requested and may result in the Court' issuance of an order without further notice or hearing.

Date:_____


                           /s/ Timothy F. Umbreit          .
                           Thimoty F. Umbreit,
                           Attorney for Debtor

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**4701 Cartwright Ave., Toluca Lake, CA 91602**

A true and correct copy of the foregoing document described as DEBTOR NOTICE OF APPLICATION TO EMPLOY REAL ESTATE BROKER FOR THE RESIDENTIAL  PROPERTY AT 9824 S. HAWKSTONE AVENUE, WHITTIER, CA 90605 PROPERTY; DECLARATION AND EXHIBITS IN SUPPORT THEREOF  be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  , September 12    2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Dare Law: dare.law@usdoj.gov
United States Trustee (LA):  ustpregion16.la.ecf@usdoj.gov
Christopher M McDermott:  ecfcabc@pitedduncan.com

☐  Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On  September 12    2010    I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**All creditors**

XX  Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  September 12    , 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Ernest M. Robles, Judge, United States Bankruptcy Court - Central District of California, Edward R. Royal Federal Building and Courthouse, 255 E. Temple Street, Suite 1560 / Courtroom 1568, Los Angeles, CA 90012 (PERSONAL DELIVERY)

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 12 , 2010 | Timothy F. Umbreit | /s/ Timothy F. Umbreit |
|---|---|---|
| Date | Type Name | Signature |

Label Matrix for local noticing
0973-2
Case 2:10-bk-33389-ER
Central District Of California
Los Angeles
Thu Sep  9 14:45:07 PDT 2010

Los Angeles Division
255 East Temple street,
Los Angeles, CA 90012-3332

ADT security service, Inc.
PO Box 371956
Pittsburgh, PA 15250-7956

ALFREDO LEON
5024 S VERMONT AVE
LOS ANGELES CA 90037-2908

ALLEN AND ASSOCIATES
147 WILLIS AVENUE
MINEOLA NY 11501-2634

ALLIED INTERNATION CREDIT
100 EAST SHORE DRVIE 3RD FL
GLEN ALLEN VA  23059

ALLIEDINTERSTATE
3000 CORPORATE EXCHANGE DR
5TH FLOOR
COLUMBUS OH 43231-7723

APEX FINANCIAL MANAGEMENT LLC
PO BOX 2189
NORTHBROOK IL 60065-2189

ARROW FINANCIAL SERVICES LLC
21031 NETWORK PLACE
CHICAGO IL 60678-0001

ASPIRE
PO BOX 23007
COLUMBUS GA 31902-3007

ASSET ACCEPTANCE LLC
PO BOX 2036
WARREN MI 48090-2036

ASSET MANAGEMENT PROFESSIONALS LLC
PO BOX 2824
WOODSTOCK GA 30188-1386

ASSET MANGEMENT PROFESSIONALS
PO BOX 2824
WOODSTOCK GA 30188-1386

ASSOCIATED RECOVERY SYSTEMS
PO BOX 1259
OAKS PA 19456-1259

ASSOCIATED RECOVERY SYSTEMS
PO BOX 469046
ESCONDIDO CA  92046-9046

American Infosource Lp As Agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK  73124-8848

