| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Timothy F. Umbreit SBN 145932<br>4701 Cartwright Avenue<br>Toluca Lake, CA 91602<br>818-535-7381 (v)<br>818-334-5659 (f)<br>tim@timumbreit.com<br><br>*Attorney for* Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: GUILLERMO LUIS CALIXTRO AND TINA CALIXTRO | CHAPTER 11<br>CASE NUMBER 2:10-bk-33389ER |
|---|---|
| Debtor. | (No Hearing Required) |

# STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT
# OF PROFESSIONAL PERSON UNDER F.R.B.P. 2014
*(File with Application for Employment)*

1. Name, address and telephone number of the professional ("the Professional") submitting this Statement:
   Ana Patricia Vargas Bahe for Hope Realty & Associates
   9425 Telegraph Road Ste 112
   Pico Rivera, CA 90660, Tel: 562-821-2601

2. The services to be rendered by the Professional in this case are *(specify)*:
   Real estate brokerage services.

3. The terms and source of the proposed compensation and reimbursement of the Professional are *(specify)*:
   Proceeds from the sale of the estate's residential property commonly described as 9824 S. Hawkstone Avenue, Whittier, Califorina 90605.

4. The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are *(specify)*:
   No retainer is requested.

---
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 2014-1

Statement of Disinterestedness for Employment of Professional Person - *Page 2*    **F 2014-1**

| In re GUILLERMO LUIS CALIXTRO AND TINA CALIXTRO | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 2:10-bk-33389ER |

5. The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of *(specify)*:
   Conflict check run on existing and prior clients and their principals, as applicable.

6. The following is a complete description of all of the Professional's connections with the debtor, principals of the debtor, insiders, the debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the Office of the United States Trustee *(specify, attaching extra pages as necessary)*:

7. The Professional is not a creditor, an equity security holder or an insider of the debtor, except as follows *(specify, attaching extra pages as necessary)*:

8. The Professional is not and was not an investment banker for any outstanding security of the debtor.

9. The Professional has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the debtor.

10. The Professional is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the debtor or of any investment banker for any security of the debtor.

11. The Professional neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor or an investment banker for any security of the debtor, or for any other reason, except as follows *(specify, attaching extra pages as necessary)*:

12. Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional *(specify)*:

13. The Professional is not a relative or employee of the United States Trustee or a Bankruptcy Judge, except as follows *(specify, attaching extra pages as necessary)*:

14. Total number of attached pages of supporting documentation: _____

15. After conducting or supervising the investigation described in Paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct except that I declare that Paragraphs 6 through 11 are stated on information and belief.

Executed on the __12th__ day of __September__, 20 __10__, at __Pico Rivera__, California.

Ana Patricia Vargas-Bahe
*Type Name of Professional*

*Signature of Professional*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 2014-1**

Statement of Disinterestedness for Employment of Professional Person - *Page 3*     **F 2014-1**

| In re GUILLERMO LUIS CALIXTRO AND TINA CALIXTRO | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 2:10-bk-33389ER |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4701 Cartwright Avenue, Toluca Lake, CA 91602

A true and correct copy of the foregoing document described as STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSONAL UNDER F.R.B.P. 2014 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 9/12/2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:
Dare Law: dare.law@usdoj.gov
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
Christopher M McDermott: ecfcabc@piteduncan.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 9/12/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
ALL CREDITORS

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 9/12/2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Honorable Ernest M. Robles, Judge, United States Bankruptcy Court - Central District of California, Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Suite 1560 / Courtroom 1568, Los Angeles, CA 90012
(PERSONAL DELIVERY)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/12/2010 | Timothy F. Umbreit | /s/ Timothy F. Umbreit |
|---|---|---|
| Date | Type Name | Signature |

Statement of Disinterestedness for Employment of Professional Person - *Page 4*          **F 2014-1**

| In re GUILLERMO LUIS CALIXTRO AND TINA CALIXTRO | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 2:10-bk-33389ER |

