PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
RUSSELL CLEMENTSON, State Bar No. 143284
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017-5418
(213) 894-4505 telephone
(213) 894-2603 facsimile
Email: russell.clementson@usdoj.gov

**FILED & ENTERED**

**OCT 01 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:10-bk-33389-ER |
| GUILLERMO LUIS CALIXTRO and TINA CALIXTRO, | Chapter 11 |
| Debtors. | ORDER ON UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE |
| | Date: September 2, 2010<br>Time: 11:00 a.m.<br>Ctrm: 1568 |

     The United States Trustee's Motion to Convert or Dismiss this case per § 1112(b) with an Order directing payment of Quarterly Fees ("Motion") came on for hearing on the above date and time. Appearances were made as reflected on the record. The Court having considered the record herein, the arguments of counsel and interested parties, and for good cause appearing,

     IT IS HEREBY ORDERED that the Motion is denied.

     IT IS FURTHER ORDERED that Debtor must remain in compliance with the requirements of the U.S. Trustee. If Debtor fails to comply with this order then the U.S. Trustee may submit a notice to the Debtor's attorney of non-compliance. If the Debtor fails to cure the deficiencies within 10 days from service of the notice then this case shall be dismissed upon submission of

1

1 | application, declaration and order by the U.S. Trustee.  Debtor may request that the Court hold a
2 | hearing on any such Application or argue for an extension for good cause shown.
3 | ###

DATED: October 1, 2010

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574**

A true and correct copy of the foregoing document described as: ORDER ON UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **n/a** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **09/29/10** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **09/29/10** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed. **Upon filing I will be giving a field document to a Court delivery service consistent with our normal business practice, with instructions to deliver the copy to the bin outside the suite (Court Manual Appendix F), as follows:**

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/29/10 | Stephanie Hill | /s/Stephanie Hill |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                    **F.9013-3.1.PROOF.OF.SERVICE**

**ADDITIONAL SERVICE INFORMATION**

**I.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
n/a

**II.** **SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

**DEBTOR**
**Guillermo Luis Calixtro**
**Tina Calixtro**
9824 S. Hawkstone Ave
Whittier, CA 90605

**DEBTOR'S COUNSEL**
**Timothy F Umbreit**
4701 Cartwright Ave
Toluca Lake, CA 91602

**III.** **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:**

The Honorable Ernest Robles
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Bin Outside of Suite 1568
Los Angeles, CA 90012-3332

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                    **F.9013-3.1.PROOF.OF.SERVICE**

4

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)**  **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*):  ORDER ON UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.**  **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **09/29/10**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**SEE ATTACHED SERVICE LIST(IF APPLICABLE)**

⊠    Service information continued on attached page

**II.**  **SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

⊠    Service information continued on attached page

**III.**  **TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

⊠    Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                    **F 9021-1.1.NOTICE.ENTERED.ORDER**

5

**ADDITIONAL SERVICE INFORMATION**

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Dare Law    dare.law@usdoj.gov
- Christopher M McDermott    ecfcacb@piteduncan.com
- Timothy F Umbreit    tim@timumbreit.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

II. **SERVED BY THE COURT VIA U.S. MAIL:**

**DEBTOR**
**Guillermo Luis Calixtro**
**Tina Calixtro**
9824 S. Hawkstone Ave
Whittier, CA 90605

III. **TO BE SERVED BY THE LODGING PARTY**:
**n/a**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**

6