FILED & ENTERED

OCT 20 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

In re:

GUILLERMO LUIS CALIXTRO
TINA CALIXTRO

    Debtors and Debtors-in-Possession

Case No. 2:10-BK-33389-ER

Chapter 11

The Honorable Judge Ernest Robles

**ORDER DENYING APPLICATION BY DEBTORS-IN-POSSESSION TO EMPLOY TIMOTHY F. UMBREIT, ATTORNEY AT LAW, AS GENERAL BANKRUPTCY COUNSEL**

    The Court has reviewed the Debtor's Notice of Application and Application to Employ Timothy F. Umbreit (the "Application") (Dkt. #25). The Application was not accompanied by a declaration of disinterestedness as required by Local Bankruptcy Rule ("LBR") 2014-1(b)(1)(B).

    Good cause appearing, the Court HEREBY ORDERS that the Application is DENIED without prejudice. Upon receipt of a statement of disinterestedness, the Court will enter an order approving the Application, if appropriate.

    IT IS SO ORDERED.

###

DATED: October 20, 2010

_____
United States Bankruptcy Judge

– 2 –

Order Denying Employment of General Bankruptcy Counsel

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**255 E Temple St., Los Angeles CA**

A true and correct copy of the foregoing document described as **ORDER DENYING APPLICATION BY DEBTOR-IN-POSSESSION TO EMPLOY TIMOTHY F. UMBREIT, ATTORNEY AT LAW, AS GENERAL BANKRUPTCY COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 18, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Richard J Bauer    rbauer@mileslegal.com
- Dare Law    dare.law@usdoj.gov
- Christopher M McDermott    ecfcacb@piteduncan.com
- Linh K Tran    bline.chapter13@blinellc.com
- Timothy F Umbreit    tim@timumbreit.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On October 18, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  October 18, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 18, 2010 | Amber M. Burroff | /s/ *Amber M. Burroff* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DENYING APPLICATION BY DEBTOR-IN-POSSESSION TO EMPLOY TIMOTHY F. UMBREIT, ATTORNEY AT LAW, AS GENERAL BANKRUPTCY COUNSEL** was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 10/18/2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Richard J Bauer    rbauer@mileslegal.com
- Dare Law    dare.law@usdoj.gov
- Christopher M McDermott    ecfcacb@piteduncan.com
- Linh K Tran    bline.chapter13@blinellc.com
- Timothy F Umbreit    tim@timumbreit.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page