Timothy F. Umbreit   SBN 145932
4701 Cartwright Avenue
Toluca Lake, CA 91602

818-535-7381 (v)
818-334-5659 (f)

tim@timumbreit.com

FILED & ENTERED

OCT 28 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

*Attorney for:  Debtors Guillermo Luis Calixtro and Tina Calixtro*

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) <br> ) <br> ) Case No. 2:10-BK-33389-ER <br> ) <br> ) Chapter 11 <br> ) <br> ) The Honorable Judge Ernest Robles <br> ) <br> ) **ORDER TO SELL ESTATE PROPERTY** <br> ) **PURSUANT TO LBR 6004-1(c)(4)** <br> ) **ON REAL PROPERTY LOCATED AT** <br> ) **9824 S. HAWKSTONE AVENUE,** <br> ) **WHITTIER, CALIFORNIA** <br> ) <br> ) |
| GUILLERMO LUIS CALIXTRO <br> TINA CALIXTRO | |
| Debtors and Debtors-in-Possession | |

The Court having read and considered the Motion and Declaration filed in support thereof, and no Opposition to the relief requested by the Motion having been filed, and good cause appearing therefore:

- 1 -

Order to sell estate property at 9824 S. Hawkstone Avenue Whittier, California

//

IT IS HEREBY ORDERED that the purchase price of the real property located at 9824 S. Hawkstone Avenue, Whittier, California and legally described as set forth in Exhibit "1", attached hereto and incorporated herein by this reference, is $300,000.00.

###

DATED: October 28, 2010

United States Bankruptcy Judge

EXHIBIT "1"

Legal Description

LOT 50 IN TRACT NO. 28271, IN THE CITY OF WHITTIER, AS PER MAP RECORDED ON BOOK 763, PAGES 53 TO 55 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF LOS ANGELES COUNTY, CALIFORNIA

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**4701 Cartwright Ave., Toluca Lake, CA 91602**

A true and correct copy of the foregoing document described as **ORDER TO SELL ESTATE PROPERTY PURSUANT TO LBR 6004-1(c)(4) ON REAL PROPERTY LOCATED AT 9824 S. HAWKSTONE AVENUE, WHITTIER, CALIFORNIA** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 8, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On October 8, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Ernest M. Robles, Judge, United States Bankruptcy Court - Central District of California, Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Suite 1560 / Courtroom 1568, Los Angeles, CA 90012 (PERSONAL DELIVERY)

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 8, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Dare Law: dare.law@usdoj.gov (email)
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov (email)
Christopher M McDermott: ecfcabc@piteduncan.com, Richard J Bauer Jr: rbauer@mileslegal.com (email)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 8, 2010 | Timothy F. Umbreit | /s/ Timothy F. Umbreit |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

– 4 –

Order to sell estate property at 9824 S. Hawkstone Avenue Whittier, California

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER TO SELL ESTATE PROPERTY PURSUANT TO LBR 6004-1(c)(4) ON REAL PROPERTY LOCATED AT 9824 S. HAWKSTONE AVENUE, WHITTIER, CALIFORNIA**  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 10/08/2010 , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Dare Law: dare.law@usdoj.gov
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
Christopher M McDermott: ecfcabc@piteduncan.com, Richard J Bauer Jr: rbauer@mileslegal.com
Timothy F. Umbreit: tim@timumbreit.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

Order to sell estate property at 9824 S. Hawkstone Avenue Whittier, California