Mark T. Domeyer, Esq.
California Bar No. 135008
MILES, BAUER, BERGSTROM & WINTERS, LLP
1231 E. Dyer Road, Suite 100
Santa Ana, CA 92705
(714) 481-9100 / FAX (714) 481-9144
File No. 10-03392

Attorneys for Movant, U.S. THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OA17, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA17, its assignees and/or successors in interest

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GUILLERMO LUIS CALIXTRO AND TINA CALIXTRO, DBA HISPANOS UNIDOS REALTY, FDBA SPECIALTY LOANS, FDBA IFA EN TUS MANOS, AKA LUIS CALIXTRO, AKA GUILLERMO CALIXTRO, FDBA HISPANOS UNIDOS,<br><br>Debtor. | Case No.: 2:10-bk-33389-ER<br><br>Chapter 11<br><br>**Hearing –**<br>Date: November 156, 2010<br>Time: 10:00 A.M.<br>Place: U.S. BANKRUPTCY COURT<br>Courtroom: 1568 |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OA17, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA17,<br><br>vs.<br><br>GUILLERMO LUIS CALIXTRO AND TINA CALIXTRO, DBA HISPANOS UNIDOS REALTY, FDBA SPECIALTY LOANS, FDBA IFA EN TUS MANOS, AKA LUIS CALIXTRO, AKA GUILLERMO CALIXTRO, FDBA HISPANOS UNIDOS, | **REPLY TO OPPOSITION TO MOTION FOR RELIEF FROM STAY** |

Comes now, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE

1

1  LOAN TRUST 2006-OA17, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-
2  OA17, its assignees and/or successors in interest ("Movant") respectfully submits its reply to the
3  Debtor's Opposition to Motion for Relief from Automatic Stay ("Opposition") and for its reply,
4  the Secured Creditor states, as follows:

## Facts

6  1.  Guillermo Calixtro and Tina Caliixtro (the "Debtors") are the borrower under a
7  Adjustable Rate Note dated August 17, 2006 (the "Note") made payable to the order of First
8  Magnus Corporation, an Arizona Corporation (the "Original Lender"). See Declaration of
9  Rosalia Gonzalez dated October 19, 2010 is support of the motion (the Gonzalez Declaration")
10 Declaration"), ¶ 1.
11 Debtor's response indicates that the Motion should be denied becuase "Movant has not filed a
12 proof of claim to substantiate their figures."  However, the Movant has provided admissible
13 evidence in the form of the Gonzalez Declaration and Exhibits and no filing of a proof of claim
14 is a pre-requisite to the filing of a motion nor is the filing of a claim necessary as a factual or
15 evidentiary predicate to the filing of a motion.

**The Value used in the Motion was based on an Admission in Debtors' Schedules Concerning the Value of the Collateral**

18  A true copy of Debtor's Schedule A – Real Property was attached as Exhibit 4 to the
19 Gonzalez Declaration.  Gonzalez Declaration at ¶ 10 and Exhibit 4.  Debtor's Schedule A
20 ascribes a fair market value of $785,000 and a declaration filed in support of the Debtor's
21 opposition ascribe a fair market value of $765,000.00 to the collateral, which is considerably less
22 than the $1,1793199.25 owed to the Movant, so it is clear by the Debtor's own admission that
23 there is no equity in the Property and the only issue is whether the Property is necessary to a
24 successful reorganization that is in prospect.

2

1 | This case was filed in June and the Debtor has not filed a plan and disclosure statement. Debtor has not produced evidence sufficient for the Court to make a finding that a successful reorganization is in prospect involving the Property and accordingly, relief should be granted.

WHEREFORE, Movant respectfully request that this Court overrule the Debtor's objections to the motion and grant the Movant's Motion for Relief from Stay.

MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated: November 5, 2010     By: /s/ Mark T. Domeyer
                                Mark T. Domeyer, Esq.
                                Attorney for Movant

3