Timothy F. Umbreit    SBN 145932
4701 Cartwright Avenue
Toluca Lake, CA 91602

818-535-7381 (v)
818-334-5659 (f)
tim@timumbreit.com

FILED & ENTERED

NOV 11 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

*Attorney for:  Debtors Guillermo Luis Calixtro and Tina Calixtro*

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re:

GUILLERMO LUIS CALIXTRO
TINA CALIXTRO

                    Debtors and Debtors-in-Possession

)
)
) Case No. 2:10-BK-33389-ER
)
) Chapter 11
)
)
) The Honorable Judge Ernest Robles
)
) **ORDER VALUING COLLATERAL AND**
) **DETERMINING SECURED STATUS OF**
) **EMC MORTGAGE CORPORATION**
) **("EMC" AND BANK OF AMERICA, N.A.,**
) **("BOFA"), ON REAL PROPERTY**
) **LOCATED AT 9824 S. HAWKSTONE**
) **AVENUE, WHITTIER, CALIFORNIA**
)
) Hearing Date: September 29, 2010
)         Time: 10:00 a.m.
)         Crtrm: 1586
)

**Whereas** hearing was held on September 29, 2010 at 10:00 a.m. before the Honorable

Ernest Robles, United States Bankruptcy Judge, in Courtroom "1568" of the above-entitled

court, located at 255 East Temple Street, Fifteenth (15) Floor, Los Angeles, California 90012, on

– 1 –

the Motion of the Debtors and Debtors-in-Possession, Guillermo Luis Calixtro and Tina Calixtro, for an Order Valuing Collateral and Determining Secured Status of EMC Mortgage Corporation ("EMC") and Bank of America, N.A. ("BOFA"), on Real Property located at 9824 S. Hawkstone Avenue, Whittier, California ("the Property").

After reviewing all paperwork submitted in support of, and in opposition to, the Motion **IT IS HEREBY ORDERED** that for the purposes of §506(a), the Property, legally described as set forth in Exhibit "1" attached hereto and incorporated herein by this reference, is worth $245,000.00.

**IT IS FURTHER ORDERED** that Bank of America's junior lien is completely unsecured and is stripped off the Property.

However, under section 1123(b)(5) to the Bankruptcy Code, a plan may modify the rights of holders of secured claims, "other than a claim secured only by a security interest in real property that is the debtor's personal residence." Thus, if the home mortgage lender's claim is secured only by an interest in the debtor's principal residence, the lien stripping of provisions of §506(a) cannot be used to modify the under-secured creditor's lien into secured by the debtor's principal residence. Unlike the Bank of America junior lien on the Property, there is at least some equity to partially secure EMC's senior lien. Therefore, **IT IS FURTHER ORDERED** that under §1123(b)(5), EMC's senior lien must be paid in full as a secured claim.

**IT IS FURTHER ORDERED** that the Bank of America junior lien is completely unsecured and that the EMC senior lien is completely secured despite the lack of equity in Debtor's Property.

###

DATED: November 11, 2010

_____
United States Bankruptcy Judge

Order Determining Value of 9824 S. Hawkstone Avenue Whittier, California and Secured Status of Creditors

## EXHIBIT "1"

Legal Description

LOT 50 IN TRACT NO. 28271, IN THE CITY OF WHITTIER, AS PER MAP RECORDED ON BOOK 763, PAGES 53 TO 55 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF LOS ANGELES COUNTY, CALIFORNIA

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**4701 Cartwright Ave., Toluca Lake, CA 91602**

A true and correct copy of the foregoing document described as **ORDER VALUING COLLATERAL AND DETERMINING SECURED STATUS OF EMC MORTGAGE CORPORATION ("EMC" AND BANK OF AMERICA, N.A., ("BOFA"), ON REAL PROPERTY LOCATED AT 9824 S. HAWKSTONE AVENUE, WHITTIER, CALIFORNIA**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 28, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On October 28, 2010  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Ernest M. Robles, Judge, United States Bankruptcy Court - Central District of California, Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Suite 1560 / Courtroom 1568, Los Angeles, CA 90012 (PERSONAL DELIVERY)

☐  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 28, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Dare Law: dare.law@usdoj.gov (email)
United States Trustee (LA):  ustpregion16.la.ecf@usdoj.gov (email)
Christopher M McDermott:  ecfcabc@piteduncan.com, Richard J Bauer Jr: rbauer@mileslegal.com (email)

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 28, 2010 | Timothy F. Umbreit | /s/ Timothy F. Umbreit |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER VALUING COLLATERAL AND DETERMINING SECURED STATUS OF EMC MORTGAGE CORPORATION ("EMC" AND BANK OF AMERICA, N.A., ("BOFA"), ON REAL PROPERTY LOCATED AT 9824 S.  HAWKSTONE AVENUE, WHITTIER, CALIFORNIA**    was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 10/28/2010 , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Dare Law: dare.law@usdoj.gov
United States Trustee (LA):  ustpregion16.la.ecf@usdoj.gov
Christopher M McDermott:  ecfcabc@piteduncan.com, Richard J Bauer Jr: rbauer@mileslegal.com
Timothy F. Umbreit: tim@timumbreit.com

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page