Timothy F. Umbreit   SBN 145932
Attorney At Law
4701 Cartwright Ave
Toluca Lake, CA 91602

818-535-7381(v)
818-334-5659 (f)

tim@timumbreit.com

*Attorney for Debtor-in-Possession*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GUILLERMO LUIS CALIXTRO and<br><br>TINA CALIXTRO<br><br><br><br><br><br><br><br><br>Debtors-in-Possession | **Chapter 11**<br><br>**CASE NO.: 2:10-BK-33389-ER**<br><br>**DEBTORS' DISCLOURE STATEMENT DESCRIBING DEBTORS' CHAPTER 11 PLAN OF REORGANIZATION**<br><br>**<u>Disclosure Statement Hearing</u>**<br><br>**Date: February 2, 2011**<br>**Time: 10:00 a.m.**<br>**Place: Courtroom "1568"**<br><br>**<u>Plan Confirmation Hearing</u>**<br>**See Disclosure Statement for Voting and Objecting Procedures**<br><br>**Date: (TO BE SET)**<br>**Time:**<br>**Place: Courtroom "1568"** |

TO ALL CREDITORS AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that on February 2, 2011, at 10:00 a.m. before the Honorable Ernest Robles, United States Bankruptcy Judge, in Courtroom "1568" of the above-entitled Court, located at 255 East Temple Street, Los Angeles, California 90012 the Court will consider

Disclosure Statement - 1

the approval of the Disclosure Statement filed by the Debtors, Guillermo Luis Calixtro and Tina Calixtro on December 29, 2010.

PLEASE TAKE FURTHER NOTICE that pursuant to Federal Rules of Bankruptcy Procedure, Rule 3017(a), written objections to the approval of the Disclosure Statement must be filed on or before January 20, 2011 and served upon Debtors' counsel and the Office of the United States Trustee.

PLEASE TAKE FURTHER NOTICE that requests for copies of the Disclosure Statement and Plan of Reorganization should be made to:

> Timothy F. Umbreit
> Attorney At Law
> 4701 Cartwright Ave
> Toluca Lake, CA 91602
> 818-535-7381(v)
> 818-334-5659 (f)
> timumbreit@yahoo.com

Disclosure Statement - 2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 4701 Cartwright Ave., Toluca Lake, CA 91602

A true and correct copy of the foregoing document described as **NOTICE OF HEARING ON DEBTORS' DISCLOSURE STATEMENT DESCRIBING DEBTORS; CHAPTER 11 PLAN OF REORGANIZATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _12/29/10_____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Roundup Funding, LLC., Linh K Tran**: bline.chapter13@blinellc.com
**The Bank of New York Mellon, Richard J Bauer, Jr**: rbauer@mileslegal.com
**Richard J Bauer, Jr**: rbauer@mileslegal.com
**Christopher M McDermott:** ecfcacb@piteduncan.com
**U.S. The Bank of New York Mellon… Mark Domeyer**: mdomeyer@mileslegal.com
**United States Trustee (LA) Dare Law**: dare.law@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 12/29/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/29/10 | Timothy F. Umbreit | */s/ Timothy F. Umbreit* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

CH 11 Case No: 2:10-bk-33389-ER
Debtor: Guillermo Luis Calixtro and Tina Calixtro
SERVICE LIST FOR 20 LARGEST UNSECURED CREDITORS

```
ALFREDO LEON
5024 S VERMONT AVE
LOS ANGELES, CA 90237

BAC HOME LOANS SERVICING
7105 CORPORATE DRIVE
PLANO, TX 75024

BAC HOME LOANS SERVICING
7105 CORPORATE DRIVE
PLANO, TX 75024

BAC HOME LOANS SERVICING
7105 CORPORATE DRIVE
PLANO, TX 75024

BANK OF AMERICA
PO BOX 15726
WILMINGTON, DE 19886

BLANCA AVELAR
12028 FOURTH AVENUE
LYNWOOD, CA 90262

CARDMEMBER SERVICE
PO BOX 94014
PALATINE, IL 60094

CARDMEMBER SERVICE
PO BOX 94014
PALATINE, IL 60094

EDGARDO PAREDEZ
10328 LESTERFORD AVE
DOWNEY, CA 90241

EMC MORTGAGE CORPORATION
PO BOX 660530
DALLAS, TX 75266

KHIO YANG AND KEUM JA YANG
828 ADELITA ST
MONTEBELLO, CA 90640

KHIO YANG AND KEUM JA YANG
3001 W. BEVERLY BLVD
MONTEBELLO, CA 90640

MARTHA MENDEZ CAUDILLO
SUPERIOR COURT OF CALIFORNIA
CASE # VC053324
12720 NORWALK BLVD
NORWALK, CA 90650

MUNDY MEDIA CORPORATION
3301 BARHAM BLVD, STE 100
LOS ANGELES, CA 90068
```

```
 1   OFFICE DEPOT CREDIT PLAN
     PO BOX 689020
     DES MOINES, IA 50368
 2
     PABLO AND LAURA GARCIA
 3   11216 MEADOWLARK LN
     BLOOMINGTON, CA 92316

 4   SEARS GOLD MASTER CARD
     PO BOX 6282
 5   SIOUX FALLS, SD 57117

 6   TARGET NATIONAL BANK
     PO BOX 59317
 7   MINNEAPOLIS, MN 55459
     TOMAS BARRALES
     1413 E. 53RD ST
 8   LOS ANGELES, CA 90011

 9   WASHINGTON MUTUAL
     PO BOX 78065
10   PHOENIX, AZ 85062

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```