FILED & ENTERED

FEB 08 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No: 2:10-33389-ER |
| | Chapter: 11 |
| Guillermo Luis Calixtro and Tina Calixtro, DBA Hispanos Unidos Realty, FDBA Specialty Loans, FDBA IFA en Tus Manos, AKA Luis Calixtro, AKA Guillermo Calixtro, FDBA Hispanos Unidos | **ORDER DENYING APPROVAL OF DISCLOSURE STATEMENT** |
| | Hearing date: |
| Debtors. | Date:     February 2, 2011 |
| | Time:     10:00 a.m. |
| | Location: Ctrm. 1568 |
| | Roybal Federal Building |
| | 255 East Temple Street |
| | Los Angeles, CA 90012 |

Based on the Bank of New York Mellon's ("Bank") election under § 1111(b) at the hearing on the Debtors' Disclosure Statement, the Bank's claim should be treated as totally secured for purposes of plan confirmation, and approval of the Debtors' Disclosure Statement is DENIED.  On or before March 7, 2011, Debtors shall file and amended Plan and Disclosure Statement that addresses the consequences of the Bank's election on the Debtor's ability to reorganize.

IT IS SO ORDERED.

- 1

###

DATED: February 8, 2011

_____
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DENYING APPROVAL OF DISCLOSURE STATEMENT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of February 2, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Richard J Bauer    rbauer@mileslegal.com
- Mark Domeyer    mdomeyer@mileslegal.com
- Dare Law    dare.law@usdoj.gov
- Christopher M McDermott    ecfcacb@piteduncan.com
- Linh K Tran    bline.chapter13@blinellc.com
- Timothy F Umbreit    tim@timumbreit.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Guillermo Luis Calixtro & Tina Calixtro
9824 S. Hawkstone Ave
Whittier, CA 90605
SSN / ITIN: xxx-xx-4297

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page