BAC HOME LOAN SERVICING
PO BOX 515504
LOS ANGELES CA 90051-6804

BAC HOME LOANS SERVICING
7105 CORPORATE DRIVE
PLANO TX 75024-4100

BANANA REPUBLIC
PO BOX 530942
ATLANTA GA 30353-0942

BANK OF AMERICA
PO BOX 15726
WILMINGTON DE 19886-5726

BANK OF AMERICA
PO BOX 301200
LOS ANGELES CA 90030-1200

BETTER BUSINESS BUREAU
MEMBERSHIP ACCOUNTING
PO BOX 970
COLTON CA 92324-0814

BLANCA AVELAR
12028 FOURTH AVENUE
LYNWOOD CA 90262-4521

Bank of America, N.A.
PO Box 26012
NC4-105-03-14
Greensboro, NC 27420-6012

CALIFORNIA EMPIRE FIANCIAL GROUP
9879 FOOTHILL BLV
RANCHO CUCAMONGA CA 91730-3682

CALIFORNIA STATE ELEVATOR CO INC
4208 WILLIMET STREET
LOS ANGELES CA 90039-1282

CALIFORNIA WATER SERVICE CO
3316 WEST BEVERLY BLVD
MONTEBELLO CA 90640-1537

CAPITAL MANAGEMENT SERVICES LP
726 EXCHANGE ST
SUITE 700
BUFFALO NY 14210-1464

CAPITAL ONE BANK
C/O THE BRACHFELD LAW GROUP
20300 S VERMONT AVE STE 120
TORRANCE CA 90502-1349

CAPITAL ONE BANK
PO BOX 60599
CITY OF INDUSTRY CA 91716-0599

CAPITAL ONE BANK USA
PO BOX 60024
CITY OF INDUSTRY CA 91716-0024

CAPITAL ONE BANK USA
PO BOX 60599
CITY OF INDUSTRY CA 91716-0599

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

CBCS
PO BOX 163250
COLUMBUS OH 43216-3250

CBEYOND
FILED  50326
LOS ANGELES CA 90074-0001

CHASE
PO BOX 15298
WILMINGTON DE 19850-5298

CHEVRON TEXACO
PO BOX 530950
ATLANTA GA 30353-0950

CIRCUIT CITY
PO BOX 94011
PALATINE IL 60094-4011

CISCO INC
PO BOX 801088
HOUSTON TX 77280-1088

CITI
PO BOX 6286
SIOUX FALLS SD 57117-6286

CLIENT SERVICES INC
3451 HARRY TRUMAN BLVD
SAINT CHARLES MO 63301-9816

CMRE FINANCIAL SERVICES
3075 IMPERIAL HWY
STE 200
BREA CA 92821-6753

(c)COUNTRYWIDE HOME LOANS
400 NATIONAL WAY
SIMI VALLEY CA  93065-6414

COUNTRYWIDE HOME LOANS
AGENT FOR SERVICE OF PROCESS
CT CORPORATION SYSTEM
818 WEST SEVENTH ST
LOS ANGELES CA 90017-3407

COUNTRYWIFDE HOME LOANS
5401 NORTH BEACH ST
FORT WORTH TX 76137-2733

CREDITORS INTERCHANGE
80 HOLTZ DRIVE
BUFFALO NY 14225-1470

Capital One Bank (USA), N.A.
by American Infosource Lp As Agent
PO Box 71083
Charlotte, NC  28272-1083

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

DEPARTMENT STORES NATIONAL BANK
NCO FINANCIAL SERVICES
PO BOX 137
COLUMBUS GA 31902-0137

DIRECTV
PO BOX 78626
PHOENIX AZ 85062-8626

DISCOVER CARD
PO BOX 6103
CAROL STREAM IL 60197-6103

Department Stores National Bank/Macy's
Nco Financial Systems, Inc.
PO Box 4275
Norcross, GA 30091-4275

Department Stores National Bank/Visa
Nco Financial Systems, Inc.
PO Box 4275
Norcross, GA 30091-4275