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    **F 2014-1**

```
Label Matrix for local noticing          Los Angeles Division                  ADT Security Service, Inc.
0973-2                                   255 East Temple Street,                PO Box 371956
Case 2:10-bk-33389-ER                    Los Angeles, CA 90012-3332             Pittsburgh, PA 15250-7956
Central District Of California
Los Angeles
Thu Sep  9 14:45:07 PDT 2010

ALFREDO LEON                             ALLEN AND ASSOCIATES                   ALLIED INTERNATION CREDIT
5024 S VERMONT AVE                       147 WILLIS AVENUE                      100 EAST SHORE DRVIE 3RD FL
LOS ANGELES CA 90037-2908                MINEOLA NY 11501-2634                  GLEN ALLEN VA  23059


ALLIEDINTERSTATE                         APEX FINANCIAL MANAGEMENT LLC          ARROW FINANCIAL SERVICES LLC
3000 CORPORATE EXCHANGE DR               PO BOX 2189                            21031 NETWORK PLACE
5TH FLOOR                                NORTHBROOK IL 60065-2189               CHICAGO IL 60678-0001
COLUMBUS OH 43231-7723


ASPIRE                                   ASSET ACCEPTANCE LLC                   ASSET MANAGEMENT PROFESSIONALS LLC
PO BOX 23007                             PO BOX 2036                            PO BOX 2824
COLUMBUS GA 31902-3007                   WARREN MI 48090-2036                   WOODSTOCK GA 30188-1386


ASSET MANGEMENT PROFESSIONALS            ASSOCIATED RECOVERY SYSTEMS            ASSOCIATED RECOVERY SYSTEMS
PO BOX 2824                              PO BOX 1259                            PO BOX 469046
WOODSTOCK GA 30188-1386                  OAKS PA 19456-1259                     ESCONDIDO CA  92046-9046


American Infosource Lp As Agent for      BAC HOME LOAN SERVICING                BAC HOME LOANS SERVICING
T Mobile/T-Mobile USA Inc                PO BOX 515504                          7105 CORPORATE DRIVE
PO Box 248848                            LOS ANGELES CA 90051-6804              PLANO TX 75024-4100
Oklahoma City, OK  73124-8848


BANANA REPUBLIC                          BANK OF AMERICA                        BANK OF AMERICA
PO BOX 530942                            PO BOX 15726                           PO BOX 301200
ATLANTA GA 30353-0942                    WILMINGTON DE 19886-5726               LOS ANGELES CA 90030-1200


BETTER BUSINESS BUREAU                   BLANCA AVELAR                          Bank of America, N.A.
MEMBERSHIP ACCOUNTING                    12028 FOURTH AVENUE                    PO Box 26012
PO BOX 970                               LYNWOOD CA 90262-4521                  NC4-105-03-14
COLTON CA 92324-0814                                                            Greensboro, NC 27420-6012


CALIFORNIA EMPIRE FIANCIAL GROUP         CALIFORNIA STATE ELEVATOR CO INC       CALIFORNIA WATER SERVICE CO
9879 FOOTHILL BLV                        4208 WILLIMET STREET                   3316 WEST BEVERLY BLVD
RANCHO CUCAMONGA CA 91730-3682           LOS ANGELES CA 90039-1282              MONTEBELLO CA 90640-1537


CAPITAL MANAGEMENT SERVICES LP           CAPITAL ONE BANK                       CAPITAL ONE BANK
726 EXCHANGE ST                          C/O THE BRACHFELD LAW GROUP            PO BOX 60599
SUITE 700                                20300 S VERMONT AVE STE 120            CITY OF INDUSTRY CA 91716-0599
BUFFALO NY 14210-1464                    TORRANCE CA 90502-1349
```