EDGARDO PAREDEZ
10328 LESTERFORD AVE
DOWNEY CA 90241-3019

EMC MORTGAGE CORPORATION
PO BOX 660530
DALLAS TX  75266

EMC Mortgage Corp
PO Box 293150
Lewisville  TX 75029-3150

ENCHANCED RECOVERY CORPORATION
8014 BAYBERRY RD
JACKSONVILLE FL 32256-7412

ENCORE RECEIVABLE
PO BOX 47248
OAK PARK MI 48237-4948

EQUIFAX CREDIT INFORMATION
BANKRUPTCY NOTIFICATION
PO BOX 740241
ATLANTA GA 30374-0241

EXPERIAN
BANKRUPTCY NOTIFICATION
475 ANTON BLVD
COSTA MESA CA 92626-7037

FINANCIAL RECOVERY SERVIES
PO BOX 385908
MINNEAPOLIS MN 55438-5908

FIRST DATA
PO BOX 173845
DENVER CO 80217-3845

FIRST DATA MERCHANT SERVICES
FIRST DATA GLOBAL LEASING
PO BOX 407092
FORT LAUDERDALE FL 33340-7092

FMS INVESTMENT CORP
PO BOX 681515
SCHAUMBURG IL 60168-1515

FREDERICK J HANNA AND ASSOCIATES
ATTORNEY AT LAW
1427 ROSWELL ROAD
MARIETTA GA 30062-3668

GC SERVICES LIMITED PARTHNERSHIP
COLLECTION AGENCY DIVISION
6330 GULFTON
HOUSTON TX 77081-1108

GC SERVICES LIMITED PARTNERSHIP
PO BOX 2667
HOUSTON TX 77252-2667

GE CONSUMER FINANCIAL
PO BOX 960061
ORLANDO FL 32896-0061

GE MONEY BANK
PO BOX 530950
ATLANTA GA 30353-0950

GE MONEY BANK
PO BOX 960061
ORLANDO FL 32896-0061

GLOBAL CREDIT AND COLLECTION
300 INTERNATIONAL DR
PMB 10015
WILLIAMSVILLE NY 14221-5781

GLOBAL CREDIT AND COLLECTION CORP
300 INTERNATIONAL DRIVE
PMB 10015
BUFFALO NY 14221-5781

GUILLERMO LUIS CALIXTRO
9824 S HAWKSTONE AVENUE
WHITTIER CA 90605-2840

HOLLANDER LAW OFFICES LLC
PO BOX 105836
ATLANTA GA 30348-5836

HOME DEPOT CREDIT SERVICES
PO BOX 6028
THE LAKES NV 88901-6028

HSBC
ATTN BANKRUPTCY
PO BOX 5253
CAROL STREAM IL 60197-5253

HSBC
PO BOX 60102
CITY OF INDUSTRY CA 91716-0102

HSBC Retail Services
PO Box 5264
Carol Stream  IL 60197-5264

IC SYSTEM INC
444 HIGHWAY 96 EAST
SAINT PAUL MN 55127-2557

INTEGRITY FINANCIAL PARTNERS INC
PO BOX 11530
OVERLAND PARK KS 66207-4230

INTERCOMM EMERG MEDICAL GROUP
PO BOX 4 419
WOODLAND HILLS CA 91365-4419

INTERINSURANCE EXCHANGE OF THE AAA
PO BOX 5459
DIAMOND BAR CA  91765

INTERNAL REVENUE SERVICE
ATTIC BANKRUPTCY DEPARTMENT
STOP 5117
300 N LOS ANGELES STREET
LOS ANGELES CA 90012-3481

JC PENNEY
PO BOX 960001
ORLANDO FL 32896-0001

JC PENNEY
PO BOX 960090
ORLANDO FL 32896-0090

JERRY MALONA
1884 PINNACLE WAY
UPLAND CA 91784-9226

JUNIPER
PO BOX 13337
PHILADELPHIA PA 19101-3337

Juana Parisi
2633 Monmouth Ave
Los Angeles  CA 90007-2306

KHIO YANG AND KEUM JA YANG
3001 W BEVERLY BLVD
MONTEBELLO CA 90640-2255

KHIO YANG AND KEUM JA YANG
828 ADELITA ST
MONTEBELLO CA 90640-2505

LA County Treasurer and
Tax Collector
PO Box 54110
Los Angeles  cA 90054-0110

LAURENCE JAY FEINBERG
ATTORNEY AT LAW
18075 VENTURA BLVD
STE 219
ENCINO CA 91316-3517

LAW OFFICE OF DAVID SEAN DUFEK
ATTORNEY AT LAW
2665 CAMINO DEL RIO NORTH
STE 110
SAN DIEGO CA  92108

LAW OFFICE ROY L LANDERS
7840 MISSION CENTRE COURT
STE 101
SAN DIEGO CA 92108-1393

LAW OFFICES OF DAVIS SHEDRICK 0
300 S GRAND AVE FL 4
LOS ANGELES CA 90071-3109

LAW OFFICES OF ED OVERCASH LLC
33 VILLA ROAD
STE 401
GREENVILLE SC 29615-3037

LAW OFFICES OF MITCHELL N KAY PC
7 PENN PLAZA
NEW YORK NY 10001-3967

LAW OFFICES OF PATENAUDE AND FELIX
A PROFESSIONAL LAW CORPORATION
4 4 4 5 MURPHY CANYON RD
3RD FLOOR
SAN DIEGO CA  92123

LEADING EDGE
RECOVERY SOLUTIONS
PO BOX 12 9
LINDEN MI 48451-0129

LOS ANGELES COUNTY TREASURER
AND TAX COLLECTOR
PO BOX 5 4110
LOS ANGELES CA 90054-0110

LOS OLIVOS HOA
ASYST DATA GROUP
PO BOX 15544
SANTA ANA CA 92735-0544

LTD FINANCIAL SERVICES
PO BOX 630788
HOUSTON TX 77263-0788

MACYS
PO BOX 68 9195
DES MOINES IA 50368-9195

MACYS VISA
PO BOX 68 9194
DES MOINES IA 50368-9194

MARTHA MENDEZ CAUDILLO
SUPERIOR COURT OF CALIFORNIA
CASE  VC053324
12720 NORWALK BLVD
NORWALK CA 90650-3169

MCCARTHY BURGUERSS AND WOLFF
26000 CANNON ROAD
CLEVELAND OH 44146-1807

MCM
DEPT  12421
PO BOX 603
OAKS PA 19456-0603

MIDLAND CREDIT MANAGEMENT
PO BOX 60578
LOS ANGELES CA 90060-0578

MORGAN AND ASSOCIATES
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS AT LAW
2601 N W EXPRESS WAY STE 205 EAS
OKLAHOMA CITY OK 73112-7272