| | | |
|---|---|---|
| CAPITAL ONE BANK USA<br>PO BOX 60024<br>CITY OF INDUSTRY CA 91716-0024 | CAPITAL ONE BANK USA<br>PO BOX 60599<br>CITY OF INDUSTRY CA 91716-0599 | CARDMEMBER SERVICE<br>PO BOX 94014<br>PALATINE IL 60094-4014 |
| CBCS<br>PO BOX 163250<br>COLUMBUS OH 43216-3250 | CBEYOND<br>FILED 50326<br>LOS ANGELES CA 90074-0001 | CHASE<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 |
| CHEVRON TEXACO<br>PO BOX 530950<br>ATLANTA GA 30353-0950 | CIRCUIT CITY<br>PO BOX 94011<br>PALATINE IL 60094-4011 | CISCO INC<br>PO BOX 801088<br>HOUSTON TX 77280-1088 |
| CITI<br>PO BOX 6286<br>SIOUX FALLS SD 57117-6286 | CLIENT SERVICES INC<br>3451 HARRY TRUMAN BLVD<br>SAINT CHARLES MO 63301-9816 | CMRE FINANCIAL SERVICES<br>3075 IMPERIAL HWY<br>STE 200<br>BREA CA 92821-6753 |
| (c)COUNTRYWIDE HOME LOANS<br>400 NATIONAL WAY<br>SIMI VALLEY CA 93065-6414 | COUNTRYWIDE HOME LOANS<br>AGENT FOR SERVICE OF PROCESS<br>CT CORPORATION SYSTEM<br>818 WEST SEVENTH ST<br>LOS ANGELES CA 90017-3407 | COUNTRYWIFDE HOME LOANS<br>5401 NORTH BEACH ST<br>FORT WORTH TX 76137-2733 |
| CREDITORS INTERCHANGE<br>80 HOLTZ DRIVE<br>BUFFALO NY 14225-1470 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 |
| DEPARTMENT STORES NATIONAL BANK<br>NCO FINANCIAL SERVICES<br>PO BOX 137<br>COLUMBUS GA 31902-0137 | DIRECTV<br>PO BOX 78626<br>PHOENIX AZ 85062-8626 | DISCOVER CARD<br>PO BOX 6103<br>CAROL STREAM IL 60197-6103 |
| Department Stores National Bank/Macy's<br>Nco Financial Systems, Inc.<br>PO Box 4275<br>Norcross, GA 30091-4275 | Department Stores National Bank/Visa<br>Nco Financial Systems, Inc.<br>PO Box 4275<br>Norcross, GA 30091-4275 | EDGARDO PAREDEZ<br>10328 LESTERFORD AVE<br>DOWNEY CA 90241-3019 |
| EMC MORTGAGE CORPORATION<br>PO BOX 660530<br>DALLAS TX 75266 | EMC Mortgage Corp<br>PO Box 293150<br>Lewisville TX 75029-3150 | ENCHANCED RECOVERY CORPORATION<br>8014 BAYBERRY RD<br>JACKSONVILLE FL 32256-7412 |
| ENCORE RECEIVABLE<br>PO BOX 47248<br>OAK PARK MI 48237-4948 | EQUIFAX CREDIT INFORMATION<br>BANKRUPTCY NOTIFICATION<br>PO BOX 740241<br>ATLANTA GA 30374-0241 | EXPERIAN<br>BANKRUPTCY NOTIFICATION<br>475 ANTON BLVD<br>COSTA MESA CA 92626-7037 |

```
FINANCIAL RECOVERY SERVICES        FIRST DATA                         FIRST DATA MERCHANT SERVICES
PO BOX 385908                      PO BOX 173845                      FIRST DATA GLOBAL LEASING
MINNEAPOLIS MN 55438-5908          DENVER CO 80217-3845               PO BOX 407092
                                                                      FORT LAUDERDALE FL 33340-7092


FMS INVESTMENT CORP                FREDERICK J HANNA AND ASSOCIATES   GC SERVICES LIMITED PARTHNERSHIP