MRS ASSOCIATES INC
19830 OLNEY AVE
CHERRY HILL NJ  08003

MUNDY MEDIA CORPORATION
3301 BARHAM BLVD STE 100
LOS ANGELES CA 90068-1477

NATIONAL CREDIT ADJUSTERS
PO BOX 3023
HUTCHINSON KS 67504-3023

NATIONAL ENTERPRISE SYSTEMS
2 9125 SOLON RD
SOLON OH 44139-3442

NATIONWIDE CREDIT INC
PO BOX 740640
ATLANTA GA 30374-0640

NCC BUSINESS SERVICES INC
PO BOX 24739
JACKSONVILLE FL 32241-4739

NCO FINANCIAL SYSTEM INC
PO BOX 15889
WILMINGTON DE 19850-5889

NCO FINANCIAL SYSTEMS
PO BOX 15773
WILMINGTON DE 19850-5773

NCO FINANCIAL SYSTEMS INC
PO BOX 15894
WILMINGTON DE 19850-5894

NORTHLAND GROUP INC
PO BOX 390846
MINNEAPOLIS MN 55439-0846

NORTHSTAR LOCATION SERVICES LLC
ATTN FINANCIAL SERVICES DEPT
4285 GENESES ST
CHEEKTOWA NY 14225-1943

NORTHSTAR LOCATION SERVICES LLC
ATTN FINANCIAL SERVICES DEPT
PO BOX 2157
WILLIAMSVILLE NY 14231-2157

OFFICE DEPOT CREDIT PLAN
PO BOX 689020
DES MOINES IA 50368-9020

OMS/ OXFORD MANAGEMENT SERVICES
PO BOX 19 91
SOUTHGATE MI 48195-0991


PABLO AND LAURA GARCIA
11216 MEADOWLARK LN
BLOOMINGTON CA 92316-3266

PLAZA RECOVERY ASSOCIATES
PO BOX 18008
HAUPPAUGE NY 11788-8808

PROFESSIONAL BUREAU OF COLLECTIONS
PO BOX 628
ELK GROVE CA 95759-0628


PROVIDIAN BANK
C/O MCM
DEPT  12421
PO BOX 603
OAKS PA 19456-0603

(p)CHASE CARD SERVICES
201 NORTH WALNUT STREET
ATTN MARK PASCALE
MAIL STOP DE1-1406
WILMINGTON DE 19801-2920

Pharia L.L.C.
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132


QUEST DIAGNOSTICS
PO BOX 7400
PASADENA CA 91109-7400

RECONTRUST COMPANY
1757 TAPO CANYON RD SVW-88
TSN 08-0057985
SIMI VALLEY CA 93063-3391

REDLINE RECOVERY SERVICES
1145 SANCTUARY PRKWY STE 350
ALPHARETTA GA 30009-4756


REDLINE RECOVERY SERVICES LLC
PO BOX 1022
FORT MILL SC 29716-1022

ROBINSONS-MAY
750 W 7TH ST
LOS ANGELES CA 90017-3700

SALVADOR HERNANDEZ
2634 W PALAIS RD
ANAHEIM CA 92804-5131


SAMS CLUB
ATTENTION BANKRUPTCY DEPARTMENT
PO BOX 103104
ROSWELL GA 30076-9104

SEARS GOLD MASTER CARD
PO BOX 6282
SIOUX FALLS SD 57117-6282

SECURITY CREDIT SERVICES LLC
C/O LEADING EDGE RECOVERY SOL
5440 N CUMBERLAND AVE STE 300
CHICAGO IL 60656-1486


SKO BRENNER AMERICAN INC
PO BOX 230
FARMINGDALE NY 11735-0230

STAPLES CREDIT PLAN
PO BOX 689020
DES MOINES IA 50368-9020

SUPERIOR ASSET MANAGEMENT INC
PO BOX 468089
ATLANTA GA 31146-8089


Southern California Edison
PO Box 300