PO BOX 681515                      ATTORNEY AT LAW                    COLLECTION AGENCY DIVISION
SCHAUMBURG IL 60168-1515           1427 ROSWELL ROAD                  6330 GULFTON
                                   MARIETTA GA 30062-3668             HOUSTON TX 77081-1108


GC SERVICES LIMITED PARTNERSHIP    GE CONSUMER FINANCIAL              GE MONEY BANK
PO BOX 2667                        PO BOX 960061                      PO BOX 530950
HOUSTON TX 77252-2667              ORLANDO FL 32896-0061              ATLANTA GA 30353-0950


GE MONEY BANK                      GLOBAL CREDIT AND COLLECTION       GLOBAL CREDIT AND COLLECTION CORP
PO BOX 960061                      300 INTERNATIONAL DR               300 INTERNATIONAL DRIVE
ORLANDO FL 32896-0061              PMB  10015                         PMB  10015
                                   WILLIAMSVILLE NY 14221-5781        BUFFALO NY 14221-5781


GUILLERMO LUIS CALIXTRO            HOLLANDER LAW OFFICES LLC          HOME DEPOT CREDIT SERVICES
9824 S HAWKSTONE AVENUE            PO BOX 105836                      PO BOX 6028
WHITTIER CA 90605-2840             ATLANTA GA 30348-5836              THE LAKES NV 88901-6028


HSBC                               HSBC                               HSBC Retail Services
ATTN BANKRUPTCY                    PO BOX 60102                       PO Box 5264
PO BOX 5253                        CITY OF INDUSTRY CA 91716-0102     Carol Stream  IL 60197-5264
CAROL STREAM IL 60197-5253


IC SYSTEM INC                      INTEGRITY FINANCIAL PARTNERS INC   INTERCOMM EMERG MEDICAL GROUP
444 HIGHWAY 96 EAST                PO BOX 11530                       PO BOX 4 419
SAINT PAUL MN 55127-2557           OVERLAND PARK KS 66207-4230        WOODLAND HILLS CA 91365-4419


INTERINSURANCE EXCHANGE OF THE AAA INTERNAL REVENUE SERVICE           JC PENNEY
PO BOX 5459                        ATTIC BANKRUPTCY DEPARTMENT        PO BOX 960001
DIAMOND BAR CA  91765              STOP 5117                          ORLANDO FL 32896-0001
                                   300 N LOS ANGELES STREET
                                   LOS ANGELES CA 90012-3481


JC PENNEY                          JERRY MALONA                       JUNIPER
PO BOX 960090                      1884 PINNACLE WAY                  PO BOX 13337
ORLANDO FL 32896-0090              UPLAND CA 91784-9226               PHILADELPHIA PA 19101-3337


Juana Parisi                       KHIO YANG AND KEUM JA YANG         KHIO YANG AND KEUM JA YANG
2633 Monmouth Ave                  3001 W BEVERLY BLVD                828 ADELITA ST
Los Angeles  CA 90007-2306         MONTEBELLO CA 90640-2255           MONTEBELLO CA 90640-2505
```