Rosemead, CA 91770-0300

T-MOBIL
PO BOX 742596
CINCINNATI OH 45274-2596

TARGET NATIONAL BANK
PO BOX 59317
MINNEAPOLIS MN 55459-0317


TELEPACIFIC COMMUNICATIONS
PO BOX 526015
SACRAMENTO CA 95852-6015

TERMINIX INTERNATIONAL
727 ARROW GRAND CIRCLE
COVINA CA 91722-2148

THE BRACHFIELD LAW GROUP
880 APOLLO ST STE 155
EL SEGUNDO CA 90245-4783


THE LIMITED
PO BOX 659728
SAN ANTONIO TX 78265-9728

THOMSON WEST
610 OPPERMAN DRIVE
EAGAN MN 55123-1340

TINA CALIXTRO
9824 S HAWKSTONE AVENUE
WHITTIER CA 90605-2840

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

TRANS UNION CREDIT BUREAU
BANKRUPTCY NOTIFICATION
PO BOX 2000
CHESTER PA 19016-2000

Target National Bank
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Tomas Barrales
1413 E 53rd St
Los Angeles  CA 90011-4905

Toyota Motor Credit Corporation
3200 West Ray Road
Chandler, AZ 85226-2450

UNITED RECOVERY SYSTEMS LP
PO BOX 722929
HOUSTON TX 77272-2929

UNIVERSAL FIDELITY LP
PO BOX 941911
HOUSTON TX 77094-8911

US Trustee (LA)
DARE LAW
725 S Figueroa St 26th FL
Los Angeles  CA 90017-5524

USC CASRE MEDICAL GROUP INC
FILE 749303
LOS ANGELES CA 90074-0001

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017-5524

VALENTINE AND KEBARTAS INC
PO BOX 325
LAWRENCE MA 01842-0625

VAN RU CREDIT CORPORATION
PO BOX 46549
CHICAGO IL 60646-0549

VICTORIA SECRET
PO BOX 659728
SAN ANTONIO TX 78265-9728

VICTORIAS SECRET
PO BOX 659728
SAN ANTONIO TX 78265-9728

VISION FINANCIAL CORP
PO BOX 900
PURCHASE NY 10577-0900

WILSHIRE CREDIT CORP
2141 5TH AVE
SAN DIEGO CA 92101-2101

Washington Mutual
PO Box 78065
Phoenix, AZ 85062-8065

Timothy F Umbreit
Timothy F Umbreit
4701 Cartwright Ave
Toluca Lake, CA 91602-1411

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

PROVIDIAN BANK
PO BOX 660433
DALLAS TX  75266

TOYOTA FINANCIAL SERVICES
PO BOX 60114
CITY OF INDUSTRY CA  91716

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

COUNTRYWIDE HOME LOANS
400 COUNTRYWIDE WAY  SV-35
SIMI VALLEY CA  93065

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(d)T-Mobil
PO Box 742596
Cincinnati, OH 45274-2596

(d)Guillermo Luis Calixtro
9824 S. Hawkstone Ave
Whittier, CA 90605-2840

(d)Tina Calixtro
9824 S. Hawkstone Ave
Whittier, CA 90605-2840

End of Label Matrix
Mailable recipients    167
Bypassed recipients      4
Total                  171