| | | |
|---|---|---|
| LA County Treasurer and<br>Tax Collector<br>PO Box 54110<br>Los Angeles  cA 90054-0110 | LAURENCE JAY FEINBERG<br>ATTORNEY AT LAW<br>18075 VENTURA BLVD<br>STE 219<br>ENCINO CA 91316-3517 | LAW OFFICE OF DAVID SEAN DUFEK<br>ATTORNEY AT LAW<br>2665 CAMINO DEL RIO NORTH<br>STE 110<br>SAN DIEGO CA  92108 |
| LAW OFFICE ROY L LANDERS<br>7840 MISSION CENTRE COURT<br>STE 101<br>SAN DIEGO CA 92108-1393 | LAW OFFICES OF DAVIS SHEDRICK 0<br>300 S GRAND AVE FL 4<br>LOS ANGELES CA 90071-3109 | LAW OFFICES OF ED OVERCASH LLC<br>33 VILLA ROAD<br>STE 401<br>GREENVILLE SC 29615-3037 |
| LAW OFFICES OF MITCHELL N KAY PC<br>7 PENN PLAZA<br>NEW YORK NY 10001-3967 | LAW OFFICES OF PATENAUDE AND FELIX<br>A PROFESSIONAL LAW CORPORATION<br>4 4 4 5 MURPHY CANYON RD<br>3RD FLOOR<br>SAN DIEGO CA  92123 | LEADING EDGE<br>RECOVERY SOLUTIONS<br>PO BOX 12 9<br>LINDEN MI 48451-0129 |
| LOS ANGELES COUNTY TREASURER<br>AND TAX COLLECTOR<br>PO BOX 5 4110<br>LOS ANGELES CA 90054-0110 | LOS OLIVOS HOA<br>ASYST DATA GROUP<br>PO BOX 15544<br>SANTA ANA CA 92735-0544 | LTD FINANCIAL SERVICES<br>PO BOX 630788<br>HOUSTON TX 77263-0788 |
| MACYS<br>PO BOX 68 9195<br>DES MOINES IA 50368-9195 | MACYS VISA<br>PO BOX 68 9194<br>DES MOINES IA 50368-9194 | MARTHA MENDEZ CAUDILLO<br>SUPERIOR COURT OF CALIFORNIA<br>CASE  VC053324<br>12720 NORWALK BLVD<br>NORWALK CA 90650-3169 |
| MCCARTHY BURGUERSS AND WOLFF<br>26000 CANNON ROAD<br>CLEVELAND OH 44146-1807 | MCM<br>DEPT  12421<br>PO BOX 603<br>OAKS PA 19456-0603 | MIDLAND CREDIT MANAGEMENT<br>PO BOX 60578<br>LOS ANGELES CA 90060-0578 |
| MORGAN AND ASSOCIATES<br>A PROFESSIONAL CORPORATION<br>ATTORNEYS AND COUNSELORS AT LAW<br>2601 N W EXPRESS WAY STE 205 EAS<br>OKLAHOMA CITY OK 73112-7272 | MRS ASSOCIATES INC<br>19830 OLNEY AVE<br>CHERRY HILL NJ  08003 | MUNDY MEDIA CORPORATION<br>3301 BARHAM BLVD STE 100<br>LOS ANGELES CA 90068-1477 |
| NATIONAL CREDIT ADJUSTERS<br>PO BOX 3023<br>HUTCHINSON KS 67504-3023 | NATIONAL ENTERPRISE SYSTEMS<br>2 9125 SOLON RD<br>SOLON OH 44139-3442 | NATIONWIDE CREDIT INC<br>PO BOX 740640<br>ATLANTA GA 30374-0640 |
| NCC BUSINESS SERVICES INC<br>PO BOX 24739<br>JACKSONVILLE FL 32241-4739 | NCO FINANCIAL SYSTEM INC<br>PO BOX 15889<br>WILMINGTON DE 19850-5889 | NCO FINANCIAL SYSTEMS<br>PO BOX 15773<br>WILMINGTON DE 19850-5773 |
| NCO FINANCIAL SYSTEMS INC<br>PO BOX 15894<br>WILMINGTON DE 19850-5894 | NORTHLAND GROUP INC<br>PO BOX 390846<br>MINNEAPOLIS MN 55439-0846 | NORTHSTAR LOCATION SERVICES LLC<br>ATTN FINANCIAL SERVICES DEPT<br>4285 GENESES ST<br>CHEEKTOWA NY 14225-1943 |

NORTHSTAR LOCATION SERVICES LLC
ATTN FINANCIAL SERVICES DEPT
PO BOX 2157
WILLIAMSVILLE NY 14231-2157

OFFICE DEPOT CREDIT PLAN
PO BOX 689020
DES MOINES IA 50368-9020

OMS/ OXFORD MANAGEMENT SERVICES
PO BOX 19 91
SOUTHGATE MI 48195-0991

PABLO AND LAURA GARCIA
11216 MEADOWLARK LN
BLOOMINGTON CA 92316-3266

PLAZA RECOVERY ASSOCIATES
PO BOX 18008
HAUPPAUGE NY 11788-8808

PROFESSIONAL BUREAU OF COLLECTIONS
PO BOX 628
ELK GROVE CA 95759-0628

PROVIDIAN BANK
C/0 MCM
DEPT  12421
PO BOX 603
OAKS PA 19456-0603

(p)CHASE CARD SERVICES
201 NORTH WALNUT STREET
ATTN MARK PASCALE
MAIL STOP DE1-1406
WILMINGTON DE 19801-2920

Pharia L.L.C.
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

QUEST DIAGNOSTICS
PO BOX 7400
PASADENA CA 91109-7400

RECONTRUST COMPANY
1757 TAPO CANYON RD SVW-88
TSN 08-0057985
SIMI VALLEY CA 93063-3391

REDLINE RECOVERY SERVICES
1145 SANCTUARY PRKWY STE 350
ALPHARETTA GA 30009-4756

REDLINE RECOVERY SERVICES LLC
PO BOX 1022
FORT MILL SC 29716-1022

ROBINSONS-MAY
750 W 7TH ST
LOS ANGELES CA 90017-3700

SALVADOR HERNANDEZ
2634 W PALAIS RD
ANAHEIM CA 92804-5131

SAMS CLUB
ATTENTION BANKRUPTCY DEPARTMENT
PO BOX 103104
ROSWELL GA 30076-9104

SEARS GOLD MASTER CARD
PO BOX 6282
SIOUX FALLS SD 57117-6282

SECURITY CREDIT SERVICES LLC
C/0 LEADING EDGE RECOVERY SOL
5440 N CUMBERLAND AVE STE 300
CHICAGO IL 60656-1486

SKO BRENNER AMERICAN INC
PO BOX 230
FARMINGDALE NY 11735-0230

STAPLES CREDIT PLAN
PO BOX 689020
DES MOINES IA 50368-9020

SUPERIOR ASSET MANAGEMENT INC
PO BOX 468089
ATLANTA GA 31146-8089

Southern California Edison
PO Box 300
Rosemead, CA 91770-0300

T-MOBIL
PO BOX 742596
CINCINNATI OH 45274-2596

TARGET NATIONAL BANK
PO BOX 59317
MINNEAPOLIS MN 55459-0317

TELEPACIFIC COMMUNICATIONS
PO BOX 526015
SACRAMENTO CA 95852-6015

TERMINIX INTERNATIONAL
727 ARROW GRAND CIRCLE
COVINA CA 91722-2148

THE BRACHFIELD LAW GROUP
880 APOLLO ST STE 155
EL SEGUNDO CA 90245-4783

THE LIMITED
PO BOX 659728
SAN ANTONIO TX 78265-9728

THOMSON WEST
610 OPPERMAN DRIVE
EAGAN MN 55123-1340

TINA CALIXTRO
9824 S HAWKSTONE AVENUE
WHITTIER CA 90605-2840

```
(p)TOYOTA MOTOR CREDIT CORPORATION        TRANS UNION CREDIT BUREAU              Target National Bank
PO BOX 8026                               BANKRUPTCY NOTIFICATION                 C O WEINSTEIN AND RILEY, PS
CEDAR RAPIDS IA 52408-8026                PO BOX 2000                             2001 WESTERN AVENUE, STE 400
                                          CHESTER PA 19016-2000                   SEATTLE, WA 98121-3132


Tomas Barrales                            Toyota Motor Credit Corporation         UNITED RECOVERY SYSTEMS LP
1413 E 53rd St                            3200 West Ray Road                      PO BOX 722929
Los Angeles  CA 90011-4905                Chandler, AZ 85226-2450                 HOUSTON TX 77272-2929


UNIVERSAL FIDELITY LP                     US Trustee (LA)                         USC CASRE MEDICAL GROUP INC
PO BOX 941911                             DARE LAW                                FILE 749303
HOUSTON TX 77094-8911                     725 S Figueroa St 26th FL               LOS ANGELES CA 90074-0001
                                          Los Angeles  CA 90017-5524


United States Trustee (LA)                VALENTINE AND KEBARTAS INC              VAN RU CREDIT CORPORATION
725 S Figueroa St., 26th Floor            PO BOX 325                              PO BOX 46549
Los Angeles, CA 90017-5524                LAWRENCE MA 01842-0625                  CHICAGO IL 60646-0549


VICTORIA SECRET                           VICTORIAS SECRET                        VISION FINANCIAL CORP
PO BOX 659728                             PO BOX 659728                           PO BOX 900
SAN ANTONIO TX 78265-9728                 SAN ANTONIO TX 78265-9728               PURCHASE NY 10577-0900


WILSHIRE CREDIT CORP                      Washington Mutual                       Timothy F Umbreit
2141 5TH AVE                              PO Box 78065                            Timothy F Umbreit
SAN DIEGO CA 92101-2101                   Phoenix, AZ 85062-8065                  4701 Cartwright Ave
                                                                                  Toluca Lake, CA 91602-1411
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
PROVIDIAN BANK                            TOYOTA FINANCIAL SERVICES
PO BOX 660433                             PO BOX 60114
DALLAS TX  75266                          CITY OF INDUSTRY CA  91716
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
COUNTRYWIDE HOME LOANS
400 COUNTRYWIDE WAY  SV-35
SIMI VALLEY CA  93065
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(d)T-Mobil
PO Box 742596
Cincinnati, OH 45274-2596

(d)Guillermo Luis Calixtro
9824 S. Hawkstone Ave
Whittier, CA 90605-2840

(d)Tina Calixtro
9824 S. Hawkstone Ave
Whittier, CA 90605-2840

End of Label Matrix
Mailable recipients    167
Bypassed recipients      4
Total                  171